Exhibit
C

| | |
|---|---|
| STATE OF ALABAMA ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, ) | RUSSELL COUNTY, ALABAMA |
| VS. ) | CASE NO.: CC 97-95.60 |
| MELVIN SMITH ) | |
| DEFENDANT. ) | |

## ORDER

Upon consideration of sworn testimony taken in open court, the court finds that the Petition for relief filed by Petitioner, Melvin Smith pursuant to Rule 32 of the Alabama Rules of Criminal Procedure is due to be dismissed.

On August 22, 2001 this Court previously dismissed all of the Petitioner's claim except his claim, which alleged ineffective assistance of appellate counsel. Petitioner claimed that the Hon. Richard Chancey failed to file a motion for new trial on the basis of ineffective assistance of trial counsel and failed to file a motion for additional time to better prepare an appellate argument.

The Court finds from the evidence that the Petitioner, Melvin Smith, knowingly and voluntarily waived assistance of counsel. He appeared before the Hon. Wayne Johnson on April 29, 1997 and after being advised of his right to be represented by counsel, he voluntarily refused the appointment of counsel. On February 17, 1999, Petitioner appeared in the Circuit Court of Russell County and again voluntarily waived his right to be represented by counsel. The Court appointed the Hon. Greg Graham to advise the Defendant during trial should the Defendant decide to seek legal advice. Mr. Graham did participate in the trial and assisted the Defendant, Melvin Smith, but the failure to investigate the Defendant's case or interview witnesses is due directly to the Petitioner's insistence on representing himself.

Mr. Chancey cannot be held as rendering ineffective legal assistance on appeal. A failure to raise the issue of ineffective

assistance of counsel is due directly to the Defendant's insistence that he not be represented by counsel. It is therefore ORDERED that the petition for relief is hereby dismissed.

DONE this the 14th day of February, 2002.

JUDGE, CIRCUIT COURT

C2