| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Edwina Calhoun* ☒ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>*Edwina Calhoun*  6-7-05 |
| 1. Article Addressed to:<br><br>Warden Holt<br>Bullock County Correctional Facility<br>PO Box 5107<br>Union Springs, AL 36089 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3:05CV470-T<br>P & R<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 2260 0005 4586 3252 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540