**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Troy King
   Attorney General's Office
   Alabama State House
   11 South Union Street
   Montgomery, AL 36130-0152

2. Article Number
   (Transfer from service label)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Givner
C. Date of Delivery: 6/8/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   3:05CV470-T
   pt 8                           (20)

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☒ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

Domestic Return Receipt                    102595-02-M-1540