IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MELVIN SMITH, # 204766
   PETITIONER,

V.S.     CIVIL ACTION NO. 3:05-CV-470-T

ARNOLD HOLT, et al.,
   RESPONDENTS,

RECEIVED
2005 AUG -3 A 10: 13
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## PETITIONER REQUEST PREMISSION TO FILE
## MOTION FOR DEFAULT JUDGEMENT

Comes now the Petitioner, Melvin Smith, proceeding pro-se and through Inmate assistance, hereby request that he be allowed to file a Motion for Default Judgement Pursuant to FEDERAL RULES OF CIVIL PROCEDURE RULE 55.

This Request is Made pursuant to this Court's directives, as set fourth in the ORDER sent to the Petitioner dated JUNE 23, 2005

RESPECTFULLY SUBMITTED
_Melvin Smith #204766_
MELVIN SMITH # 204766

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Office of the Attorney General for the State of Alabama, located at 11 South Union Street, Montgomery, alabama 36130-0152 by placing same in the United States Mail properly addressed and postage Pre-Paid, done this the 2nd day of August, 2005.

_Melvin Smith #204766_
MELVIN SMITH AIS# 204766
BULLOCK CORRECTIONAL FACILITY
PO. BOX 5107
UNION SPRINGS, ALABAMA 36089