IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MELVIN SMITH AIS# 204766
    PETITIONER,

V.S.                              CIVIL ACTION NO.3:05-CV-470-T

ARNOLD HOLT, et al.,
    RESPONDENTS

RECEIVED
2005 AUG -3 A 10: 13
[CLERK]
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## MOTION FOR DEFAULT JUDGEMENT

Comes now the Petitioner Melvin Smith proceeding Pro-Se hereby submitts this Motion for Default Judgement, pursuant to the FEDERAL RULES OF CIVIL PROCEDURE RULE 55 for the following reasons;

1). On May 15, 2005 this Pro-Se Petitioner filed a 28 U.S.C. 2254 Petition in this Honorable Court challenging his Unconstitutional Conviction and sentence;

2). On June 3, 2005 this Honorable Magistrate Judge **VENZETTA PENN McPHERSON** issued an ORDER directing the Respondents to file an answer to the Petition within 20 Days of this Court's Order **which would have been due on or before JUNE 23,** 2005

3). On June 23, 2005 the assistant Attorney General **STEPHEN N. DODD** filed a Motion for an extension of time of 28 Days, to file their SHO CAUSE/ANSWER TO THE Petitioner's 28 U.S.C. 2254 Petition, which that answer would have been due on **JULY 20, 2005;**

4). On June 27, 2005 this Honorable Court GRANTED the respondent's Motion for Extension of time;

TheRespondents has shown a total disregard for this Court's authority and the directives of the Federal Rules of Civil Procedure.

The Petitioner asserts that, if this Pro-Se Petitioner was to be (1) One Day late in filing a response to any pleading, the Respondents will ask this Court to dismiss his Petition..

It has been 14 Days past the Due Date in the extension of time of 28 Days and the respondents has **FAIL TO PLEAD OR OTHERWISE DEFEND AGAINST THE ALLEGATIONS CONTAINED IN THE 28 U.S.C. 2254 HABEAS CORPUS PETITION**, THEREFORE THIS Court has the authority to **GRANT** THE Default JUDGEMENT.

RESPECTFULLY SUBMITTED
_Melvin Smith #204766_
MELVIN SMITH AIS# 204766

## CONCLUSION

For the reasons stated herein, Melvin Smith Pray that this Honorable Court DECLARE THE RESPONDENTS IN DEFAULT and **GRANT THE WRIT OF HABEAS CORPUS PETITION, AND CONDUCT AN EVIDENTIARY HEARING IN THIS COURT OR IN THE ALTERNATIVE, ORDER THE DEPARTMENT OF CORRECTIONS TO RELEASE MELVIN SMITH FROM THE ALABAMA DEPARTMENT OF CORRECTIONS IMMEDIATELY:**

_Melvin Smith #204766_
**MELVIN SMITH AIS# 204766**

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Attorney General for the State of Alabama, located at 11 South Union Street, MONTGOMERY, ALABAMA, 36130-0152, by placing same in the UNITED STATES MAIL properly addressed and Postage pre-paid, THIS —2nd— DAY OF AUGUST, 2005

_Melvin Smith #204766_
MELVIN SMITH AIS# 204766
BULLOCK CORRECTIONAL FACILITY
PO. BOX 5107
UNION SPRINGS, ALABAMA 36089