IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, #204766, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-470-T |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before August 15, 2005 the respondents shall (i) show cause why they have failed to file an answer in compliance with the orders of this court, and (ii) file an answer addressing the claims presented in the instant petition for habeas corpus relief. The respondents are advised that no extensions of time will be granted for the filing of their response and answer in accordance with the directives of this order.

Done this 10th day of August, 2005.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE