IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MELVIN SMITH, #204766,      )
                                     )
        Petitioner,        )
                                     )
      v.              )      CIVIL ACTION NO. 2:05-CV-470-T
                                     )
ARNOLD HOLT, *et al.*,     )
                                   )
        Respondents.     )

**ORDER ON MOTION**

Upon consideration of the motion for leave to file a motion for default judgment

filed by the petitioner on August 3, 2005 (Court Doc. No. 9), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 10th day of August, 2005.

                          /s/ Vanzetta Penn McPherson
                          UNITED STATES MAGISTRATE JUDGE