IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #166695, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-0470-T |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**RESPONSE TO ORDER TO SHOW CAUSE**

COMES NOW COME NOW the Respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, in response to this Court's show cause order of June 9, 1999, respectfully showing the Court the following.

1. The Court has asked Respondents to explain why they did not file a response in this case with the court by July 20, 2005. The Alabama Attorney General's Office has a state-of-the-art case docketing and attorney calendaring system, based on software programs called "DOCS" and "Prolaw", which operate to advise lawyers like the undersigned of the dates when matters are *initially* due in the various courts in which we practice.

2. Human docket clerks are still required, however, in order to enter into the system the orders that the Attorney General's Office receives from the various and sundry state and federal courts. For reasons unknown to the undersigned, it has been determined that federal habeas assignment dates that are *not initial due dates* will not be programmed back through the case docketing system in order to track the new and changing due dates that arise as a result of requests for extensions of time made in habeas cases.

3. The undersigned relies on the automated systems of the Attorney General's Office to keep up with due dates. In the case of the response due in this Court on July 20, 2005, because it is not required to do so, the Attorney General's Office's automated docketing system did not track the due date. And, though the undersigned *did*, in fact, attempt to personally track the due date, human error intervened.

WHEREFORE, PREMISES CONSIDERED, the response that was due on July 20, 2005, is submitted herewith.

>Respectfully submitted,
>
>Troy King (KIN047)
>*Attorney General*
>By:
>
>/s/ Stephen N. Dodd
>Stephen N. Dodd
>*Assistant Attorney General*
>ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL 36089.

        s/ Stephen N. Dodd
Stephen N. Dodd (ASB-6492)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130
Telephone: 334-242-7378
Fax: 334-242-2848
E-mail: sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

208647/81910-001