IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2005 AUG 24  A 9: 47

MELVIN SMITH, # 204766
    PETITIONER,

V.S.                       CIVIL ACTION NO. 3:05-CV-470-T

ARNOLD HOLT, et al.,
    Respondents,

## MOTION FOR AN ORDER

Comes now the Petitioner, Melvin Smith, proceeding Pro-Se, and through Inmate assistance, and moves this Honorable Court to Issue an Order to the Respondents, to provide a copy of the Record, Pursuant to this Court's Order of JUNE 3, 2005 on Page No; 6 of the Order this Court Stated"

> Where the Petitioner alleged ineffective assistance of Counsel or insufficiency of the evidence and these claims must be addressed on their merits, the entire trial record must be filed. The entire trial record should also be filed if the respondents assert that a ruling of the trial Court is entitle to a presumption of correctness or if they defend on grounds that a particular ruling did not render the trial "fundamentally unfair" or that a particular error is "harmless error".

Also, on PAge NO: 3 of the Court's June 3, 2005 Order, it stated that"

> Additionally, if the petitioner has filed previous petitions challenging the Conviction underlying the present petition, the respondents shall provide the Court with the disposition of such petition.. This information is relevent to the disposition of this case as a 28 U.S.C. 2244(b)(3)(A)...

In the Respondent's Answer to Smith's 2254 Petition, they stated in the Certificate of service that they have mailed to the Petitioner the Exhibits that they mentioned EXHIBITS NO: 1 through 9, and they stated that the exhibits would be sent under seperate cover.

-1-

The entire file is relevent for the Petitioner to SHOW CAUSE why his Petition should be Granted, in that, Smith can show that, he has filed another Rule 32 Petition, where the Circuit Court of Russell County, Alabama, and that Court Denied IN FORMA PAUPERIS, AND, Smith Appealed that Decision, and Also filed a Writ Of Mandamus, where this proceeding spaned over a (9) Nine Month Period of Time..

The Responednts conviently failed to mention this Petition in their response;

This will show that, Smith has constantly had litigation in the Circuit Court and/or the State Appellate Court from the time he was sentenced until the present time..

RESPECTFULLY SUBMITTED

MELVIN SMITH 204766

## CONCLUSION

The Petitioner Pray that this Honorable Court will Issue an Order for the Respondents to provide to the Petitioner, all of the Records, and Exhibits that they has sent to this Honorable Court and a copy of the Rule 32 Petition, where the Court Denied the Informa Pauperis Decloration, and all subseuent proceedings therefrom, including the Writ of Mandamus filed to the Alabama Supreme Court, , and the Court's Denial Order;

MELVIN SMITH AIS# 204766

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Office of the Attorney General , STEPHEN N. DODD, assistant Attorney General 11 SOUTH Union Street, MONTGOMERY, ALABAMA 36130, by placing same in the United States Mail properly addressed and postage pre-paid, done this 23Rd Day of August, 2005.

MELVIN SMITH # 204766
BULLOCK CORRECTIONAL FACILITY
PO. BOX 5107
UNION SPRINGS, ALABAMA 36089