IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, #204766, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-470-T |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the petitioner on August 24, 2005 (Court Doc. No. 15), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before September 6, 2005, the respondents shall furnish to the petitioner copies of all the exhibits submitted in this case.

3. On or before September 14, 2005, the respondents shall file a supplemental answer addressing the petitioner's argument that "he has filed another Rule 32 petition," which this court presumes is a third Rule 32 petition not referenced in the respondents' answer, that remained pending in the state courts "for over a (9) Nine Month Period of Time" thereby rendering the instant petition timely filed as "Smith has constantly had litigation" pending in the state courts "from the time he was sentenced until the present

time." The respondents are advised that they shall file copies of all state court records and documents relevant to this third Rule 32 petition.

    4. The order entered by this court on August 17, 2005 (Court Doc. No. 14) be and is hereby VACATED.

    Done this 26th day of August, 2005.

                                             /s/ Vanzetta Penn McPherson
                                             UNITED STATES MAGISTRATE JUDGE