IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 SEP -2  P 2: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | | |
|---|---|---|
| MELVIN SMITH, AIS #166695, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | 3:05-CV-0470-T |
| ARNOLD HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

## SUBMISSION OF EXHIBITS

Come now the Respondents, by and through the Attorney General of Alabama, and submit the following exhibits in support of their Answer filed on August 15, 2005.

| | |
|---|---|
| Exhibit 1 | the record of the appeal of Smith's direct appeal in Smith v. State, CR 98-1545 mem. op. (Ala. Crim. App. Jan. 28, 2000); |
| Exhibit 2 | the brief filed by Smith in his direct appeal; |
| Exhibit 3 | the brief filed by the State in Smith's direct appeal; |
| Exhibit 4 | the Alabama Court of Criminal Appeals' memorandum opinion in Smith v. State, CR 98-1545 mem. op. (Ala. Crim. App. Jan. 28, 2000); |

| | |
|---|---|
| Exhibit 5 | the *Certificate of Judgment* from Smith's direct appeal; |
| Exhibit 6 | the record of the appeal of Smith's first Rule 32 in Smith v. State, CR 01-1261 mem. op. (Ala. Crim. App. Sept. 20, 2000); |
| Exhibit 7 | the brief filed by Smith in his first Rule 32 appeal; |
| Exhibit 8 | the brief filed by the State in Smith's first Rule 32 appeal; |
| Exhibit 9 | the Alabama Court of Criminal Appeals' memorandum opinion in Smith v. State, CR 01-1261 mem. op. (Ala. Crim. App. Sept. 20, 2000); |
| Exhibit 10 | the *Certificate of Judgment* from the affirmance of the denial of Smith's first Rule 32 petition; |
| Exhibit 11 | the record of the appeal of Smith's second Rule 32 in Smith v. State, CR 98-1545 mem. op. (Ala. Crim. App. Jan. 28, 2000); |
| Exhibit 12 | the brief filed by Smith in his second Rule 32; |
| Exhibit 13 | the brief filed by the State in Smith's second Rule 32; |
| Exhibit 14 | the Alabama Court of Criminal Appeals' memorandum opinion in Smith v. State, CR 03-1286 mem. op. (Ala. Crim. App. Aug. 20, 2004); and, |

Exhibit 15            the *Certificate of Judgment* from the affirmance of
                      the denial of Smith's second Rule 32 petition.


                         Respectfully submitted,

                         Troy King
                         *Attorney General*
                         By-

                         _____
                         Stephen N. Dodd
                         *Assistant Attorney General*

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September, 2005, I served a copy of the foregoing (excluding exhibits) on Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Melvin Smith
AIS #204766
P. O. Box 5107
Union Springs, AL  36089

 

/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ASB #6492-D65S

ADDRESS OF COUNSEL:

Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

217697/81910-001

4