VOLUME 1

COURT OF CRIMINAL APPEALS NO. _98-1545_

# APPEAL TO ALABAMA COURT OF CRIMINAL APPEALS

### FROM

CIRCUIT COURT OF _RUSSELL_ COUNTY, ALABAMA

CIRCUIT COURT NO. _CC-97-95_

CIRCUIT JUDGE _HON. GEORGE R. GREENE_

Type of Conviction / Order Appealed From: _RAPE FIRST_

Sentence Imposed: _20 YEARS PENITENTIARY_

Defendant Indigent: ☐ YES ☒ NO

MELVIN SMITH

HON. RICHARD LEE CHANCEY      (334) 297-6478      **NAME OF APPELLANT**
(Appellant's Attorney)                (Telephone No.)
P O BOX 1369
(Address)
PHENIX CITY, AL  36868
(City)          (State)              (Zip Code)

**V.**

## STATE OF ALABAMA

**NAME OF APPELLEE**

(State represented by Attorney General)

NOTE: If municipal appeal, indicate above, and enter
name and address of municipal attorney below.

_____

_____

(For Court of Criminal Appeals Use Only)


EXHIBIT
1

## INDEX TO TRANSCRIPT

| | PAGE |
|---|---|
| Case Action Summary | 1 |
| Motion for Bond Reduction | 6 |
| Order denying Motion for Bond Reduction | 8 |
| Indictment | 9 |
| Writ of Arrest | 11 |
| Alabama Uniform Arrest Report | 12 |
| Consolidated Bond | 13 |
| Affidavit of Substantial Hardship and Order | 15 |
| Arraignment Order | 17 |
| Crime Victims Claim for Compensation | 18 |
| Order - Re:  Counsel | 21 |
| Motions | 22 |
| Order setting Hearing on Motions | 23 |
| Order on Discovery | 24 |
| Order on Motions | 25 |
| Motion for Discovery by State | 26 |
| Order on Discovery | 28 |
| Motion for Taking of Hair & Blood Samples | 29 |
| Order Granting Motion for Taking of Samples | 31 |
| Docket Notice | 32 |
| Docket Notice | 33 |
| Order for Alias Writ and Preliminary Forfeiture | 34 |

|                                                               | PAGE |
| ------------------------------------------------------------- | ---- |
| Alias Warrant                                                 | 35   |
| Conditional Bond Forfeiture                                   | 36   |
| Order Recalling Alias Writ                                    | 37   |
| Order Appointing Attorney to Assist Defendant                 | 38   |
| Motion for Approval of Expenses                               | 39   |
| Order Granting Motion for Approval of Expenses                | 40   |
| Motion for Discovery                                          | 41   |
| Order on Discovery                                            | 43   |
| Motion to Restrict Use of the Word "Rape"                     | 44   |
| Motion to Suppress Defendants Statements                      | 46   |
| Motion to continue                                            | 48   |
| Motion in Limine                                              | 49   |
| List of State's Potential Witnesses                           | 50   |
| Defendant's Witness List                                      | 51   |
| Juror Venire                                                  | 52   |
| Strike List                                                   | 64   |
| Jury Verdict                                                  | 65   |
| Verdict                                                       | 66   |
| Order Denying Motion to Continue                              | 67   |
| Sentencing Order                                              | 68   |
| Attorney's Fee Declaration                                    | 69   |
| Transcript of Record                                          | 71   |
| Notice of Appeal                                              | 72   |
| Notice of Appeal to Court of Criminal Appeals by Trial Clerk  | 75   |

|  | PAGE |
|---|---|
| Motion to Withdraw as Counsel for Appellant | 76 |
| Order Granting Motion to Withdraw | 77 |
| Motion to Set Bond | 78 |
| Order Setting Bond | 79 |
| Amended Notice of Appeal to Court of Appeals by Trial Clerk | 80 |
| Reporter's Transcript Order | 81 |
| Docketing Statement | 82 |
| Appeal Bond to Court of Criminal Appeals | 84 |
| Release Order | 86 |
| Reporter's Index to Exhibits | 87 |
| State's Exhibit 1 | 88 |
| Certificate of Incapability of Photocopying Exhibits | 91 |
| State's Exhibit 5 | 92 |
| State's Exhibit 7 | 94 |
| Certificate of Completion and Transmittal of Record on Appeal by Trial Clerk | 96 |
| Reporter's Transcript Order | 1 |
| Index to Reporter's Transcript | 2 |
| Caption | 3 |
| Introduction of Case to Jury | 4 |
| Court's Opening Instructions to Jury | 6 |
| Opening Statement by Mr. Smith | 14 |
| Opening Statement by Defendant | 20 |
| Testimony of Annette Thomas | 22 |
| Testimony of Patricia Goodwin | 51 |

|                                             | PAGE |
|---------------------------------------------|------|
| Testimony of Bill Landrum                   | 61   |
| Testimony of Lon Russell                    | 70   |
| Colloquy Between Court & Counsel            | 91   |
| Testimony of Dr. Medeiros                   | 93   |
| Motion                                      | 103  |
| Testimony of Melvin Smith                   | 104  |
| Colloquy Between Court & Defendant          | 124  |
| Testimony of Annette Thomas                 | 126  |
| Motion                                      | 134  |
| Objections to Closing Arguments             | 137  |
| Jury Charge                                 | 138  |
| Verdict                                     | 151  |
| Sentencing                                  | 156  |
| Reporter's Certificate                      | 160  |

```
ACR03 0          ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1997 000095.00
OPER: JUR                   CASE ACTION SUMMARY
PAGE:  1                    CIRCUIT  CRIMINAL              RUN DATE: 07/02/1999
===============================================================================
   THE CIRCUIT COURT OF  RUSSELL                                 JUDGE: GRG

STATE  OF  ALABAMA                  VS        SMITH MELVIN
                                              #37 HWY 51 NORTH
CASE: CC 1997 000095.00                       P.O. BOX 22
                                              HURTSBORO, AL  36860 0000

DOB: 09/11/1965        SEX: M  RACE: B  HT: 5 03  WT: 190   HR: BLK EYES: BRO
SSN: 418021110  ALIAS NAMES:
-------------------------------------------------------------------------------
CHARGE01: RAPE 1ST DEGREE      CODE01: RAP1  LIT: RAPE 1ST      TYP: F #:  001
OFFENSE DATE: 10/25/1996       AGENCY/OFFICER:

DATE WAR/CAP ISS:                   DATE ARRESTED: 10/25/1996
DATE    INDICTED: 01/10/1997        DATE    FILED: 01/23/1997
DATE    RELEASED:                   DATE  HEARING:
   BOND AMOUNT:        $.00           SURETIES: SOUTHLAND BONDING

DATE 1: 04/30/1999  DESC: SENT       TIME: 0930 A
DATE 2: 03/08/1999  DESC: JTRL       TIME: 0900 A

   DEF/ATY: GRAHAM, WILLIAM GREGORY   TYPE: A                    TYPE:
            712 13TH STREET

            PHENIX CITY      AL 36867

PROSECUTOR: SMITH, MAX
```

```
===============================================================================
OTH CSE:  000000000000 CHK/TICKET NO: 96-2886        GRAND JURY: 85
COURT REPORTER:                    SID NO:  000000000
    STATUS: BOND                DEMAND: Y                        OPER: SAM
===============================================================================
  TRANS DATE   ACTIONS, JUDGEMENTS, AND NOTES                         OPE
===============================================================================
 01/09/1997 | MOTION FOR BOND REDUCTION BY DEFENDANT              | SAM
 01/15/1997 | ORDER SETTING HEARING ON MOTION TO REDUCE BOND FOR  | SAM
 01/15/1997 |   1/17/97 AT 9:00 A M                               | SAM
 01/24/1997 | ORDER DENYING MOTION TO REDUCE BOND                 | SAM
 01/28/1997 | PARTY ADDED  W001  ANNETTE THOMAS                   | SAM
 01/28/1997 | FILED THIS DATE: 01/23/97                           | SAM
 01/28/1997 | DEFENDANT INDICTED ON: 01/10/97                     | SAM
 01/28/1997 | CHARGE AT FILING OF: RAPE 1ST                       | SAM
 01/28/1997 | BOND SET FOR:    $50000.00                          | SAM
 01/28/1997 | DEFENDANT ARRESTED ON: 10/25/96                     | SAM
 01/28/1997 | OFFENSE DATE OF: 10/25/96                           | SAM
 01/28/1997 | SET FOR: ARRAIGNMENT ON 02/07/97 AT 0900A           | SAM
 01/28/1997 | ATTORNEY FOR DEFENDANT: KELLY, GREGORY              | SAM
 01/31/1997 | DEFENDANT RELEASED ON: 01/28/97                     | SAM
 02/10/1997 | SET FOR: ARRAIGNMENT ON 03/18/97 AT 0900A           | SAM
 03/18/1997 | SET FOR: SEE IF ATTY HIRED ON 04/29/97 AT 0900A     | SAM
 03/18/1997 | DEFENDANT ARRAIGNED ON INDICTMENT AND ENTERED A     | SAM
 03/18/1997 |   PLEA OF NOT GUILTY-DEFENDANT TO APPEAR IN COURT    | SAM
```

```
ACR0370                 ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1997 000095.00
OPER: JUR                       CASE ACTION SUMMARY
PAGE:   2                        CIRCUIT  CRIMINAL              RUN DATE: 07/02/1999
```

THE CIRCUIT COURT OF  RUSSELL                                         JUDGE: GRG

STATE  OF  ALABAMA                  VS        SMITH MELVIN
                                              #37 HWY 51 NORTH
CASE: CC 1997 000095.00                       P.O. BOX 22
                                              HURTSBORO, AL  36860 0000

DOB: 09/11/1965       SEX: M  RACE: B  HT: 5 03  WT: 190    HR: BLK EYES: BRO
SSN: 418021110  ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 03/18/1997 | ON 4/19/97 AT 9:00 AM TO REPORT IF HE HAS | SAM |
| 04/29/1997 | PLEADINGS AND MOTIONS SHOULD BE FILED WITHIN | SAM |
| 04/29/1997 | THREE WEEKS | SAM |
| 05/02/1997 | ORDER FOR SVC & RETURN  SENT TO DEFENDANT | SAM |
| 05/20/1997 | MOTION FOR DISCOVERY, MOTION FOR CHANGE OF VENUE, | SAM |
| 05/20/1997 | MOTION TO HAVE MISS THOMAS ADHERE TO A | SAM |
| 05/20/1997 | PHYCHOLOGICAL EVALUATION, AND MOTION THAT ALL | SAM |
| 05/20/1997 | ALL STATEMENTS FROM BOND BEARING BECOME AVAIL- | SAM |
| 05/20/1997 | ABLE AND STATEMENTS FROM CIRCUIT COURT FROM DEC | SAM |
| 05/20/1997 | 95 TO FEBRUARY 96 BE MADE AVAILABLE BY | SAM |
| 05/20/1997 | DEFENDANT(PRO SE) | SAM |
| 05/29/1997 | A HEARING ON MOTIONS FILED BY DEFENDANT IS SET | SAM |
| 05/29/1997 | FOR JULY 1, 1997 AT 3:00 P.M. | SAM |
| 05/29/1997 | ORDER ON MOTION FOR DISCOVERY | SAM |
| 05/30/1997 | ORDER FOR SVC & RETURN  SENT TO DEFENDANT | SAM |
| 07/09/1997 | A HEARING WAS HELD ON MOTIONS FILED BY THE DEF- | SAM |
| 07/09/1997 | ENDANT. THE COURT ENTERED A DISCOVERY ORDER ON | SAM |
| 07/09/1997 | MAY 29, 1997. IT IS ORDERED THAT DEFENDANT HAS | SAM |
| 07/09/1997 | WITHDRAWN HIS MOTION FOR AN EVALUATION OF MS. | SAM |
| 07/09/1997 | THOMAS. THE PORTIONS OF DEFENDANT'S MOTIONS NOT | SAM |
| 07/09/1997 | COVERED BY THE MAY 29, 1997 ORDER ARE DENIED | SAM |
| 07/14/1997 | ORDER FOR SVC & RETURN  SENT TO DEFENDANT | SAM |
| 09/01/1998 | CASE SET ON 10/26/98 FOR  TRIAL | |
| 09/08/1998 | MOTION FOR DISCOVERY BY STATE | SAM |
| 09/09/1998 | WITNESS SUBPOENAS ISSUED | SAM |
| 09/14/1998 | ORDER ON STATE'S MOTION FOR DISCOVERY | SAM |
| 09/15/1998 | ORDER FOR SVC & RETURN  SENT TO DEFENDANT | SAM |
| 09/16/1998 | DOCKET DATE NOTICE      SENT TO | SAM |
| 09/16/1998 | DOCKET DATE NOTICE      SENT TO DEFENDANT | SAM |
| 10/13/1998 | MOTION FOR TAKING OF HAIR & BLOOD SAMPLES BY | SAM |
| 10/13/1998 | STATE | SAM |

```
ACRO370                   ALABAMA JUDICIAL INFORMATION SYSTEM      CASE: CC 1997 000095.00
OPER: JUR                        CASE ACTION SUMMARY
PAGE:   3                        CIRCUIT   CRIMINAL                   RUN DATE: 07/02/1999
                                                                              JUDGE:  GRO
```

THE CIRCUIT COURT OF  RUSSELL

STATE  OF  ALABAMA              VS       SMITH MELVIN
                                         #37 HWY 51 NORTH
CASE: CC 1997 000095.00                  P.O. BOX 22
                                         HURTSBORO, AL  36860 0000

DOB: 09/11/1965     SEX: M  RACE: B  HT: 5 03  WT: 190   HR: BLK EYES: BRO
SSN: 418021110  ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 10/21/1998 | MOTION FOR TAKING OF HAIR & BLOOD SAMPLES BY | JOS |
| 10/21/1998 | STATE GRANTED | JOS |
| 10/22/1998 | ORDER FOR SVC & RETURN  SENT TO DEFENDANT | SAM |
| 12/01/1998 | CASE SET ON 01/25/99 FOR  TRIAL | SAM |
| 12/01/1998 | CASE SET ON 01/25/99 FOR  TRIAL | SAM |
| 12/02/1998 | CASE SET ON 01/25/99 FOR  SPEEDY TRIAL | SAM |
| 12/03/1998 | WITNESS SUBPOENA ISSUED 12/03/98 | SAM |
| 12/07/1998 | ORDER FOR SVC & RETURN  SENT TO DEFENDANT | SAM |
| 12/08/1998 | DOCKET DATE NOTICE  SENT TO DEFENDANT | SAM |
| 01/20/1999 | CONDITIONAL FORFEITURE AND ALIAS WRIT ORDERED FOR | SAM |
| 01/20/1999 | DEFENDANT'S FAILURE TO APPEAR FOR DOCKET CALL | SAM |
| 01/20/1999 | CONDITIONAL FORFEITURE AND ALIAS WRIT ISSUED | SAM |
| 01/20/1999 | ALIAS WARRANT ISSUED  ON 01/20/99 | SAM |
| 01/20/1999 | BOND FORFEITURE NOTICE  SENT TO SCC1 | SAM |
| 01/25/1999 | WARRANT RECALLED ON: 01/25/99 | SAM |
| 01/25/1999 | CONDITIONAL FORFEITURE AND ALIAS WRIT RECALLED | SAM |
| 01/25/1999 | UPON THE PAYMENT OF $25.00 PLUS COST OF WRIT | SAM |
| 01/25/1999 | AND FORFEITURE | SAM |
| 01/26/1999 | ENFORCEMENT STATUS CHANGED TO:  A | SAM |
| 01/27/1999 | CONDITIONAL FORFEITURE SERVED ON SOUTHLAND BONDING | SAM |
| 02/01/1999 | SET FOR: ATTORNEY ? ON 02/16/99 AT 0230P | SAM |
| 02/02/1999 | PARTY ADDED  W002  DR. STEVEN MEDEIROS | SAM |
| 02/17/1999 | ATTORNEY FOR DEFENDANT: GRAHAM, WILLIAM GREG | SAM |
| 02/25/1999 | MOTION FOR APPROVAL OF EXPENSES PURSUANT TO | SAM |
| 02/25/1999 | MAY V. STATE | SAM |
| 02/25/1999 | MOTION FOR DISCOVERY BY DEFENDANT | SAM |
| 02/25/1999 | CASE SET ON 03/08/99 FOR  NON-JURY TRIAL | SAM |
| 02/25/1999 | WITNESS SUBPOENA ISSUED | SAM |
| 03/02/1999 | ORDER GRANTING APPROVAL OF EXPENSES | KAC |
| 03/02/1999 | ORDER GRANTING DEFENDANTS MOTION FOR DISCOVERY | KAC |
| 03/08/1999 | MOTION TO RESTRICT USE OF THE WORD "RAPE" BY | SAM |

```
ACR0370            ALABAMA JUDICIAL INFORMATION SYSTEM     CASE: CC 1997 000095.00
OPER: JUR                   CASE ACTION SUMMARY
PAGE:   5                   CIRCUIT   CRIMINAL              RUN DATE: 07/02/1999
```

THE CIRCUIT COURT OF  RUSSELL                                    JUDGE: GRG

STATE OF ALABAMA                VS        SMITH MELVIN
                                         #37 HWY 51 NORTH
CASE: CC 1997 000095.00                  P.O. BOX 22
                                         HURTSBORO, AL   36860 0000

DOB: 09/11/1965        SEX: M  RACE: B  HT: 5 03  WT: 190   HR: BLK EYES: BRO
SSN: 419021110  ALIAS NAMES:

| TRANS DATE | ACTIONS, JUDGEMENTS, AND NOTES | OPE |
|---|---|---|
| 05/13/1999 | HISTORY FEE PROVISION ORDERED BY THE COURT   (AR05) | SAM |
| 05/13/1999 | CVCC PROVISION ORDERED BY THE COURT          (AR05) | SAM |
| 05/13/1999 | RESTITUTION FOR R001 ORDERED BY THE COURT    (AR05) | SAM |
| 05/13/1999 | RECOUPMENT PROVISION ORDERED BY THE COURT    (AR05) | SAM |
| 05/13/1999 | RCUP AMOUNT ORDERED: $1426.00                (AR05) | SAM |
| 05/13/1999 | COMMUNITY NOTIFICATION PROVISION ORDERED     (AR05) | SAM |
| 05/13/1999 | R001 REST AMOUNT ORDERED: $853.50            (AR05) | SAM |
| 05/13/1999 | PENITENTIARY PROVISION ORDERED BY THE COURT  (AR05) | SAM |
| 05/13/1999 | CASE ACTION SUMMARY PRINTED                  (AR08) | SAM |
| 05/13/1999 | TRANSCRIPT OF RECORD ISSUED ON 05/13/99      (AR08) | SAM |
| 05/14/1999 | NOTICE OF APPEAL TO COURT OF CRIMINAL APPEALS BY | JUR |
| 05/14/1999 | TRIAL CLERK | JUR |
| 06/10/1999 | MOTION TO SET BOND | JUR |
| 06/14/1999 | MOTION BY HON. W. GREG GRAHAM TO WITHDRAW AS | JUR |
| 06/14/1999 | ATTORNEY ON APPEAL | JUR |
| 06/14/1999 | FILE TO GRG | JUR |
| 06/18/1999 | ORDER GRANTING MOTION BY HON. W. GREG GRAHAM TO | JUR |
| 06/18/1999 | WITHDRAW | JUR |
| 06/18/1999 | ORDER SETTING APPEAL BOND IN AMOUNT OF $50,000.00 | JUR |
| 06/18/1999 | AMENDED NOTICE OF APPEAL TO COURT OF CRIMINAL | JUR |
| 06/18/1999 | APPEALS BY TRIAL CLERK | JUR |
| 06/21/1999 | REPORTER'S TRANSCRIPT ORDER | JUR |
| 06/21/1999 | DOCKETING STATEMENT | JUR |
| 06/23/1999 | TRANSMITTAL NOTICE     SENT TO DEFENDANT     (AR09) | JUR |
| 06/23/1999 | RELEASE ORDER ISSUED ON 06/23/99            (AR08) | SAM |
| 06/23/1999 | DEFENDANT RELEASED ON $50,000.00 APPEAL BOND | JUR |
| 07/02/1999 | CASE ACTION SUMMARY PRINTED                  (AR08) | JUR |
| 07/02/1999 | CASE ACTION SUMMARY PRINTED                  (AR08) | JUR |

IN THE CIRCUIT COURT OF RUSSELL COUNTY

STATE OF ALABAMA

STATE OF ALABAMA          §
          PLAINTIFF          §
                              §
VS                            §
                              §
MELVIN SMITH                  §          CASE NO. ~~DC 96-1829~~
          DEFENDANT          §
                              §          *CC97-95*
                              §          *CH-97-85*
                              §
                              §

<u>MOTION FOR BOND REDUCTION</u>

COMES NOW, the defendant in the above styled cases, MELVIN SMITH, by and through his undersigned attorney of record, and moves this Honorable Court to reduce the amount of bond currently required by this court in these matters or in the alternative to allow the defendant to be released on his own recognizance.

In support of this motion, Defendant states the following:

(1) The Defendant is charged with the offense of Rape First Degree in violation of Alabama Code §13A-06-61( 1975) This a Class A Felony.

(2) That the Defendant's bond on the present charge is set at $50,000.

(3) That the bail as set is excessive pusuant to the Eighth Amendment, United States Constitution, and Article 1,§16,Alabama Constitution of 1901.

(4) Rule 2, Alabama Rules of Judicial Administration,

provides in the Discretionary Bail schedule that

the recommended range of bail for a Class A felony

be from $1000.00 to $10,000.00.

(5) That Defendant has family ties in the city

of Hurtsboro, Alabama. Defendant has employment

waiting if he is able to make bond.

(6) That the defendant has been confined in the

Russell County jail since on or about the

28th day of October 1996.


Wherefore The Premises considered, the Defendant

request this Honorable Court to reduce his bond

or in the alternative, allow him to be released

on his own recognizance.

Gregory Kelly
Attorney for Defendant

FILED IN OFFICE
97 JAN -9 AM 10: 09
CIRCUIT/DIST. COURT
RUSSELL CO. AL

Certificate of Service
I hereby certify that I have this day served a copy of the
forgoing Motion upon the Honorable Kenneth Davis, District
Attorney of Russell County, Alabama, by placing a true copy
of the same in the receptacle held in his name in the office
of the Circuit Court Clerk of Russell County, Alabama, an
extension of said attorney's office.
Done this 9th day of January, 1997.

Gregory Kelly
Attorney for Defendant

00008

| | |
|---|---|
| STATE OF ALABAMA, | ) IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) RUSSELL COUNTY, ALABAMA |
| VS. | ) CASE NO. CC 97-95 |
| MELVIN SMITH, | ) |
| DEFENDANT. | ) |

### O R D E R

The Court having considered defendant's motion for bond reduction, it is **ORDERED** that said motion is denied.

**DONE** this the 22nd day of January, 1997.

_____
Wayne T. Johnson, Circuit Judge

Grand Jury No. 85 _____

Case No. CC 97-95

INDICTMENT

The State of Alabama

RUSSELL COUNTY

CIRCUIT COURT

TWENTY-SIXTH JUDICIAL CIRCUIT

January        Term, 19 97

The grand jury of said county charge that, before the finding of the indictment,

Melvin Smith

whose name is otherwise unknown to the Grand Jury than as stated,

a male, did engage in sexual intercourse with Annette Thomas, a
female, by forcible compulsion, in violation of 13A-6-61 of the
Code of Alabama, against the peace and dignity of the People of
the State of Alabama.

NOT PUBLIC
RECORD

_____
KENNETH DAVIS, District Attorney of the 26th Judicial Circuit

---

THE STATE OF ALABAMA
Russell County

CIRCUIT COURT

Twenty-Sixth Judicial Circuit

THE STATE
vs.
Melvin Smith

D___o.

RAPE 1ST DEGREE

Witnesses:
   *Annette Thomas
   15 Stovall Drive
   Hurtsboro, AL

   *Chief Jay King
   Hurtsboro Police Dept.

000010

# A TRUE BILL

_Harold C. Whitaker_
Foreman of the Grand Jury

Presented to the presiding Judge in open court by the foreman of the Grand Jury, in the presence of _16_ Grand Jurors and filed in open court by order of the court on this the _12_ day of _Jan_ 19 _92_

_Deeon Kilee_
Clerk

# INDICTMENT

Upon arrest let the Defendant be admitted to bail on giving bond in the sum of _$50,000_ _____ Dollars with security to be approved by the Sheriff.

This _10_ day of _Jan_ 19 _92_

_Wayne J. Johnson_
Judge Presiding

WRIT OF ARREST - GRAND JURY INDICTMENT

STATE OF ALABAMA          RUSSELL COUNTY          CIRCUIT   COURT

AGENCY NUMBER:                         WARRANT NUMBER: GJ 97 100085.00
                                       OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   MELVIN SMITH   AND BRING
HIM/HER BEFORE THE CIRCUIT   COURT OF RUSSELL COUNTY TO ANSWER THE STATE
OF ALABAMA ON A CHARGE(S) OF:
          RAPE 1ST DEGREE   CLASS:A   TYPE:F
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN   THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ 19____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 08 DAY OF JANUARY, 1997.

BOND SET AT: (1) _$50,000.00_  BOND TYPE:
             (2) _____
             (3) _____


DEVON KIKER
CLERK OF CIRCUIT COURT

CHARGES: RAPE 1ST DEGREE      13A-006-061          F  FELONY

NAME: MELVIN SMITH                     ALIAS:
ADDRESS: R C JAIL                      ALIAS:
ADDRESS:
CITY:                STATE: AL       ZIP: 00000 0000

EMPLOYMENT:
  ?: 09/11/65    RACE:      SEX:     HAIR:
  ?:     HEIGHT: 0'00"   WEIGHT: 000
SID: 000000000  SSN: 000000000

E X E C U T I O N

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

   ( )  PLACING DEFENDANT IN THE RUSSELL COUNTY JAIL

   ( )  RELEASING DEFENDANT ON APPEARANCE BOND
*** APPEARANCE DATE: 020797 TIME: 09:00 AM  PLACE: COURTROOM I      ***


THIS __15th__ DAY OF __JAN__ 19 97

                    SHERIFF

                    BY


OPERATOR: SAM      LAST UPDATE: 010897

(DC-76-782)
LASAMA UNIFORM ARREST REP...T

Fingerprinted: ☐ Yes ☐ No   R31 Completed: ☐ Yes ☐ No

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 05.7.0200 | Hurtsboro Police Department | 9.6.1.0.0.0.4.9 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| SMITH, MELVIN | |

| 7 SEX ☒M ☐F | 8 RACE ☒W ☐B ☐A | 9 HGT. 5'3 | 10 WGT. 190 | 11 EYE Brn | 12 HAIR Blk | 13 SKIN Light | 14 ☐SCARS ☐MARKS ☐TATOOS ☐AMPUTATIONS |
|---|---|---|---|---|---|---|---|

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Tuskegee, Alabama | 4.1.8 - 0.2.1 - 1.1.1.1.0 | 0.9.1.9.6.5 | 31 | |

| 20 SID # | 21 FINGERPRINT CLASS   KEY   MAJOR   PRIMARY   8CDV   SUB-SECONDARY   FINAL | 22 DL # | 23 ST |
|---|---|---|---|
| | HENRY CLASS | | |

| 24 FBI # | NCIC CLASS | 25 IDENTIFICATION COMMENTS |
|---|---|---|

| 26 ☒ RESIDENT ☐ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 17 B Dykes Road, Hurtsboro, AL | 28 RESIDENCE PHONE ( ) None | 29 OCCUPATION (BE SPECIFIC) Unemployed |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) N/A | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) N/A | 32 BUSINESS PHONE ( ) N/A |
|---|---|---|

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) #5 Trent St Hurtsboro, Alabama | 34 SECTOR X.X.X.X.1.1 | 35 ARRESTED FOR YOUR JURISDICTION? ☒YES ☐NO ☐IN STATE ☐OUT STATE AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☒ DRUNK ☐ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |
|---|---|---|---|---|

| 41 DATE OF ARREST 1.0.2.9.1.9.6 | 42 TIME OF ARREST 6.02 ☐1 AM ☒2 PM ☐MIL | 43 DAY OF ARREST S☐ M☐ T☐ W☐ T☒ F☐ S☐ | 44 TYPE ARREST ☒ON VIEW ☐CALL ☐WARRANT | 45 ARRESTED BEFORE? ☒ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE—1 ☒ FEL ☐ MISD RAPE 1st Degree | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☐ MISD | 48 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE 13A-6-61 | 51 WARRANT # 96-2886 | 52 DATE ISSUED 1.0.2.9.1.9.6 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☒ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO TOP BOTTOM | 75 TAG # | 76 LIS | 77 LIY |
|---|---|---|---|---|---|---|---|

| 78 VIN | 79 IMPOUNDED? ☐ YES ☒ NO | 80 STORAGE LOCATION/IMPOUND # |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED |
|---|

☐ CONTINUED IN NARRATIVE

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y : ☐AM ☐PM ☐MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

LOCAL USE

| 102 SIGNATURE OF RECEIVING OFFICER   E. Peach | 103 SIGNATURE OF RELEASING OFFICER |
|---|---|

STATE USE

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Ranfro E. Tapley | 112 ID # 305 | 113 ARRESTING OFFICER (LAST, FIRST, M.) Mike PARRISH | 114 ID # 304 | 115 SUPERVISOR   ID # | 116 WATCH CMDR.   ID # |
|---|---|---|---|---|---|

# CONSOLIDATED BOND
## (District Court, Grand Jury, Circuit Court)

___00013

☐ STATE OF ALABAMA

_97. 95_

Case Number

STATE OF ALABAMA

v.

_Melvin Smith_
DEFENDANT

In the _Circuit_ Court of

_Russell_ County

I, (Defendant) _Melvin Smith_, as principal, and

we, _Southland Bonding Co_, as sureties, agree to pay the

State of Alabama $ _50,000⁰⁰_ unless the above named defendant appears before the District

Court of said County on (Date) _Grand Jury_ at (Time) _8:30_ or at the
next session of Circuit Court of said County, or in the event of transfer, in the district or circuit court of the county of
transfer; there to await the action by the grand jury and from session to session thereafter until discharged by law to

answer to the charge of _Rape 1st_ or any other charge.
We hereby severally certify that we have property over and above all debts and liabilities to the amount of the above
bond. We waive the benefit of all laws exempting property from levy and sale under execution or other process for the
collection of debt, by the Constitution and Laws of the State of Alabama, and we especially waive our rights to claim
exempt our wages or salary, that we have under the laws of Alabama.

It is agreed and understood that this is a continuing bond which shall remain in full force and effect until such
time as the undersigned are duly exonerated.

_Melvin Smith_
Signature of Defendant

_P.O. Box 22 Hurtsboro AL. 36860_
Address (Print)      City      State      Zip

_Southland Bonding Co_
Signature of Surety

_1402 Broad St Ste 206 Phenix City_
Address (Print)      City      State      Zip

_By_
Signature of Surety

Address (Print)      City      State      Zip

Signature of Surety

Address (Print)      City      State      Zip

_1-28-97_
Date

_O. Harrell_
Approved by

_Chief Deputy_
Title

## DEFENDANT'S INFORMATION

Date of Birth _____ Social Security Number _____ Sex _____

Driver's License Number _____ State _____ Race _____

Telephone – Residence _____ Telephone – Work _____

☐ Appearance Bond – Property        ☐ Appearance Bond – Recognizance

☐ Bail Bond        ☐ Cash Bond

00014

$ 50,000⁰⁰          ORIGINAL

POWER OF ATTORNEY          0842
SOUTHLAND BONDING

KNOW BY ALL THESE PRESENTS that SOUTHLAND BONDING has constituted and appointed, and
deos hereby constitute and appoint,

Agent _Jimmy D Williams, Jr._

its true and lawful-infact,with,full power and authority to sign the company's name and deliver on its
behalf as surety, any and all obligations as herin provided, and the execution of such obligations in pur-
suance of these presents shall be as binding upon the company as fully to all intents and purposes as if
done bythe owner of SOUTHLAND BONDING in his own proper person; and the said company hereby
ratifies and confirms all and whatsoever its said attorne-in-fact may lawfully do and perform in the
premises by virtue of these presents.
        THE POWER OF ATTORNEY IS VOID IF ALTERED OR ERASED.  The obligation of SOUTH-
LAND BONDING shall not exceed the sum of One Hindred ($100,000.00) Dollars and may be executed
for recognizance or bail bonds only, but not including peace bonds.

        Day _1·22·97_ Time _11:00 P_

Date  Bond Amount $ _50,000⁰⁰_
Defendant _Melvin Smith_
Address _____ City _____
Court City _Circ. P.C._
Offense _Rape_
Date of Appearance _____
Date Discharged _____ Disp _____
Agent _____

_Greg White_
President - Greg White

SEPARATE POWER-OF-ATTORNEY MUST BE ATTACHED TO EACH BOND AND REMAIN A PERMA-
NENT PART OF THE COURT'S RECORD. THIS POWER DOES NOT AUTHORIZE EXECUTION OF
BONDS OF NE EXEAT OR ANY GUARANTEE FOR FAILURE TO PROVIDE PAYMENTS OF ALIMONY
SUPPORT OF WAGE LAW CLAIMS.

State of Alabama
Unified Judicial System
Form C-10
Page 1 of 2      Rev. 2/95

# AFFIDAVIT OF SUBSTANTIAL
# HARDSHIP and ORDER

Case Number 00018

97-95

IN THE _____ COURT OF _____ ALABAMA
    (Circuit, District, or Municipal)         (Name of County or Municipality)

STYLE OF CASE: _____ v. _____
        Plaintiff(s)         Defendant(s)

TYPE OF PROCEEDING: _____ CHARGE(s) (if applicable): _____

- [ ] CIVIL CASE-- I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.
- [ ] CIVIL CASE--(such as paternity, support, termination of parental rights, dependency) - I am financially unable to hire an attorney and I request that the Court appoint one for me.
- [ ] CRIMINAL CASE--I am financially unable to hire an attorney and request that the Court appoint one for me.
- [ ] DELINQUENCY/NEED OF SUPERVISION - I am financially unable to hire an attorney and request that the Court appoint one for my child/me.

## SECTION I.          A F F I D A V I T

**1. IDENTIFICATION**
Full Name _Melvin Smith_      Date of Birth _9/11/65_
Spouse's Full Name (if married) _Louise Pugh_
Complete Home Address _17B Dukes Rd_

Number of People Living in Household _5_
Home Telephone No. _(334) 667-7635_
Occupation/Job _Dental Asst_      Length of Employment _10 yrs_
Driver's License Number _5809771_    * Social Security Number _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_
Employer _Veterans Admin_    Employer's Telephone No. _(334) 727-0550_
Employer's Address _2400 Hospital Rd_    _ext 4322_
_Tuskegee AL 36081_

**2. ASSISTANCE BENEFITS**
Do you or anyone residing in your household receive benefits from any of the following sources? (if so, please check those which apply.)

- [ ] AFDC
- [ ] Food Stamps
- [ ] SSI
- [ ] Medicaid
- [ ] Other _____

**3. INCOME/EXPENSE STATEMENT**

Monthly Gross Income:

| | |
|---|---|
| Monthly Gross Income | $ 0 |
| Spouse's Monthly Gross Income (unless a marital offense) | 0 |
| Other Earnings: Commissions, Bonuses, Interest Income, etc. | 0 |
| Contributions from Other People Living in Household | ? |
| Unemployment/Workmen's Compensation, Social Security, Retirement, etc. | ? |
| Other Income (be specific) _____ | |

**TOTAL MONTHLY GROSS INCOME**    $ ?0

Monthly Expenses:

  A. Living Expenses

| | |
|---|---|
| Rent/Mortgage | $ |
| Total Utilities: Gas, Electricity, Water, etc. | 175 4/mo |
| Food | 150 |
| Clothing | 200 |
| Health Care/Medical | 100 |
| Insurance | 200 |
| Car Payment(s)/Transportation Expenses | 240 |
| Loan Payment(s) | 4200 |

* OPTIONAL

Form C-10
Page 2 of 2        Rev. 2/95        AFFIDAVIT of SUBSTANTIAL HARDSHIP and ORDER    Case Number: 3001-8

Monthly Expenses: (cont'd from page 1)
    Credit Card Payment(s)              35⁰⁰
    Educational/Employment Expenses    25⁰⁰
    Other Expenses (be specific) _DAYCARE_
    _FOR CHILDREN_         310⁰⁰

    Sub-Total                         A $ 1,635

B.  Child Support Payment(s)/Alimony    $ _____

    Sub-Total                         B $ _____

C.  Exceptional Expenses          $ _____

        **TOTAL MONTHLY EXPENSES** *(add subtotals from A & B monthly only)*   $ 1,635

Total Gross Monthly Income less total monthly expenses:

      **DISPOSABLE MONTHLY INCOME**         $ 0

4.  **LIQUID ASSETS:**

    Cash on Hand/Bank *(or otherwise available such as stocks, bonds, certificates of deposit)*    $ _____

    Equity in Real Estate (value of property less what you owe)    $ 650

    Equity in Personal Property, etc. (such as value of motor vehicles, stereo, VCR, furnishings, jewelry, tools, guns less what you owe)    _____

    Other *(be specific)* Do you own anything else of value? ☐ Yes ☑ No
    (land, house boat, TV, stereo, jewelry)    _____
    If so, describe _____

        **TOTAL LIQUID ASSETS**         $ 650⁰⁰

5.  **Affidavit/Request**
    I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the Court or its authorized representative to attain records or information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the Court appoints an attorney to represent me, the Court may require me to pay all or part of the fees and expenses of my court-appointed counsel.

    Sworn to and subscribed before me this
    __7__ day of _FEB_, 19_97_.          Affiant's Signature

                                           MELVIN SMITH
    _____    Print or Type Name
    Judge/Clerk/Notary

**SECTION II.**             **ORDER OF COURT**

IT IS THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:

☐  Affiant is not indigent and request is DENIED.
☐  Affiant is partially indigent and able to contribute monetarily toward his defense; therefore, defendant is ordered to pay $ _____ toward the anticipated cost of appointed counsel. Said amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows: _____
    _____

☐  Affiant is indigent and request is GRANTED.
☐  The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _L. Joel Collins_, is hereby appointed as counsel to represent affiant.

IT IS FURTHER ORDERED AND ADJUDGED that the Court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the Court and paid to the appointed counsel, and costs of court.

Done this __11th__ day of _February_, 19_97_      Wayne T. Johnson
                                                  Judge

| State of Alabama | CASE ACTION SUMMARY (CONTINUATION) **ARRAIGNMENT ORDER** | Case Number: CC 97 | | |
|---|---|---|---|---|
| | | CC | 97 | 095 |
| | | ID | YR | Number |

STATE OF ALABAMA  v.    MELVIN SMITH                Page Number _____ of _____ Pages

| DATE | JUDGE'S INITIALS | ACTIONS, JUDGMENTS, CASE NOTES |
|---|---|---|

Defendant appeared in open court on this date at which time

_____   The defendant advised the Court that he/she had retained _____ _____, attorney at law, to represent him/her in these proceedings.

_____   The defendant advised the Court that he/she was indigent and unable to employ counsel to represent him/her in these proceedings.  The Court appointed _____ _____, an experienced and competent attorney, to represent him/her in these proceedings.

_____   The defendant applied for youthful offender status.  Ruling on said application was set _____ at _____.

_____   The defendant waived the reading of the indictment and entered a plea of not guilty.

WTJ   ✓   The defendant was arraigned on the indictment in this cause and entered  a plea of not guilty to the offense charged therein.

_____   The Court ordered an alias writ for the defendant's failure to appear in court.

_____   The Court continued arraignment to _____ at _____ in order for the defendant to employ counsel.

DONE this the *18th March, 1997* _____.

*Wayne T Johnson*
Wayne T. Johnson
Circuit Judge

3/18/97   Defendant shall be in court on April 29, 1997 at 9:00 a.m. to report if he has retained an attorney.

*Wayne T Johnson*
Wayne T. Johnson, Circuit Judge





State of Alabama
# CRIME VICTIMS
# COMPENSATION COMMISSION

P.O. Box 1548
Montgomery, Alabama 36102-1548
(334) 242-4007
1-800-541-9388 (Victims Only)
Fax (334) 353-1401
March 20, 1997

Randy C. Helms
Executive Director

Commissioners
Barbara Brown
Capt. Benny R. Peoples
Miriam Shehane

Sharon McKoon, Victim Service Officer
District Attorney's Office
P. O. Box 939
Phenix City, AL  36868-0939

|  |  |
|---|---|
| Defendant: | Melvin Smith |
| Court Case: | CC97-095 |
| Victim: | Annette Thomas |
|  | P. O. Box 304 |
|  | Hurtsboro, AL  36860 |
|  |  |
| Claimant: | Annette Thomas |
| ACVCC #: | 97-00374 |

Dear Ms. McKoon:

The above referenced claim for compensation has been approved by this Commission.  The claimant has been awarded compensation in the amount of $853.50.

Enclosed you will find a summary of payments issued by the Commission.

Please Note:  If restitution has not been ordered, please ask the judge to order restitution to the Compensation Commission in the amount that was awarded to the victim.  If restitution has already been ordered, please ask the judge to amend his order to insure that the Compensation Commission receives the amount that has been paid to the victim.  The law specifies that the victim must reimburse the Commission if he/she is paid compensation and later receives restitution from the defendant.  A restitution affidavit is enclosed.

If the judge will not amend his order, please notify us so that we can track recovery of payments to the victim.  If no victim assessment fine was ordered, we are also requesting that the judge amend his order to include the mandatory fine.

Thank you for your cooperation in this matter.

Sincerely,

Randy C. Helms
Executive Director

RCH
Enclosure

March 20, 1997

Defendant:         Melvin Smith
Case Number(s):    CC97-095
Victim:            Annette Thomas
ACVCC #:           97-00374

Payment(s) Issued To:

| Payee | Category | Amount |
|-------|----------|--------|
| STAT Ambulance Service | Ambulance | $536.00 |
| Phenix Regional Hospital | Hospital Fees | $170.50 |
| Fischer Mangold/Phenix City | Medical/Physician Fees | $108.00 |
| Phenix City Radiology | Medical/Physician Fees | $39.00 |

|  | Total Paid: | $853.50 |

| ACVCC Claim Number 97-00374 | RESTITUTION AFFIDAVIT | COURT Case Number CC97-095 |
|---|---|---|

IN THE Circuit Court of Russell COUNTY

STATE OF ALABAMA V.  Melvin Smith

    Pursuant to Section 15-23-14 Code of Alabama, 1975, as Amended which provides that the Alabama Crime Victims Compensation Commission shall be subrogated to all the rights of a claimant who is entitled to restitution from a criminal defendant and subrogated to all the rights and remedies of such claimant for the collection of restitution to the extent that compensation was awarded, I, the Crime Victim Representative for the Alabama Crime Victims Compensation Commission, hereby request the Court to enter an Order of Restitution to the Alabama Crime Victims Compensation Commission in an amount equal to the loss or damage of the victim/claimant which have been compensated by the Alabama Crime Victims Compensation Commission. This is separate and apart from other restitution requests made by the victim/claimant except those claims of loss or damage paid by the Commission and noted herein.

LOSS OR DAMAGE COMPENSATED BY THE ALABAMA CRIME VICTIMS COMPENSATION COMMISSION:

|  |  | TOTAL |
|---|---|---|
| 1. MEDICAL EXPENSES | $ | 853.50 |
| 2. FUNERAL EXPENSES | $ | .00 |
| 3. WORK LOSS | $ | .00 |
| 4. TRAVEL EXPENSES | $ | .00 |
| 5. OTHER EXPENSES | $ | .00 |
| TOTAL | $ | 853.50 |

    I certify that this is a true and correct statement.

Sara S. Myers, Crime Victim  Specialist
Alabama Crime Victims Compensation Commission
P.O. Box 1548
Montgomery, AL 36102-1548
(205) 242-4007

Sworn to and subscribed before me on

this 25 day of Mar , 1997 .

Notary Public

00021

| | |
|---|---|
| STATE OF ALABAMA, | ) IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) RUSSELL COUNTY, ALABAMA |
| VS. | ) CASE NO. CC 97-95 |
| MELVIN SMITH, | ) |
| DEFENDANT. | ) |

## O R D E R

Defendant was before the court to determine if he had retained an attorney, wished a court appointed attorney, or appear pro se.  Defendant stated that he wished to represent himself in these proceedings.  The court advised him of his right to be represented by counsel and defendant voluntarily and knowingly refused the appointment of an attorney.  The indictment was read to defendant and defendant entered a plea of not guilty.

Defendant was informed by the court that all pleadings and motions should be filed within three week.

DONE this the 29th day of April, 1997.

Wayne T. Johnson, Circuit Judge

RUSSELL CO., AL.
CIRCUIT/DIST. COURT

97 APR 29 PM 2: 54.

FILED IN OFFICE

CC97-95

00022

MOTIONS                          5/20/97

1. I File motion FOR All Discovery AND Testimony of SAID witnessess Also All statements FROM ANY AND All experts.

2. I File motion FOR A CHANGE OF Venue Due to FACT that Alleged ~~victum~~ victum HAS Family members who HAve worked FOR the Court (Russell County Namely)

3. I Also move that ~~a miss~~ miss THOMAS ADHere to A PSYCHOLOGICal EVAluATion.

4. I Also motion that All statement From BOND HEARing Become AVAiLABLE AND statements FROM Circuit Court From Dec 1995 AND FEBRUARY 1996 Be MADE AVAiLABLe.

THANK YOU

Melvin Smith

MELViN Smith

00023

STATE OF ALABAMA,            )   IN THE CIRCUIT COURT OF

      PLAINTIFF,        )   RUSSELL COUNTY, ALABAMA

VS.                     )   CASE NO. CC 97-95

MELVIN SMITH,           )

      DEFENDANT.        )

## O R D E R

A hearing on motions filed May 20, 1997 by the Defendant is set on the 1st day of July, 1997 at 3:00 P.M. Eastern Time, in Courtroom 1 of the Russell County Courthouse, Phenix City, Alabama.

**DONE** this the 28th day of May, 1997.

_____
Wayne T. Johnson, Circuit Judge

RUSSELL CO., A.
CIRCUIT/DIST. CO

97 MAY 29 AM 8: 43

FILED IN OFFICE

C00024

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO. CC 97-95 |
| MELVIN SMITH, | ) | |
| DEFENDANT. | ) | |

## ORDER

Motion for discovery having been filed in the above styled cause pursuant to Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell County, Alabama is ORDERED to produce and disclose information and materials discoverable under the authority of Brady v. Maryland and Rule 16 of the Alabama Rules of Criminal Procedure.

DONE this the 28th day of May, 1997.

Wayne T. Johnson, Circuit Judge

RUSSELL CO., AL
CIRCUIT/DIST. COURT
97 MAY 29 AM 8: 44
FILED IN OFFICE

00025

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO. CC 97-95 |
| MELVIN SMITH, | ) | |
| DEFENDANT. | ) | |

## O R D E R

A hearing was held in open court on motions filed by the Defendant. The Assistant District Attorney and Defendant were present. The court entered a Discovery Order on May 28, 1997.

**IT IS ORDERED:**

1. Defendant has withdrawn his motion for an evaluation of Ms. Thomas.

2. The portions of Defendant's motions not covered by the May 28, 1997 Order are denied.

**DONE** this the 9th day of July, 1997.

Wayne T. Johnson, Circuit Judge

STATE OF ALABAMA      \*      IN THE CIRCUIT COURT OF 00026

     \*

VS.      \*      RUSSELL COUNTY, ALABAMA

     \*

MELVIN SMITH      \*      CASE NO.  CC-97-95

## MOTION FOR DISCOVERY

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and moves the Court pursuant to Rule 16.2 of the Alabama Rules of Criminal Procedure to issue an order directed to the Defendant, to-wit:

1.     To permit the State to analyze, inspect, and copy or photograph books, papers, documents, photographs, audio tapes, video tapes, tangible objects, buildings or places, or portions of any of these things, which are within the possession custody, or control of the Defendant and which the Defendant intends to introduce in evidence at the trial.

2.     To permit the State to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with this particular case, which are within the possession or control of the Defendant and which he intends to introduce in evidence at the trial or which were prepared by a witness whom the Defendant intends to call at the trial, if the results or reports relate to the witness's testimony.

3.     To produce and permit the State to inspect and copy the names and addresses of qualified mental health professionals who have personally examined the Defendant or any evidence in this case, as well as the results of or reports of mental examinations, scientific tests, experiments or comparisons and statements made by such professionals.

Respectfully submitted,

KENNETH E. DAVIS
DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT

BY: _J. Maxwell Smith_

J. Maxwell Smith
Assistant District Attorney
SMI207

FILED IN OFFICE

98 SEP -8 AM 11: 50

CIRCUIT/DIST. COURT
RUSSELL CO., AL

GRG

00027

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion for Discovery upon the Defendant, by placing the same in the U.S. Mail, postage pre-paid to: 17-B Dykes Road, P.O. Box 22, Hurtsboro, Alabama 36860.

This the 8th day of September, 1998.

J. MAXWELL SMITH
ASSISTANT DISTRICT ATTORNEY
26th JUDICIAL CIRCUIT
SMI207

00028

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO. CC 97-95 |
| MELVIN SMITH, | ) | |
| DEFENDANT. | ) | |

## O R D E R

The State of Alabama, by and through its District Attorney, has filed a motion for discovery in the above case. Upon consideration of the motion, it is ORDERED by the Court that the Defendant shall:

1. Permit the District Attorney to analyze, inspect, and copy or photograph books, papers, documents, photographs, tangible objects, buildings or places, or portions of any of these things, which are within the possession, custody or control of the defendant and which the defendant intends to introduce in evidence at the trial.

2. Permit the District Attorney to inspect and copy any results or reports of physical or mental examinations, and of scientific tests or experiments made in connection with the particular case, which are within the possession or control of the defendant and which the defendant intends to introduce in evidence at the trial or which were prepared by a witness whom the defendant intends to call at trial, if the results or reports relate to the witness's testimony.

DONE this the 14th day of September, 1998.

_____
George R. Greene, Circuit Judge

00029

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| | * | |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| | * | |
| MELVIN SMITH | * | CASE NO. CC-97-95 |

## MOTION FOR TAKING OF HAIR & BLOOD SAMPLES

Comes now the State of Alabama by and through its District Attorney, Kenneth Davis and shows unto the Court:

1. The Defendant is presently charged with Rape, first degree and is currently on bond awaiting trial.

2. The State has in its possession a rape kit which was administered to the victim, and said rape kit was analyzed by the Alabama Department of Forensic Sciences, which determined that several items of evidence may contain alleged hair and/or blood of the Defendant.

3. Testing and comparison of hair and blood samples taken from the Defendant are essential to this case.

4. Taking of the samples would be done by authorized personnel and would involve no unreasonable intrusions into the Defendant's body.

Wherefore, these premises considered, the State moves the Court to order that the Defendant submit to the taking of hair and blood samples pursuant to Rule 16.2(b)(6) of the Alabama Rules of Criminal Procedure.

Respectfully submitted,

KENNETH DAVIS
DISTRICT ATTORNEY

BY: _____
J. MAXWELL SMITH
ASSISTANT DISTRICT ATTORNEY

FILED IN OFFICE

98 OCT 13 PM 4: 27

RUSSELL CO., AL
CIRCUIT COURT

GRG

00030

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the Defendant by placing the same in the U.S. Mail, postage pre-paid to: 17-B Dykes Road, P.O. Box 22, Hurtsboro, Alabama 36860.

This the 13th day of October, 1998.

J. MAXWELL SMITH
ASSISTANT DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
SMI207

00081

```
STATE OF ALABAMA              )      IN THE CIRCUIT COURT OF
                              )
         PLAINTIFF,           )      RUSSELL COUNTY, ALABAMA
                              )
    VS.                       )      CASE NO.:  CC-97-95
                              )
MELVIN SMITH                  )
                              )
         DEFENDANT.           )
```

## ORDER

The court taking into consideration the motion filed by the State in the above case, it is therefore,

ORDERED, ADJUDGED AND DECREED that the motion for taking of hair and blood samples filed by the State is hereby granted.

DONE this the 19th day of October, 1998.


_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
98 OCT 21 PM 1: 37
CIRCUIT COURT
RUSSELL CO. AL

A09467                    ALABAMA JUDICIAL DATA CEN    R              00032
                              RUSSELL COUNTY
  JUDG: GEORGE R. GREEN        DOCKET DATE NOTICE        CASE: CC97000095.00

DEFENDANT, ATTORNEY(S), AND ALL WITNESSES MUST APPEAR BEFORE THIS COURT
FOR   TRIAL              AT THE TIME AND PLACE STATED BELOW.

DEFENDANT: SMITH MELVIN              DATE:  10/26/98
ATTORNEY:                           TIME:  09:00  A

                                    PLACE: COURTROOM 1
                                           RUSSELL COUNTY COURTHOUSE
         SMITH MELVIN                      5TH AVENUE AND 14TH ST.
         17-B DYKES ROAD                   PHENIX CITY, ALABAMA
         P.O. BOX 22
         HURTSBORO          AL 36860 0000


NOTES: CONTRACT THE DISTRICT ATTORNEY'S OFFICE AS TO EXACT DATE OF TRIAL


  DATE ISSUED:  09/16/98              DEVON KIKER              , CLERK


OPERATOR:  SAN
PREPARED:  09/16/98

A064467                    ALABAMA JUDICIAL DATA CENTER                    00033
                              RUSSELL COUNTY
  JUDG: GEORGE R. GREEN       DOCKET DATE NOTICE       CASE: CC97000095.00

  DEFENDANT, ATTORNEY(S), AND ALL WITNESSES MUST APPEAR BEFORE THIS COURT
  FOR    SPEEDY TRIAL      AT THE TIME AND PLACE STATED BELOW.

  DEFENDANT: SMITH MELVIN           DATE:  01/25/99
  ATTORNEY:                         TIME:  09:00  A

                                    PLACE: COURTROOM 1
                                           RUSSELL COUNTY COURTHOUSE
          SMITH MELVIN                     5TH AVENUE AND 14TH ST.
          17-B DYKES ROAD                  PHENIX CITY, ALABAMA
          P.O. BOX 22
          HURTSBORO        AL 36860 0000


  NOTES: YOU WILL NEED TO CONTACT THE DA'S OFFICE AS TO EXACT DATE OF TRIAL
         SINCE WE SHOW NO ATTORNEY OF RECORD FOR YOU

   DATE ISSUED:  12/08/98              DEVON KIKER              , CLERK


OPERATOR:  SAM
PREPARED:  12/08/98

00034

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CC 97-95 |
| MELVIN SMITH | ) | |
| DEFENDANT | ) | |

## ORDER

This matter coming before the Court for a docket call in the above matter.  The defendant appearing not, it is therefore,

ORDERED, ADJUDGED AND DECREED that upon failure of the defendant to appear in Court on this date, an alias writ and preliminary forfeiture is hereby ordered.

DONE this the 20th day of January, 1999.

_George Greene_
JUDGE, CIRCUIT COURT

RUSSELL CO., AL.
CIRCUIT/DIST. COURT.

99 FEB -1 PM 4: 16

FILED IN OFFICE.

ACS350                   ALABAMA JUDICIAL DATA CENTER                ‾00035
                     CIRCUIT COURT OF    RUSSELL COUNTY

        ALIAS WARRANT                      CC 97 000095.00
                     JID: GEORGE R. GREENE

---

        THE STATE OF ALABAMA        VS SMITH MELVIN

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO ARREST: SMITH MELVIN
AND BRING HIM/HER BEFORE THIS COURT TO ANSWER THE STATE FOR THE CHARGE OF
FAILURE TO APPEAR ON THE CHARGE OF: RAPE 1ST              - FELONY


WITNESS MY HAND THIS   JANUARY 20, 1999.


BOND SET AT: NO BOND        -
                                        JUDGE/CLERK/MAGISTRATE

---

DEFENDANT'S ADDRESS:              DEFENDANT'S DESCRIPTION:

17-B DYKES ROAD                   HT: 503   WT: 190
P. O. BOX 22                      HAIR: BLK   EYE: BRO
HURTSBORO        , AL 36860 0000  BIRTH DATE: 09/11/65
                                  RACE: B   SEX: M
                                  SID#:
                                  SSN#: 418021110

  ALIAS:

  EMPLOYER: _____     PHONE NO: _____

  TICKET NUMBER: 96-2886       AGENCY/OFFICER:            /
NOTE:

THIS APPEARS TO BE A VALID ADDRESS

---

   OFFICERS RETURN:
   RECEIVED ON _____

   EXECUTED ON _____     BY: _____

   ( ) DEFENDANT ARRESTED, RELEASED ON BOND
   ( ) DEFENDANT ARRESTED, IN JAIL
   ( ) DEFENDANT ARRESTED, NOT BOOKED
   ( ) NOT FOUND
   ( ) OTHER _____


   SHERIFF _____     OFFICER _____

AOS46B-1

ALABAMA JUDICIAL DATA CENTER
RUSSELL COUNTY
NOTICE OF ORDER OF CONDITIONAL
BOND FORFEITUE AND TO SHOW CAUSE
ON FORFEITURE OF BOND        JID: GEORGE R. GREENE

00036

CC 97 000095 00

CIRCUIT COURT OF RUSSELL COUNTY

STATE OF ALABAMA   VS SMITH MELVIN
                      17-B DYKES ROAD
                      P.O. BOX 22
                      HURTSBORO  AL  36860 0000

**Received**

JAN 26 1999

Tallapoosa Co. Sheriffs Dept.
Dadeville

TO ANY LAW ENFORCEMENT OFFICER OF THE STATE OF ALABAMA:
YOU ARE HEREBY COMMANDED TO SERVE EACH PARTY HEREIN LISTED WITH A COPY
OF THIS NOTICE AND MAKE YOUR RETURN TO THE COURT CLERK.

NOTICE TO:  SOUTHLAND BONDING
            266 BRYAN STREET

            DADEVILLE AL  36853

YOU ARE HEREBY NOTIFIED THAT YOU HAVE SIGNED THE BOND IN THE ABOVE-
STYLED CASE.   THIS CASE WAS CALLED FOR TRIAL OR HEARING, AS SCHEDULED,
AND THE DEFENDANT WAS NOT PRESENT TO ANSWER.

WITHIN 28 DAYS AFTER YOU ARE SERVED WITH THIS NOTICE, YOU MUST FILE A
WRITTEN RESPONSE WITH THE CLERK OF COURT SHOWING GOOD CAUSE WHY THIS
BOND AMOUNT OF     $50,000.00 AND THE COURT COST OF
SHOULD NOT BE FORFEITED AND PAID BY YOU.

IF NO ACTION ON YOUR PART IS TAKEN WITHIN 28 DAYS AFTER THE DATE YOU
RECEIVE THIS NOTICE, A FINAL FORFEITURE MAY BE ENTERED AGAINST YOU BY
THE COURT IN THE AMOUNT OF THE BOND (IN WHOLE OR IN PART) AND COURT
COSTS.   THE SHERIFF SHALL COLLECT THE AMOUNT OF THE BOND AND COURT COSTS
FROM YOU OR LEVY ON YOUR PROPERTY TO SATISFY THE FORFEITURE CASE.   IF
YOU FILE A WRITTEN RESPONSE AND THE COURT IS OF THE OPINION YOUR WRITTEN
RESPONSE IS NOT SUFFICIENT TO SET ASIDE THE CONDITIONAL FORFEITURE,
THEN THE COURT SHALL SET A FINAL FORFEITURE HEARING DATE AND YOU WILL BE
NOTIFIED AT THE ADDRESS PROVIDED ON THE RESPONSE.

THIS BOND FORFEITURE IS A COURT CASE AGAINST YOU, SEPARATE FROM THE
DEFENDANT'S CRIMINAL CASE, AND MAY BE COLLECTED AS ANY CIVIL JUDGMENT.

THE COURT HAS ALSO ORDERED THAT THE DEFENDANT BE REARRESTED IN THE
ORIGINAL CASE.

DATE ISSUED:  01/20/99        DEVON KIKER          BY
                              CLERK

---

RETURN ON SERVICE

(  ) RETURN RECEIPT OF CERTIFIED MAIL RECEIVED IN THIS OFFICE ON
                              (DATE).

(  ) I CERTIFY THAT I PERSONALLY DELIVERED A COPY OF THE NOTICE OF ORDER
     OF CONDITIONAL BOND FORFEITURE AND TO SHOW CAUSE ON FORFEITURE OF
     BOND TO  Greg White                IN
     COUNTY, ALABAMA ON  Tallapoosa              (DATE).

THIS NOTICE MUST BE RETURNED BY A PROCESS SERVER, WITH HIS PROPER
RETURN ENDOSED THEREON, WITHIN 28 DAYS OF THE DATE OF ISSUANCE OR
WITHIN FIVE DAYS OF SERVICE, WHICHEVER PERIOD OF TIME IS SHORTER.
DATE:
                              SERVER'S SIGNATURE/TITLE

NOTES:

OPERATOR:   SAM
PREPARED:  01/20/99

00037

```
STATE OF ALABAMA              )        IN THE CIRCUIT COURT OF

        VS.                   )        RUSSELL COUNTY, ALABAMA

MELVIN SMITH                  )        CASE NO.: CC-97-95

            DEFENDANT         )
```

ORDER

The defendant appearing before the Court on this date.  The
alias writ is recalled upon payment of cost of alias writ, late
fee and forfeiture cost.

DONE this the 25th day of January, 1999.


_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
99 FEB -3 AM 10: 09
CIRCUIT/DIST. COURT
RUSSELL CO. AL

00058

STATE OF ALABAMA )    IN THE CIRCUIT COURT OF

VS. )    RUSSELL COUNTY, ALABAMA

MELVIN SMITH_____ )    CASE NO. CC 97-95_____

      Defendant. )

## ORDER

    Defendant, together with his/her attorney, appeared in open court on this date as which time:

_____    The court **granted** the application for youthful offender status.

_____    The defendant entered a **plea of guilty** to being a youthful offender.

_____    The Court set sentencing _____ at _____.

_____    The defendant entered a **plea of not guilty** to being a youthful offender.

_____    The Court set a **trial** _____ at _____.

_____    The Court **denied** the application for youthful offender status.

_____    The defendant **waived the reading** of the indictment and entered a **plea of not guilty.**

_____    The defendant was **arraigned** on the indictment in this cause and entered a plea of **not guilty.**

_____    The Court **continued ruling** on the application for youthful offender status to _____ at _____.

_____    The Court ordered an **alias writ** and preliminary forfeiture for the defendant's failure to appear in Court.

__GRG__    Other: _Hon. Greg Graham appointed to assist defendant in presenting_
            _his case._

    DONE this the __16th__ day of _____February_____, 19 _99__.

_____
      GEORGE R. GREENE, CIRCUIT JUDGE

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

00039

STATE OF ALABAMA,          *
   Plaintiff              *
                    *
vs.                        *    CASE NO. CC-97-095
                    *
Melvin Smith,              *
   Defendant              *

MOTION FOR APPROVAL OF EXPENSES PURSUANT TO
MAY V. STATE

COMES NOW, Melvin Smith, by and through counsel and shows as follows:

1. W. Greg Graham was previously appointed to represent the Defendant in this matter.

2. In _James W. May v. State_, CR-92-350, the Alabama Court of Criminal Appeals held that office overhead expenses constitute "expenses reasonable incurred" and are therefore reimbursable under Ala. Code 15-12-31.   The Supreme Court of Alabama quashed previously issued writs of certiorari in that case on December 22, 1995.

3. James P. Graham, Jr.'s office overhead expenses for the year of 1997 were $76,500.00.

WHEREFORE, Defendant Melvin Smith moves this Court to approve payment of office overhead expenses to W. Greg Graham, in the amount of $35.00 per hour ($72,800.00 divided by 2,080).

W. Greg Graham
Attorney for the Defendant
712 13th Street
P.O. Box 3380
Phenix City, AL   36868-3380

FILED IN OFFICE
99 FEB 25 AM 9: 47
CIRCUIT/DIST. COURT
RUSSELL CO. AL

GRG

00040

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,           *
   Plaintiff              *
                           *

vs.                         *     CASE NO. CC-97-095
                           *

Melvin Smith,               *
   Defendant              *

ORDER

COMES NOW W. Greg Graham, appointed counsel in this action, filed a Motion for Approval of Expenses Pursuant to May v State. Upon consideration of the same, the Court is of the opinion that the Motion is due to be and hereby GRANTED. The Court hereby orders that the comptroller reimburse W. Greg Graham, at the conclusion of his representation of the Defendant at the Trial Court level in this case the sum of $35.00 per hour for each hour committed to the defense of the Defendant in this action.

DONE this ___2___ of ___March___, 1999.

_____
CIRCUIT COURT JUDGE

FILED IN OFFICE
99 MAR -2 PM 3: 55
CIRCUIT/DIST. COURT
RUSSELL CO., AL.

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

00041

STATE OF ALABAMA,                    *
    Plaintiff                        *
                                     *
vs                                   *    CASE NO. CC-97-095
                                     *
Melvin Smith,                        *
    Defendant                        *

MOTION FOR DISCOVERY

COMES NOW the Defendant in the above styled action, by and through his attorney of record and moves this Honorable Court to order the Attorney to:

1. Permit the Defendant to inspect and record any written or recorded statements made by the Defendant, Co-Defendant or Accomplice.

2. Permit the Defendant to analyze, inspect, and copy of photograph books, papers, documents, photographs, tangible objects, controlled substances, building or places or portions of any of this things to which are within the possession, custody and control of the State.

3. Permit the Defendant to inspect and/or copy and results or reports of physical or mental examinations or scientific tests of experiments made in connection with this case and which are within the possession, custody or control of the State.

4. Disclose the substance or oral statements made by the Defendant, Co-Defendant or Accomplice before or after the arrest.

5. Provide the Defendant with a list of all items of physical evidence, objects or documents the State intends to introduce at trial, together with the



location of each and in whose possession it rests.                    _00042

    6. Provide the Defendant with a copy of any search warrants signed by the Judge and a list of any items seized pursuant to any search whether authorized by warrant or not.

    7. Disclose to the Defendant any consideration, inducement or plea bargain offered to any witness, Co-Defendant or Accomplice.

    8. Disclose any information and/or evidence which tends to exculpate or be favorable to the Defendant.

    RESPECTFULLY submitted this _24_ day of _Febuary_ , 1999.

               W. GREG GRAHAM
               Attorney for the Defendant

W. Greg Graham
Attorney at Law
712 13th Street
P.O. box 3380
Phenix City, AL  36868-3380

*FILED IN OFFICE
99 FEB 25 AM 9: 47
CIRCUIT/DIST. COURT
RUSSEL CO. AL*

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above MOTION FOR DISCOVERY have been served upon the District Attorney's Office for the County of Russell in the State of Alabama by placing a copy of the same in the box so marked in the Russell County Courthouse.

    Done this the _24_ day of _Febuary_ , 1999.

               W. GREG GRAHAM

| | | |
|---|---|---|
| STATE OF ALABAMA, | ) | IN THE CIRCUIT COURT OF |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| VS. | ) | CASE NO. CC 97-095 |
| MELVIN SMITH | ) | |
| DEFENDANT. | ) | |

## ORDER

Motion for discovery having been filed in the above styled cause pursuant to Rule 16 of the Alabama Rules of Criminal Procedure, the District Attorney of Russell County, Alabama is ORDERED to produce and disclose information and materials discoverable under the authority of <u>Brady v. Maryland</u> and Rule 16 of the Alabama Rules of Criminal Procedure.

DONE this the 2nd day of March, 1999.

_____
George R. Greene, Circuit Judge

FILED IN OFFICE

99 MAR -2 PM 3: 50

CIRCUIT/DIST. COURT
RUSSELL CO., AL

00044

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

STATE OF ALABAMA,          *
   Plaintiff              *
                          *
vs                        *     CASE NO. CC-97-095
                          *
MELVIN SMITH,             *
  Defendant.              *

MOTION TO RESTRICT USE OF THE WORD "RAPE"

Comes now the defendant, Melvin Smith, by and through his counsel Greg Graham, of Russell County, Alabama, and prior to trial files this motion to restrict the district attorney and any and all witnesses for the State from using and employing the word "Rape". In support of his motion, defendant states as follows:

1. The question of the presence of each and every element of the crime of rape is the ultimate question for determination of the jury.
2. Code of Alabama 13A-6-61 and 13A-6-62 set out each element of the crime of rape. Said statutes are very specific and contain several elements. Therefore, when a witness uses the word "Rape" the usage thereby imports a conclusion made by the witness which is clearly subject to an objection.
3. The connotation of the word "Rape" takes on an inflammatory appeal such that the passion of the average man is aroused to the point of prejudice.
4. An instruction by the Court after the use of the word "Rape" by the district attorney or the witness would not cure the prejudicial effect that the word "Rape" has on the average juror, therefore, this timely motion is made prior to trial so that no prejudice will result from the use of this inappropriate word during trial.

ACCORDINGLY, defendant moves the Court to instruct prior to trial, the district attorney and any and all witnesses called on behalf of the State to refrain from the use of the word "Rape" for the reasons set forth in defendant's motion.

W. Greg Graham
Attorney for Defendant



_00045

PO Box 3380
Phenix City, AL 36868-3380

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above MOTION TO RESTRICT
USE OF THE WORD "RAPE" has been served upon the District Attorney's
office for the County of Russell in the State of Alabama by placing
a copy of the same in the box so marked in the Russell County
Courthouse.

Done this the _8th_ day of _March_____, 1999.

W. Greg Graham

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

_00046

STATE OF ALABAMA,　　　　　　*
　　　　　　　　　　　　　　　*
　　　　Plaintiff,　　　　　　*
　　　　　　　　　　　　　　　*
vs.　　　　　　　　　　　　　*　　CASE NO. CC-97-095
　　　　　　　　　　　　　　　*
MELVIN SMITH,　　　　　　　　*
　　　　　　　　　　　　　　　*
　　　　Defendant.　　　　　　*

## MOTION TO SUPPRESS DEFENDANT'S STATEMENTS

NOW COMES the defendant, MELVIN SMITH by and through his attorney of record, W. Greg Graham, and brings this Motion to Suppress certain statements and/or testimony and in support thereof respectfully shows This Honorable Court the following facts:

1.　　Melvin Smith is charged with Rape 1st Degree.

2.　　The State, by and through the District Attorney, will attempt to introduce into evidence at trial, oral admissions, a written statement, and/or tape recordings of statements made by the defendant to law enforcement officers while in custody.

3.　　Those statements which incriminate the defendant were made in the absence of counsel and without an intelligent or knowing waiver of counsel.

WHEREFORE, the defendant prays for the suppression of statements and/or testimonies made without counsel being present.

Respectfully submitted,

W. M/M/L
_____
W. GREG GRAHAM
Attorney for Defendant

FILED IN OFFICE
99 MAR -8 PM 4: 15
CIRCUIT DIST. COURT
RUSSELL CO. AL

GRG

00047

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date served a copy of the foregoing MOTION TO SUPPRESS upon the Hon. Kenneth Davis, District Attorney for Russell County, Alabama, by placing a copy of same in the receptacle held in its name in the Clerk's Office of the Circuit Court of Russell County, Alabama, an extension of said attorney's office.

This the 8th day of March, 1999.

W. GREG GRAHAM  (GRA088)
Attorney for Defendant
Post Office Box 3380
Phenix City, AL  36868-3380
(334) 291-0315

FILED IN OFFICE
99 MAR -8 PM 4: 15
CIRCUIT/DIST. COURT
RUSSELL CO. AL

00048

IN THE CIRCUIT COURT OF
RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA,          *
                           *
     Plaintiff,            *
                           *
vs.                        *     Case No. CC-97-095
                           *
MELVIN SMITH,              *
                           *
     Defendant.            *

## MOTION TO CONTINUE

COMES NOW Melvin Smith, by and through his attorney of record,
W. Greg Graham, and moves this Honorable Court for a continuance in
the above cause due to the fact that the defendant's statement was
made available to defendant's attorney on March 5, 1999 and the
said statement will significantly alter the theory in defending
this case.

Done this the 8th day of March, 1999.

_____
W. GREG GRAHAM    (GRA088)
Attorney for Defendant

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date served a copy of the
foregoing MOTION FOR CONTINUANCE upon the Hon. Kenneth Davis,
District Attorney for Russell County, Alabama, by placing a copy of
same in the receptacle held in its name in the Clerk's Office of
the Circuit Court of Russell County, Alabama, an extension of said
attorney's office.

This the 8th day of March, 1999.

_____
W. GREG GRAHAM
Attorney for Defendant
Post Office Box 3380
Phenix City, AL  36868-3380

GRG

FILED IN OFFICE
99 MAR -8 PM 4: 1
CIRCUIT/DIST. COURT
RUSSELL CO. AL

3/16/99 - Motion to cont. denied

00049

STATE OF ALABAMA          *        IN THE CIRCUIT COURT OF

                          *
VS.                       *        RUSSELL COUNTY, ALABAMA
                          *
                          *
MELVIN SMITH              *        CASE NO. CC-97-95

## MOTION IN LIMINE

Comes now the State of Alabama by and through its District Attorney for the 26th Judicial Circuit, Kenneth E. Davis, and pursuant to Rule 412 of the Alabama Rules of Evidence, moves this Court, should the above-styled case go to trial, to direct the Defendant *in limine* to refrain from exploring or otherwise questioning the victim in the above-styled case, Annette Thomas, regarding *inter alia* her past sexual behavior as such evidence is statutorily excluded as immaterial and irrelevant.

FILED IN OFFICE
99 MAR -8 PM 4: 09
CIRCUIT COURT
RUSSELL CO. AL.

_____
J. MAXWELL SMITH
ASSISTANT DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
SMI207

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion upon the Hon. Greg Graham, Counsel for the Defendant, by placing the same in a receptacle reserved in his name in the Office of the Clerk of the Circuit Court of Russell County, Alabama.

This the 8th day of March, 1999.

_____
J. MAXWELL SMITH
ASSISTANT DISTRICT ATTORNEY
26TH JUDICIAL CIRCUIT
SMI207



F00050

| STATE OF ALABAMA | * | IN THE CIRCUIT COURT OF |
| VS. | * | RUSSELL COUNTY, ALABAMA |
| MELVIN SMITH | * | CASE NO. CC-97-95 |

## LIST OF STATE'S POTENTIAL WITNESSES

1. Annette Thomas
2. William H. Landrum
3. Officer Jay B. King, Jr.
4. Michael Hitchcock
5. Sgt. Lon Russell
6. Lt. Steve O'Steen
7. Mike Parrish
8. Rayford E. Tapley
9. Dr. Steven Medeiros
10. Nurse Heather E. Daniels
11. Patricia Goodwin
12. Gwen Miller

00051

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

STATE OF ALABAMA,          *
   Plaintiff          *
                *
vs          *          CASE NO. CC-97-095
                *
MELVIN SMITH,          *
   Defendant.          *

DEFENDANT'S WITNESS LIST

Melvin Smith

*Loocsr*
Mrs. ~~Melvin~~ Smith

*Willie Bell Johnson.*

Respectfully Submitted,

W. Greg Graham
Attorney for Defendant

PO Box 3380
Phenix City, AL 36868-3380

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              000052
OPER: JUR                          RUSSELL COUNTY                        PAGE:
                               JUROR VENIRE BY STRIKE#          RUN DATE: 05/18/199
                                                               RUN TIME: 14:58:51

IN DATE: 03/15/1999    PANEL: 001   STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0001 | ALEXANDER DOUGLAS<br>202 10TH AVENUE<br>PHENIX CITY  AL  36867<br>OCCUPATION: | 10/11/1954<br>STATUS: FAILED TO APPEAR | M | B | 01 | 017223 |
| 0002 | ALEXANDER ARTHUR L<br>2105 15TH AVENUE<br>PHENIX CITY  AL  36867<br>OCCUPATION: | 10/21/1944<br>STATUS: EXCUSED | M | B | 01 | 038056 |
| 0002 | ALLEN TOMEKO I<br>22 GRIGGS CT<br>SEALE  AL  36875<br>OCCUPATION: | 09/29/1970<br>STATUS: OTHER | F | B | 01 | 033468 |
| 0003 | BAKER ELLA M<br>69 MATHEWS ROAD<br>PHENIX CITY  AL  36869<br>OCCUPATION: | 10/30/1949<br>STATUS: OTHER | F | B | 01 | 009200 |
| 0004 | BARTLETT LAURA C<br>2 VIRGINIA STREET<br>PHENIX CITY  AL  36869<br>OCCUPATION: | 01/02/1969<br>STATUS: OTHER | F | W | 01 | 014549 |
| 0005 | BRENNAN DOROTHY<br>3903 25TH AVE<br>PHENIX CITY  AL  36867<br>OCCUPATION: | 08/13/1939<br>STATUS: OTHER | F | W | 01 | 019133 |
| 0006 | BROWN ELOISE H<br>609 14TH AVENUE SOUTH<br>PHENIX CITY  AL  36869<br>OCCUPATION: | 02/06/1947<br>STATUS: OTHER | F | B | 01 | 032320 |
| 0007 | BROWN RICHARD L<br>2401 TILLERY LANE APT A<br>PHENIX CITY  AL  36867<br>OCCUPATION: | 04/24/1974<br>STATUS: FAILED TO APPEAR | M | W | 01 | 010346 |
| 0008 | BANKER ROBIN A<br>2003 48TH STREET<br>PHENIX CITY  AL  36867<br>OCCUPATION: | 07/11/1961<br>STATUS: UNDELIVERED | F | W | 01 | 004043 |
| 0008 | BURKE WILLIAM D<br>803 20TH ST<br>PHENIX CITY  AL  36867<br>OCCUPATION: | 04/26/1973<br>STATUS: FAILED TO APPEAR | M | W | 01 | 022189 |
| 0009 | CANNON JAMES R III<br>59 GLENHAVEN ROAD<br>PHENIX CITY  AL  36870<br>OCCUPATION: | 07/01/1958<br>STATUS: OTHER | M | W | 01 | 025055 |
| 0010 | BARFIELD M C<br>78 LEE ROAD 998<br>PHENIX CITY  AL  36870<br>OCCUPATION: | 09/13/1956<br>STATUS: EXCUSED | F | W | 01 | 013212 |
| 0010 | CHAMBLISS BEVERLY R<br>PO BOX 252<br>HURTSBORO  AL  36860<br>OCCUPATION: | 10/01/1970<br>STATUS: OTHER | F | B | 01 | 028688 |
| 0011 | CLIATT ROSIE H<br>P O BOX 313<br>HURTSBORO  AL  36860<br>OCCUPATION: | 01/04/1949<br>STATUS: EXCUSED | F | B | 01 | 020470 |

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              □00053
OPER: JUR                         RUSSELL COUNTY                     PAGE:
                             JUROR VENIRE BY STRIKE#            RUN DATE: 05/18/199
                                                               RUN TIME: 14:58:51
RM DATE: 03/15/1999   PANEL: 001   STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0012 | BATTLES JENNIFER R<br>4605 SUMMERVILLE ROAD<br>PHENIX CITY  AL   36867 | 11/07/1975<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 001178 |
| 0012 | COOK TONY W<br>3884 SANDFORT ROAD<br>PHENIX CITY  AL   36869 | 12/22/1973<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 011683 |
| 0013 | CULBERSON ELLEN T<br>1701 27TH AVENUE<br>PHENIX CITY  AL   36870 | 10/03/1922<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 030982 |
| 0014 | BOSWELL FREDA G<br>3404 11TH AVENUE<br>PHENIX CITY  AL   36867 | 03/22/1929<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 029261 |
| 0014 | DAVIS MARSHALL R<br>1105 17TH AVE<br>PHENIX CITY  AL   36867 | 02/16/1964<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 022571 |
| 0015 | BOUTWELL J T<br>4 LAUREL STREET<br>PHENIX CITY  AL   36867 | 09/06/1926<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 005380 |
| 0015 | DEAL DAVID R JR<br>26 BAYVIEW DRIVE<br>PHENIX CITY  AL   36867 | 07/13/1964<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 030217 |
| 0016 | BRAGG STEVEN W<br>3916 25TH AVENUE<br>PHENIX CITY  AL   36867 | 10/26/1960<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 013785 |
| 0016 | DUBBERLY SAMUEL C<br>31 HANCOCK ROAD<br>PHENIX CITY  AL   36869 | 07/27/1950<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 006526 |
| 0017 | EVANS SAMMY L<br>P O BOX 307<br>FORT MITCHELL  AL  36856 | 03/18/1951<br>STATUS: OTHER<br>OCCUPATION: | M | B | 01 | 027732 |
| 0018 | FARROW JAMES C<br>408 20TH AVENUE<br>PHENIX CITY  AL   36869 | 01/05/1974<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 013085 |
| 0018 | FORD TIMMY<br>PO BOX 87<br>FORT MITCHELL  AL  36856 | 12/16/1975<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | B | 01 | 014740 |
| 0019 | BRODKA NANCY E<br>3002 STADIUM DR APT E 1<br>PHENIX CITY  AL   36867 | 11/14/1973<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | W | 01 | 025628 |
| 0019 | GAY MARTHA A<br>400 431 S APT D 3<br>PHENIX CITY  AL   36869 | 10/03/1962<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 034997 |

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              -00056
OPER: JUR                          RUSSELL COUNTY                     PAGE:
                              JUROR VENIRE BY STRIKE#          RUN DATE: 05/18/199
                                                              RUN TIME: 14:58:51

  RM DATE: 03/15/1999   PANEL: 001   STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0020 | BROWDER FRANCES L<br>47 LEWIS GROCERY ROAD<br>PITTSVIEW  AL  36871<br>STATUS: UNDELIVERED<br>OCCUPATION: | 09/13/1977 | F | B | 01 | 019515 |
| 0020 | GLANCE TAMMY F<br>409 20TH AVE<br>PHENIX CITY  AL  36869<br>STATUS: OTHER<br>OCCUPATION: | 01/26/1967 | F | B | 01 | 019324 |
| 0021 | GRIGGS WOODROW<br>P O BOX 232<br>FORT MITCHELL  AL  36856<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | 02/20/1929 | M | B | 01 | 036909 |
| 0022 | HARDEN DONNA P<br>734 12TH COURT<br>PHENIX CITY  AL  36867<br>STATUS: OTHER<br>OCCUPATION: | 12/02/1954 | F | W | 01 | 014931 |
| 0023 | HARP TABATHA M<br>1704 16TH AVENUE<br>PHENIX CITY  AL  36867<br>STATUS: OTHER<br>OCCUPATION: | 01/03/1979 | F | W | 01 | 008627 |
| 0024 | HARVEY STEVEN F<br>256 CLARK RD<br>SEALE  AL  36875<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | 04/18/1962 | M | W | 01 | 025437 |
| 0025 | HEAD JEREMY A<br>4002 27TH AVENUE<br>PHENIX CITY  AL  36867<br>STATUS: OTHER<br>OCCUPATION: | 01/17/1978 | M | W | 01 | 016077 |
| 0026 | HEBERT AMY S<br>19 PIONEER DR<br>SEALE  AL  36875<br>STATUS: EXCUSED<br>OCCUPATION: | 06/29/1978 | F | W | 01 | 007481 |
| 0027 | BYRD RICHARD E<br>604 9TH PLACE<br>PHENIX CITY  AL  36867<br>STATUS: UNDELIVERED<br>OCCUPATION: | 03/03/1946 | M | W | 01 | 021998 |
| 0027 | HILL PERCEY L<br>6 R C DRIVE<br>PHENIX CITY  AL  36869<br>STATUS: EXCUSED<br>OCCUPATION: | 05/18/1939 | M | B | 01 | 003279 |
| 0028 | HOSKINS ALONZO<br>1315 15TH PLACE<br>PHENIX CITY  AL  36867<br>STATUS: OTHER<br>OCCUPATION: | 06/16/1964 | M | B | 01 | 008436 |
| 0029 | CARLSON RICHARD N JR<br>15 CARROLL DRIVE<br>PHENIX CITY  AL  36869<br>STATUS: EXCUSED<br>OCCUPATION: | 10/27/1971 | M | W | 01 | 003852 |
| 0029 | JACKSON BRENDA A<br>805 APRIL DR<br>PHENIX CITY  AL  36867<br>STATUS: OTHER<br>OCCUPATION: | 01/17/1970 | F | B | 01 | 013976 |
| 0030 | JENKINS PAUL G<br>2000 40TH STREET<br>PHENIX CITY  AL  36867<br>STATUS: OTHER<br>OCCUPATION: | 05/14/1955 | M | W | 01 | 005571 |

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM                    PAGE:
OPER: JUR                          RUSSELL COUNTY                      RUN DATE: 05/18/199
                              JUROR VENIRE BY STRIKE#                  RUN TIME: 14:58:51

RM DATE: 03/15/1999   PANEL: 001   STATUS: ALL

STRIKE   JUROR'S NAME / ADDRESS              BIRTH DATE    SEX  RACE   PANEL    JUROR#
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|---|---|---|---|---|---|---|
| 0031 | JOHNSON SHARHONDA D<br>1411 1ST PL S<br>PHENIX CITY AL 36869 | 09/11/1973<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 021425 |
| 0032 | CHAVANA MARTHA C<br>1701 37TH ST APT 1304<br>PHENIX CITY AL 36867 | 02/14/1941<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 028879 |
| 0032 | KING DEREK L<br>6 A BUD DRIVE<br>HURTSBORO AL 36860 | 03/10/1975<br>STATUS: OTHER<br>OCCUPATION: | M | B | 01 | 017796 |
| 0033 | CHUMNEY SIBYL C<br>3011 SO RAILROAD ST<br>PHENIX CITY AL 36867 | 07/04/1928<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 000223 |
| 0033 | KNOX MICHAEL W<br>408 22ND STREET<br>PHENIX CITY AL 36867<br>COMMENTS: LATE - EXECUSED FOR | 04/28/1953<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 011301 |
| 0034 | LEE DANIEL B<br>813 4TH PLACE SOUTH<br>PHENIX CITY AL 36869 | 12/02/1970<br>STATUS: OTHER<br>OCCUPATION: | M | B | 01 | 015504 |
| 0035 | LONG LOUISE L<br>92 HOWARD RD<br>SEALE AL 36875 | 03/25/1942<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 017987 |
| 0036 | MADDOX K DENISE<br>2422 13TH AVENUE<br>PHENIX CITY AL 36867 | 10/29/1963<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 029644 |
| 0037 | COGER RICHARD W<br>4604 NEWSOME DR<br>PHENIX CITY AL 36867 | 05/24/1976<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 027158 |
| 0037 | MAYNARD PATRICIA P<br>2417 SANDFORT RD<br>PHENIX CITY AL 36869 | 08/29/1940<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 026393 |
| 0038 | COLLINS TRACY L<br>409 21ST AVENUE<br>PHENIX CITY AL 36869 | 12/28/1972<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 032129 |
| 0038 | MELGAARD RONNIE L<br>1210 43RD ST<br>PHENIX CITY AL 36867 | 02/21/1944<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 032894 |
| 0039 | MILES LARRY<br>1505 JACKSON DRIVE<br>PHENIX CITY AL 36869 | 05/27/1949<br>STATUS: OTHER<br>OCCUPATION: | M | B | 01 | 009964 |
| 0040 | COPELAND DOROTHY A<br>1703 8TH PLACE SOUTH<br>PHENIX CITY AL 36869 | 03/02/1957<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 009582 |

```
JUR220                  ALABAMA JUDICIAL INFORMATION SYSTEM                 00056
OPER: JUR                          RUSSELL COUNTY                RUN DATE: 05/18/99
                          JUROR VENIRE BY STRIKE#                RUN TIME: 14:58:51

RN DATE: 03/15/1999    PANEL: 001    STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0040 | MORGAN JACKIE Y<br>2401 14TH COURT<br>PHENIX CITY AL 36867 | 11/16/1963<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 002897 |
| 0041 | NUNN JACQUELINE<br>40 MOUNT OLIVE DRIVE<br>SEALE AL 36875 | 06/26/1968<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 001942 |
| 0042 | CROWELL PATRICIA S<br>1014 11TH AVE<br>PHENIX CITY AL 36867 | 01/24/1953<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | B | 01 | 016841 |
| 0042 | OSBORN JAMES<br>1915 6TH AVE<br>PHENIX CITY AL 36867 | 08/21/1933<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 031173 |
| 0043 | PARKMAN RALPH J<br>200 15TH AVENUE SO<br>PHENIX CITY AL 36869 | 06/22/1947<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | B | 01 | 026967 |
| 0044 | PARSONS CHARLES M<br>2823 BRIDGEWATER DR<br>PHENIX CITY AL 36867 | 01/24/1950<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 031556 |
| 0045 | DAVIS GEORGE C<br>4311 17TH STREET<br>PHENIX CITY AL 36867 | 05/13/1921<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 032703 |
| 0045 | PERRY ANNIE R<br>1707 EPWORTH ST<br>PHENIX CITY AL 36867 | 09/09/1947<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 027923 |
| 0046 | PHILLIPS ANTHONY J<br>200 LONG STREET<br>HURTSBORO AL 36860 | 11/30/1970<br>STATUS: OTHER<br>OCCUPATION: | M | B | 01 | 002133 |
| 0047 | PLEZES VINCENT N<br>902 14TH AVENUE<br>PHENIX CITY AL 36867 | 08/23/1965<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | B | 01 | 029452 |
| 0048 | PODGER DAVID W<br>3993 US HWY 80 WEST<br>PHENIX CITY AL 36867 | 08/03/1971<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 030791 |
| 0049 | RECKTENWALD GAIL M<br>PO BOX 497<br>FORT MITCHELL AL 36856 | 10/10/1958<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 000605 |
| 0050 | DEW WALTER H<br>16 OVERLOOK DRIVE<br>SEALE AL 36875 | 09/04/1919<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 006335 |
| 0050 | ROBINSON FRANCIS M<br>73 GALLOPS ROAD<br>SEALE AL 36875 | 01/06/1972<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 009773 |

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              C00057
OPER: JUR                          RUSSELL COUNTY                    PAGE:
                              JUROR VENIRE BY STRIKE#          RUN DATE: 05/18/199
                                                               RUN TIME: 14:58:51
RM DATE: 03/15/1999    PANEL: 001    STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0051 | DILEONARDO DOROTHY H<br>1500 43RD ST<br>PHENIX CITY  AL  36867 | 04/17/1926<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 026776 |
| 0051 | ROBINSON WILLIE L<br>2 GARLAND DRIVE<br>SEALE  AL  36875 | 08/27/1957<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | B | 01 | 001369 |
| 0052 | SANDERS EDITH W<br>ROUTE 1 BOX 203<br>PITTSVIEW  AL  36871 | 01/08/1923<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | F | W | 01 | 027540 |
| 0053 | DUNHAM MARGARET T<br>3304 7TH AVENUE<br>PHENIX CITY  AL  36867 | 04/16/1935<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 026584 |
| 0053 | SANKS ANDREW L<br>2 CANEY RD<br>SEALE  AL  36875 | 05/25/1950<br>STATUS: OTHER<br>OCCUPATION: | M | B | 01 | 010537 |
| 0054 | DYER JASON S<br>1904 ST ANDREWS WAY<br>PHENIX CITY  AL  36867 | 02/29/1976<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 035188 |
| 0054 | SAVAGE GEORGE L<br>1405 8TH AVENUE<br>PHENIX CITY  AL  36867 | 04/06/1949<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 034806 |
| 0055 | ELKINS DOROTHY M<br>4097 HWY 80 WEST<br>PHENIX CITY  AL  36869 | 12/08/1925<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 017605 |
| 0055 | SCOTT WILLIE C JR<br>128 A SAND ROAD<br>HURTSBORO  AL  36860 | 08/25/1970<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | B | 01 | 020279 |
| 0056 | SMITH EDDIE C<br>3511 14TH STREET<br>PHENIX CITY  AL  36869 | 05/01/1938<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | B | 01 | 016459 |
| 0057 | SPEARS CATHY D<br>1608 28TH AVENUE<br>PHENIX CITY  AL  36867 | 03/28/1960<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 024672 |
| 0058 | EZELL JOE M<br>16 MATHIS ROAD<br>SEALE  AL  36875 | 06/17/1937<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | W | 01 | 001560 |
| 0058 | STEVENSON DONALD L<br>1907 11TH PL S<br>PHENIX CITY  AL  36869 | 10/23/1931<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 029835 |
| 0059 | FARMER CATHY B<br>5000 ONE HALF SUMMERVILLE<br>PHENIX CITY  AL  36867 | 01/16/1954<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 037483 |

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              PAGE:
OPER: JUR                         RUSSELL COUNTY                  RUN DATE: 05/18/199
                              JUROR VENIRE BY STRIKE#             RUN TIME: 14:58:51

RM DATE: 03/15/1999    PANEL: 001    STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0059 | STOREY M ADAM<br>1908 SUMMERVILLE ROAD<br>PHENIX CITY  AL   36867 | 12/30/1972<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 012256 |
| 0060 | FENWICK TERRY A<br>2100 9TH AVENUE<br>PHENIX CITY  AL   36867 | 06/13/1954<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 010919 |
| 0060 | SULLIVAN SHARON M<br>1512 10TH AVE<br>PHENIX CITY  AL   36867 | 09/12/1951<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | F | W | 01 | 034232 |
| 0061 | THOMPSON TANGELA F<br>2150 STADIUM DR APT O 1<br>PHENIX CITY  AL   36867 | 10/12/1967<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 013403 |
| 0062 | WADKINS KENNETH L<br>337 CLARK ROAD<br>SEALE  AL   36875 | 07/09/1956<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 027349 |
| 0063 | WALL CHRIS<br>1305 SOUTH RAILROAD STREE<br>PHENIX CITY  AL   36867 | 04/03/1976<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 005953 |
| 0064 | WARD VICTORIA J<br>3815 SANDFORT RD<br>PHENIX CITY  AL   36869 | 07/06/1949<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 023335 |
| 0065 | WATERS LISA F<br>2712 SANDFORT RD<br>PHENIX CITY  AL   36867 | 05/23/1979<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | F | W | 01 | 036527 |
| 0066 | WATSON JOHNNY R JR<br>76 KITETOWN RD<br>SEALE  AL   36875 | 11/23/1974<br>STATUS: OTHER<br>OCCUPATION: | M | W | 01 | 025246 |
| 0067 | GOUGEON MARIE S<br>P O BOX 1<br>FORT MITCHELL   AL   36856 | 01/17/1930<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 035571 |
| 0067 | WELLS BENJAMIN M<br>1702 BROAD ST<br>PHENIX CITY  AL   36867 | 07/20/1968<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 033085 |
| 0068 | GRANT CHRISTINA S<br>3771 SANDFORT ROAD LOT 11<br>PHENIX CITY  AL   36869 | 11/05/1976<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 028305 |
| 0068 | WILBORN JERRY L<br>58 MAYFLOWER DR<br>HURTSBORO   AL   36960 | 03/14/1975<br>STATUS: EXCUSED<br>OCCUPATION: | M | B | 01 | 019706 |
| 0069 | GRANT MARY A<br>25 AMERICA DRIVE LOT 27<br>PHENIX CITY  AL   36867 | 08/27/1965<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | B | 01 | 012065 |

100058

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              PAGE:
OPER: JUR                        RUSSELL COUNTY                    RUN DATE: 05/18/199
                              JUROR VENIRE BY STRIKE#              RUN TIME: 14:58:51
```

C00059

RN DATE: 03/15/1999   PANEL: 001   STATUS: ALL

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0069 | WILLETT JASON B<br>138 LATO RD<br>SEALE AL 36875 | 06/10/1977<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 003470 |
| 0070 | WILLIAMS FREDDIE JR<br>902 RODNEY ST<br>PHENIX CITY AL 36867 | 11/01/1969<br>STATUS: EXCUSED<br>OCCUPATION: | M | B | 01 | 033659 |
| 0071 | WILLIAMS JUDY<br>6 WISTERIA DRIVE<br>PHENIX CITY AL 36869 | 12/01/1953<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | F | W | 01 | 013021 |
| 0072 | WILLIAMS PRISCILLA J<br>712 LAWRENCE CT<br>PHENIX CITY AL 36869 | 08/23/1965<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 030026 |
| 0073 | HALL LEALER J<br>P.O.BOX 16<br>PITTSVIEW AL 36871 | 07/22/1950<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 019897 |
| 0073 | WILSON BETTY J<br>1104 F RIVERVIEW APTS<br>PHENIX CITY AL 36867 | 04/26/1948<br>STATUS: OTHER<br>OCCUPATION: | F | B | 01 | 024864 |
| 0074 | HALL LINDA A<br>1906 5TH AVE<br>PHENIX CITY AL 36867 | 11/25/1949<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | W | 01 | 022762 |
| 0074 | WITSELL EDWARD L<br>3201 TURKEY DR<br>PHENIX CITY AL 36869 | 10/24/1934<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 031938 |
| 0075 | HALL RHONDA L<br>18 NORTH HERRING ROAD<br>OPELIKA AL 36801 | 11/10/1968<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 015886 |
| 0075 | WOODHAM TAMARA W<br>2902 SUMMERVILLE RD<br>PHENIX CITY AL 36867 | 02/16/1958<br>STATUS: OTHER<br>OCCUPATION: | F | W | 01 | 037100 |
| 0076 | WOODWARD LINDA M<br>2010 40TH STREET<br>PHENIX CITY AL 36867 | 10/04/1971<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | F | W | 01 | 012639 |
| 0077 | HARKINS MALVINA<br>3418 BEACON ST<br>PHENIX CITY AL 36867 | 07/15/1968<br>STATUS: EXCUSED<br>OCCUPATION: | F | O | 01 | 024481 |
| 0077 | WYATT JIMMIE W<br>24 SKYLARK DR<br>PHENIX CITY AL 36867 | 12/06/1969<br>STATUS: FAILED TO APPEAR<br>OCCUPATION: | M | W | 01 | 008054 |
| 0080 | HARRIS ROBERT A<br>1809 SOUTH 5TH STREET<br>PHENIX CITY AL 36869 | 05/10/1921<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 036144 |

```
                                                                    00060
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM          PAGE:      6
OPER: JUR                        RUSSELL COUNTY              RUN DATE: 05/18/1999
                             JUROR VENIRE BY STRIKE#         RUN TIME: 14:58:51

 RM DATE: 03/15/1999    PANEL: 001    STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0082 | HARRISON GEORGE H<br>11 JOWERS RD<br>PHENIX CITY  AL  36869 | 02/26/1949<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 033276 |
| 0082 | SMITH LISA K<br>594 NUCKOLS RD<br>SEALE  AL  36875 | 01/21/1963<br>STATUS: POSTPONED<br>OCCUPATION: | F | W | 01 | 001417 |
| 0085 | HEAD HERMAN<br>1406 9TH STREET SO<br>PHENIX CITY  AL  36869 | 03/30/1921<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 023526 |
| 0090 | HESTER LUCILLE S<br>11 MOCASSIN DR<br>PHENIX CITY  AL  36867 | 03/04/1927<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | W | 01 | 033850 |
| 0094 | HUNTER CLARENCE<br>4 GRIGG COURT<br>SEALE  AL  36875 | 09/02/1932<br>STATUS: EXCUSED<br>OCCUPATION: | M | B | 01 | 008818 |
| 0109 | LYLES CHONG C<br>2305 19TH AVENUE<br>PHENIX CITY  AL  36867 | 09/27/1947<br>STATUS: EXCUSED<br>OCCUPATION: | F | O | 01 | 015695 |
| 0114 | MCCLAIN TIFFANY J<br>RT 2 BOX 117 H<br>SEALE  AL  36875 | 10/12/1971<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | B | 01 | 025820 |
| 0119 | MILLER JEFFREY M<br>11 A COUNTY LINE RD<br>SALEM  AL  36874 | 10/24/1977<br>STATUS: EXCUSED<br>OCCUPATION: | M | B | 01 | 015313 |
| 0121 | MILLIRONS KAREN J<br>15 LITTLE LOOP RD<br>PHENIX CITY  AL  36870 | 10/14/1975<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | W | 01 | 034041 |
| 0122 | MILNER REBECCA S<br>1804 45TH STREET<br>PHENIX CITY  AL  36867 | 11/20/1931<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 030600 |
| 0127 | NELAMS TOMMY M<br>1205 SANDFORT ROAD<br>PHENIX CITY  AL  36867 | 01/19/1968<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | B | 01 | 001751 |
| 0128 | NEWSOME DAVID L<br>1705 WYNN ROAD<br>PHENIX CITY  AL  36867 | 06/08/1971<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 022953 |
| 0129 | NEWSOME SUE T<br>2016 JANET DRIVE<br>PHENIX CITY  AL  36867 | 02/10/1939<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 021234 |
| 0130 | ODOM HAZEL L<br>52 BAYVIEW DRIVE<br>PHENIX CITY  AL  36869 | 02/16/1933<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 035380 |

```
JUR220                   ALABAMA JUDICIAL INFORMATION SYSTEM           00061
OPER: JUR                        RUSSELL COUNTY              RUN DATE: 05/18/199
                            JUROR VENIRE BY STRIKE#          RUN TIME: 14:58:51

RM DATE: 03/15/1999    PANEL: 001    STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0132 | OVERSTREET SAMUEL W<br>59 NORTH HERRING ROAD<br>OPELIKA AL 36801 | 07/11/1955<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 031747 |
| 0133 | OWENS JAMES H JR<br>3 AVALON COURT<br>SEALE AL 36875 | 08/26/1977<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 035953 |
| 0135 | PARKER CHARLES E<br>1800 LAKEWOOD DRIVE AOPT<br>PHENIX CITY AL 36867 | 12/31/1968<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 036718 |
| 0136 | PARKER JAMES H JR<br>719 29TH ST<br>PHENIX CITY AL 36867 | 06/21/1938<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 011874 |
| 0137 | PARKER WILLIE J<br>PO BOX 210<br>FORT MITCHELL AL 36856 | 09/16/1950<br>STATUS: EXCUSED<br>OCCUPATION: | M | B | 01 | 015122 |
| 0138 | PARKERSON BRENDA L<br>1301 28TH AVE APT C 7<br>PHENIX CITY AL 36867 | 08/28/1967<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 017032 |
| 0149 | RANDOLPH SYLVESTER<br>5860 COUNTY ROAD 2<br>HURTSBORO AL 36860 | 08/13/1953<br>STATUS: EXCUSED<br>OCCUPATION: | M | B | 01 | 002324 |
| 0151 | REESE HILDA B<br>315 14TH AVENUE<br>PHENIX CITY AL 36869 | 10/13/1923<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 023144 |
| 0155 | SANES JACKIE J<br>39 AVALON CIRCLE<br>SEALE AL 36875 | 10/13/1967<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 004425 |
| 0159 | SEAGLE LUCRETIA J<br>1503 S RAILROAD ST<br>PHENIX CITY AL 36867 | 09/22/1949<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 014358 |
| 0160 | SHIVER SARAH L<br>20 SHIVER DR<br>PITTSVIEW AL 36871 | 08/22/1925<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 008245 |
| 0161 | SLAGLE HELEN M<br>2705 20TH STREET<br>PHENIX CITY AL 36867 | 03/13/1922<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | W | 01 | 021616 |
| 0163 | SMITH PAMELA L<br>3504 CARRINGTON PLACE<br>PHENIX CITY AL 36867 | 03/03/1956<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 011492 |
| 0165 | STEGNER AMY M<br>1701 37TH ST APT 601<br>PHENIX CITY AL 36867 | 07/13/1973<br>STATUS: POSTPONED<br>OCCUPATION: | F | W | 01 | 006717 |

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              PAGE:    1
OPER: JUR                          RUSSELL COUNTY                RUN DATE: 05/18/199
                              JUROR VENIRE BY STRIKE#            RUN TIME: 14:58:51

TERM DATE: 03/15/1999    PANEL: 001    STATUS: ALL
```

| STRIKE | JUROR'S NAME / ADDRESS | BIRTH DATE | SEX | RACE | PANEL | JUROR# |
|--------|------------------------|------------|-----|------|-------|--------|
| 0167 | STEWART ARTHUR K<br>RT 5 BOX 2004<br>PHENIX CITY  AL  36867 | 07/14/1965<br>STATUS: UNDELIVERED<br>OCCUPATION: | M | W | 01 | 005762 |
| 0168 | STINSON JACKIE L<br>10 FROREST HILLS DRIVE<br>PHENIX CITY  AL  36867 | 01/02/1954<br>STATUS: DISQUALIFIED<br>OCCUPATION: | M | W | 01 | 000987 |
| 0169 | STOKES LUTHER D JR<br>1810 13TH STREET<br>PHENIX CITY  AL  36867 | 07/01/1937<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 030408 |
| 0172 | TATE SHARONICA S<br>216 17TH AVE<br>PHENIX CITY  AL  36869 | 10/16/1974<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 037865 |
| 0173 | THOMAS KIMMIE K<br>269 BATTLE ROAD<br>HURTSBORO  AL  36860 | 05/20/1974<br>STATUS: EXCUSED<br>OCCUPATION: | F | B | 01 | 010155 |
| 0174 | THOMPSON SIBYL I<br>311 23RD COURT<br>PHENIX CITY  AL  36869 | 03/15/1931<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 037292 |
| 0176 | WADE CAROLYN J<br>PO BOX 1411<br>PHENIX CITY  AL  36868 | 06/27/1944<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 002706 |
| 0178 | WAGONER KATHY J<br>21 POWELL DRIVE<br>SEALE  AL  36875 | 07/20/1950<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 024290 |
| 0180 | WARD FREDDIE R JR<br>3409 BRIDGEWATER COURT<br>PHENIX CITY  AL  36869 | 02/08/1965<br>STATUS: POSTPONED<br>OCCUPATION: | M | W | 01 | 021043 |
| 0182 | WARMING ANDREA<br>30 UCHEE PINES RD BOX 41<br>SEALE  AL  36875 | 05/02/1951<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 020661 |
| 0185 | WEEMS GERALD W<br>121 GLENHAVEN RD<br>PHENIX CITY  AL  36869 | 08/12/1974<br>STATUS: EXCUSED<br>OCCUPATION: | M | W | 01 | 011110 |
| 0186 | WEGMANN ALLISON E<br>2727 SUMMERFIELD PLACE<br>PHENIX CITY  AL  36867 | 03/31/1979<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 018560 |
| 0188 | WHITE DAPHANIE R<br>2201 18TH AVE<br>PHENIX CITY  AL  36867 | 09/06/1977<br>STATUS: EXCUSED<br>OCCUPATION: | F | W | 01 | 007099 |
| 0192 | WILLIAMS INEZ C<br>704 SEALE ROAD<br>PHENIX CITY  AL  36867 | 02/12/1944<br>STATUS: UNDELIVERED<br>OCCUPATION: | F | B | 01 | 020088 |

00063

```
JUR220                    ALABAMA JUDICIAL INFORMATION SYSTEM              PAGE:    12
OPER: JUR                         RUSSELL COUNTY                    RUN DATE: 05/18/199
                              JUROR VENIRE BY STRIKE#               RUN TIME: 14:58:51
```

_RM DATE: 03/15/1999   PANEL: 001   STATUS: ALL
--------------------------------------------------------------------------------
STRIKE   JUROR'S NAME / ADDRESS           BIRTH DATE   SEX  RACE   PANEL    JUROR#
--------------------------------------------------------------------------------

0198   WOODHOUSE EDDIE P                 11/20/1955    M    B      01      007672
       710 26TH AVENUE                     STATUS:  UNDELIVERED
       PHENIX CITY  AL  36869            OCCUPATION:
--------------------------------------------------------------------------------


              * * *   P R O G R A M   T O T A L S * * *

RECORDS WRITTEN:   155

00064

```
JUR250                    ALABAMA JUDICIAL INFORMATION SYSTEM                        PAGE:      1
OPER: KAC                          RUSSELL COUNTY                          RUN DATE: 03/17/1999
                              STRIKE LIST BY: STRIKE#                      RUN TIME: 07:34:23

TERM DATE: 03/15/1999    PANEL: 001    STATUS: A
```

| STRIKE | JUROR'S NAME 26 | STRIKE | JUROR'S NAME |
|--------|-----------------|--------|--------------|
| 0002 7 | ALLEN TOMEKO I AH. | ~~0059~~ | ~~STOREY II ADAM~~ 4 |
| ~~0003~~ | ~~BAKER DELLA R~~ | 0063 | WALL CHRIS |
| 0004 | BARTLETT LAURA C | ~~0064~~ | ~~WARD VICTORIA J~~ |
| ~~0005~~ | ~~BRENNAN DOROTHY~~ | ~~0066~~ | ~~WATSON JOHNNY R JR~~ 3 |
| 0006 | BROWN ELOISE H | 0073 5 | ~~WILSON BETTY J~~ |
| 0009 | CANNON JAMES R III | ~~0075~~ 6 | ~~WOODHAM TAMARA W~~ |
| ~~0010~~ | ~~CHAMBLISS BEVERLY R~~ | | |
| ~~0012~~ | ~~COOK TONY H~~ | CC-97-95 | March 17, 199 |
| ~~0015~~ | ~~DEAL DAVID R JR~~ | State of AL    vs.    Melvin Smith |
| 0017 | EVANS SAMMY L | Max Smith              Greg Graham |
| 0018 | FARROW JAMES C | | |
| ~~00154~~ | ~~GAY MARTHA A~~ | S | D |
| ~~0022~~ | ~~HARDEN DONNA P~~ 5 | 1- 28 | 1- 38 |
| ~~0023~~ | ~~HARP TABATHA N~~ | 2- 34 | 2- 30 |
| ~~0023~~ | HEAD JEREMY A 6 | 3- 44 | 3- 66 |
| 0025 1 | HOSKINS ALONZO | 4- 19 | 4- 59 |
| ~~0027~~ | ~~JACKSON BRENDA A~~ | 5- ~~73~~ 73 | 5- 22 |
| ~~0030~~ | JENKINS PAUL G 2 | 6- 75 | 6- 25 |
| 0031 | JOHNSON SHARHONDA D | 7- 2 att. | |
| ~~0032~~ | ~~KING DEREK L~~ | | |
| 0034 2 | LEE DANIEL B | | |
| 0035 | LONG LOUISE L | | |
| 0036 | MADDOX K DENISE | | |
| ~~0038~~ | ~~MELGAARD RONNIE L~~ 1 | | |
| ~~0040~~ | ~~MORGAN JACKIE~~ | | |
| ~~0041~~ | ~~MUNN JACQUELINE~~ | | |
| ~~0044~~ 3 | PARSONS CHARLES M | | |
| ~~0046~~ | PHILLIPS ANTHONY J Exc.-Open Court | | |
| 0049 | RECKTENWALD GAIL M | | |
| ~~0050~~ | ~~ROBINSON FRANCIS M~~ | | |
| 53 | SANKS ANDREW L | | |
| 0058 | STEVENSON DONALD L | | |

Alt Juror   Tomeko Allen

00065

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA            )

VS.                         )        CASE NO.  CC-97-95

MELVIN SMITH                )

    DEFENDANT.              )


### GUILTY VERDICT

We the jury, find the defendant, Melvin Smith, guilty
of the offense of Rape in the 1st Degree as charged in the
indictment.


*Sammy L Evans*
Foreperson

*3-18-99*
Date

`00065`

STATE OF ALABAMA,                    )    IN THE CIRCUIT COURT OF

    PLAINTIFF,                       )    RUSSELL COUNTY, ALABAMA

VS.                                  )    CASE NO. CC 97-95

MELVIN SMITH,                        )

    DEFENDANT.                       )

## VERDICT

    March 17, 1999.  Now comes the defendant, with assistance of counsel, for trial by a jury of twelve upon his plea of not guilty.

    March 18, 1999.  Now comes the jury and returns its unanimous verdict as follows:  "We, the Jury, find the defendant, Melvin Smith, guilty of Rape in the 1st Degree.  Date: March 18, 1999; Sammy L. Evans, Foreman."  The verdict being in proper form, the Court accepts the verdict.  Sentencing set for April 30, 1999 at 9:30 A.M.

    Defendant is Ordered incarcerated under no bond until sentencing on the above date.

                                _____

                    George R. Greene, Circuit Judge

00067

| | | |
|---|---|---|
| STATE OF ALABAMA | ) | IN THE CIRCUIT COURT OF |
| | ) | |
| PLAINTIFF, | ) | RUSSELL COUNTY, ALABAMA |
| | ) | |
| VS. | ) | CASE NO.: CC 97-095 |
| | ) | |
| MELVIN SMITH | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

The Court taking into consideration the defendant's motion for continuation, it is therefore,

ORDERED, ADJUDGED AND DECREED that the motion to continue is denied.

DONE this the 16th day of March, 1999.


_George Greene_
JUDGE, CIRCUIT COURT

RUSSELL CO., AL

99 MAR 26 PM 4: 18

FILED IN OFFICE

STATE OF ALABAMA,                    )        IN THE CIRCUIT COURT OF
                                              RUSSELL COUNTY, ALABAMA
VS.                                  )        CASE NO. CC 97-95

MELVIN SMITH                         )

        DEFENDANT                    )

## SENTENCING ORDER

The defendant and counsel, and counsel for the State of Alabama appeared in
open court for the defendant to be sentenced on his conviction of Rape 1st.

### SENTENCE

A pre-sentence report was requested by the defendant and considered by the
Court.

The defendant is sentenced to the custody of the Commissioner of the
Department of Corrections for a period of 20 year(s).

The defendant shall pay restitution in the amount of $853.50 to the Alabama
Crime Victims Compensation Fund.  The Clerk of the Court is authorized to
collect and disburse restitution to the Alabama Crime Victims Compensation
Fund.  Restitution is to be paid prior to other court costs.

The defendant shall be given credit for time served.

The defendant shall pay the cost of this case.

The defendant shall pay the Alabama Crime Victims Compensation Commission
the sum of $1000.00.

The defendant shall reimburse the State of Alabama the costs of his
appointed counsel.

The payment of court ordered monies shall be a condition of parole, early
release, S.I.R., or work release.

The defendant was advised that he has the right to appeal his conviction
and sentence, and if declared indigent he has the right to appointed
counsel and the court reporter's transcript will be provided without cost
to the defendant.

DONE and ORDERED in open court this 30th day of April, 1999.

                                    _____
                                    JUDGE, CIRCUIT COURT

00069

| State of Alabama Unified Judicial System<br><br>Form C-62A    Rev. 7/97 | **ATTORNEY'S FEE DECLARATION**<br>(Adult) | County Code | Case Number |
|---|---|---|---|

CC  97  095 _ _ _ _ _ _
Jurisdiction  Year  Case  Suffix

**Mark Appropriate Court:**
- ☒ Circuit Court of ___Russell___ County
- ☐ District Court of _____ County
- ☐ Municipal Court of _____
- ☐ Alabama Court of Criminal Appeals
- ☐ Supreme Court of Alabama

**Attorney Name (Please type or print)**

W. Greg Graham

63-0937053
Social Security Number or FEIN
Indicate if:  Capital Case ____ (CC)    Other _X_ (NC)

**STYLE OF CASE:  STATE OF ALABAMA v.** ___Melvin Smith___
                                                                          Defendant

**CHARGE:** Rape 1st degree

Companion case numbers and charges or convictions: _____

The undersigned attorney declares that on (date) ___February 16, 1999___, the Honorable
___George Greene___, Judge, appointed the undersigned to represent the above-named defendant or appellant, and on
(date) ___March 17 & 18, 1999___ the case was heard by the Honorable
___George Greene___, Judge
The case was disposed of by ___conviction___ *(Plea of guilty, conviction, acquittal, affirmance, reversal, cert. denied)*

| | | | | | | |
|---|---|---|---|---|---|---|
| (1) | In Court Appearance | Total Hours _13.75_ | x | $ 40.00 | = | 550 |
| (2) | Out of Court Preparation (Trial Level) | Total Hours _7.50_ | x | $ 20.00 | = | 150 |
| (3) | Out of Court Preparation (Appellate Level) | Total Hours ____ | x | $ 40.00 | = | |
| (4) | Extraordinary Expenses (If approved in advance by court) | Total Hours _20.75_ | x | $ 35.00 | = | 726 |
| (5) | Overhead Expenses | | TOTAL CLAIM OF ATTORNEY | | $ | 1,426 |

**NOTICE TO ATTORNEY:**   Complete this form. Attach a copy of a complete itemization of (1) In court appearance; (2) Out of court preparation; and (3) Extraordinary Expenses reflecting the date of actions and amount of time involved in each activity. Make a copy of same for the court's record and a copy for your records.

The undersigned attorney further declares that the above claim is true and correct and represents the services actually rendered by him/her as an attorney and said amount is due and payable. I further declare that the above claim is not a duplication of charges and expenses in any case (companion or otherwise).

Signature of Attorney
Attorney Code ___GRA088___

Mailing Address of Attorney
*(please type or print) (including city, state, and zip code)*
W. Greg Graham
PO Box 3380
Phenix City, AL  36868-3380
Telephone Number _291-0315_  Fax Number _291-9136_

Sworn to and subscribed before me this _4th_
day of ___May___, 19_99_

Notary Public
MY COMMISSION EXPIRES:  09/16/2001

I, the undersigned judge, hereby certify that the foregoing claim has been presented to me, and I have reviewed the same and believe the same to be true and correct. I am further of the opinion that said attorney is not duplicating said charges and expenses in any case (companion or otherwise).
     Based on the above, I hereby approve the declaration and claim in the amount of $ ___1,426.00___

Done this ___7___ day of ___May___, 19_99_

Judge's Signature

**NOTICE TO ATTORNEY AND JUDGE:** Sections 15-12-21 through 15-12-23, *Code of Alabama* 1975, provide for the payment of attorney fees and extraordinary expenses incurred by counsel appointed to represent indigent defendants on the trial level, on appeal (including petition for writ of certiorari to the Alabama Supreme Court) and in post-conviction proceedings.
     THIS FORM MUST CONTAIN ORIGINAL SIGNATURES OF THE ATTORNEY AND THE JUDGE. THIS FORM WITH ATTACHED ITEMIZATION MUST BE SUBMITTED TO THE TRIAL COURT JUDGE OR PRESIDING JUDGE OR CHIEF JUSTICE OF THE APPELLATE COURT FOR APPROVAL. AFTER APPROVAL, THE CLERK SHALL SUBMIT THE ORIGINAL DECLARATION TO THE STATE COMPTROLLER FOR AUDIT AND ALLOWANCE.
**MAIL TO: State Comptroller, Indigent Defense Section, P. O. BOX 302602, Montgomery, Alabama 36130-2602**
Filed in the Clerk's Office at _____ Alabama, on this _10_ day of _May_, 19_99_

_00070

IN THE CIRCUIT COURT OF RUSSELL COUNTY
STATE OF ALABAMA

STATE OF ALABAMA,                    *
   Plaintiff

vs.                                  *     CASE NO. CC-97-095

Melvin Smith,                        *
   Defendant

WORK ACTIVITY SHEET

| Date | In Court Activity | Hours |
|------|-------------------|-------|
| 03/08/99 | Identified Jury | 1.75 |
| 03/17/99 | Trial | 10.00 |
| 03/18/99 | Trial continued-verdict | 2.00 |
| | | 13.75 |

| Date | Out-of-Court Activity | Hours |
|------|-----------------------|-------|
| 02/24/99 | Prepared & filed May & Discovery | .50 |
| 03/08/99 | Prepared & filed pretrial motions | 1.00 |
| 03/11/99 | Met with client | 2.00 |
| 03/16/99 | Prepared for trial | 4.00 |
| | | 7.50 |

Extraordinary Expenses

20.75 hours X $35.00 = $726, rounded
                Down

                                        $1,426.00

00071

CR359
ALABAMA JUDICIAL DATA CENTER
RUSSELL COUNTY
TRANSCRIPT OF RECORD
CONVICTION REPORT

CC 1997 000095.00 01
GEORGE R. GREENE

```
---------------------------------------------------------------
| CIRCUIT COURT OF RUSSELL COUNTY          COURT ORI: 057015 J |
---------------------------------------------------------------
| STATE OF ALABAMA      VS.              DC NO:   0000 000000.00 |
| SMITH MELVIN               ALIAS:      G J:     85             |
| #37 HWY 51 NORTH           ALIAS:      SSN:     418021110      |
| P. O. BOX 22                           SID:     000000000      |
| HURTSBORO  AL  36860                   AIS:                    |
---------------------------------------------------------------
| DOB: 09/11/1965   SEX: M   HT: 5 03   WT: 190  HAIR: BLK   EYE: BRO |
| RACE: ( )W (X)B ( )O   COMPLEXION: _____  AGE: ____  FEATURES: _____ |
---------------------------------------------------------------
| DATE OFFENSE: 10/25/1996   ARREST DATE: 10/25/1996   ARREST ORI: |
---------------------------------------------------------------
|     CHARGES & CONV          CITES           OFF CLASS: (X)A ( )B ( )C |
| RAPE 1ST DEGREE          13A-006-061                   CONVICTED |
|                                                                |
| Adult Female                                                   |
---------------------------------------------------------------
| JUDGE: GEORGE R. GREENE           PROSECUTOR: SMITH, MAX |
---------------------------------------------------------------
| PROBATION APPLIED   GRANTED   DATE     REARRESTED DATE  REVOKED  DATE |
| ( )Y( )N            (X)Y( )N _____   ( )Y( )N _____ ( )Y( )N ____ |
---------------------------------------------------------------
| ACT 754-76              IMPOSED    SUSPENDED     TOTAL    JAIL CREDIT |
| ( )Y (X)N  CONFINEMENT: 20 00 000  00 00 000  20 00 000  00 04 015 |
|            PROBATION  : 00 00 000             00 00 000 |
| DATE SENTENCED: 04/30/1999   SENTENCE BEGINS: 04/30/1999 |
---------------------------------------------------------------
```

| PROVISIONS | COSTS/RESTITUTION | DUE | ORDERED |
|---|---|---|---|
| PENITENTIARY | RESTITUTION | $853.50 | $853.50 |
| | ATTORNEY FEE | $1426.00 | $1426.00 |
| | CRIME VICTIMS | $1000.00 | $1000.00 |
| | COST | $338.00 | $417.00 |
| | FINE | $0.00 | $25.00 |
| | MUNICIPAL FEES | $0.00 | $0.00 |
| | DRUG FEES | $0.00 | $0.00 |
| | ADDTL DEFENDANT | $0.00 | $15.00 |
| | DA FEES | $0.00 | $0.00 |
| | COLLECTION ACCT | $0.00 | $0.00 |
| | JAIL FEES | $0.00 | $0.00 |
| | TOTAL | $3617.50 | $3736.50 |

```
---------------------------------------------------------------
| APPEAL DATE      SUSPENDED      AFFIRMED        REARREST |
| ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ ( )Y( )N _____ |
---------------------------------------------------------------
```

REMARKS:

THIS IS TO CERTIFY THAT THE
ABOVE INFORMATION WAS EXTRACTE
FROM OFFICIAL COURT RECORDS AN
AND IS TRUE AND CORRECT.

_Devon Kiker_
CIRCUIT CLERK

05/13/1999

OPERATOR: SAM
PREPARED: 05/13/1999

CC-97-95

JUDGE Russell County, Alabama

98072

IF it please the court, I am asking to have my case appealed and would like this letter to be a part of the record, and be considered. In making grounds for the Appellant courts to consider I REAFFIRM my innocence of this offence: In Briefly stating facts

1. Blood evidence (Did not belong to Melvin Smith)

2. Tissue under fingernail's (Did not belong to Melvin Smith)

3. Mrs. Thomas (my lawyer) Did not bring this fact out with Mr. Smith, Fact is Doctor Robert Kim A korean Dentist. Confirm that He knew about these plans to move to Washington D.C. opportunities For Ms. Thomas and help in location employme in Washington D.C. (Job announcements tests, phone numbers etc.) Dakin's phone # is (334) 727-0550 or 4322 to confirm His testimony.

   MELVIN SMITH
   PO BOX 22
   HURTSBORO, AL 36860

4. In Her Testimony Mrs. Thomas said she call Her sister Patricia at Her Job in Oliver Elementary school some thirty (30) miles Away, why not call Hurtsboro Police Department which less than one (1) miles From Her House. (To Arrange things, change gowns, etc..

5. The statement that when performing oral sex was performed) "your Honor please, consider that when performing o, I sex it takes two (2) Arms i, Hold U, in a open, making it impossible ouwuuu u

00073

Q. THE DETECTIVE STATEMENT WHICH WAS GIVEN SHOULD NOT BE ADMISSIBLE BECAUSE. MR. SMITH is ON MEDICATION FOR THE Following: CHRONIC PARANOID SCHIZOPHRENIA, DisTURBANCE IN' THOUGHT PROCESS WITH AUDITORY & VISUAL HALLUCINATIONS, PSYCHOSIS, DEPRESSION, GENERAL ANXIETY DisORDER, PTSD, NEUROSIS'S AND UNDIFFERENTIATED SCHIZO PHRENIA CHRONIC He HAD BEEN RESTRAINED OVER THIRTEEN (13) HOURS WITHOUT MEDICATIONS DR. VON OLDENBURG will CONFIRM (THEY QUESTIONS COMPETENTLY AFTER SO LONG WITHOUT MEDS) He COULD NOT HAVE ANSWERED

will of his MEMORY AND PARANOID SET IN BECAUSE OF UNCONTROLLED DIABETES MELLITUS AND BRAIN SYNDROME, PLUS PARANOID PERSONALITY DiSORDER

these ARE DOCUMENTED IN HiS MEDICAL & MILITARY HiSTORY.

7. WITNESS IS WITHIN SOME 25 FEET OF NEIGHBORS HOUSEHOLD OVERHEARD SCREAMING?

A. HOUSE (WHO SIGN WHERE IT FOR "ARREST") MR. CARL THOMAS will TESTIFY THAT ON NUMERO OCCASIONS He HAS SEEN MR. SMITH AND Ms. THOMAS PULLING OFF HiGHWA

#10 MACON COUNTY RD. UP IN SECLUDED AREA.

I WOULD ASK THAT AN APPEAL BE GRANTED ON THESE STATEMENT OF FACTS AND PROPOSE WITNESSES TO PROVE MY iNNOCENCE. I WAS ASKING MRS. THOMAS TO FORGIVE ME FOR HITTING HER & BREAKING OFF PLANS FOR MOVING TO WASHINGTON D.C. ? NOT FOR ANYTHING ELSE AS D.A. CLAIMS.

JUDGE GREENE DON'T ALLOW THIS MisCARRIAGE OF JUSTICE TO OCCUR. I HAVE COME BEFORE YOUR COURT ON OTHER OCCASIONS, AND EVERY TIME. I WAS GUILTY I PLEADED GUILTY, AND PAID WHATEVER YOU TOLD ME TO I ASK YOU TO CONSIDER THAT TOO, SiR. ONE OTHER POINT NO PRE LiM HEARING.....

00079

ALSO JUDGE GREENE I HAVE RECENTLY BOUGHT A NEW HOUSE I HAVE FIVE(5) CHILDREN & A BEAUTIFUL WIFE WHO LOVES THE LORD (JESUS) AS I DO SIR.

JUDGE GREENE MS. THOMAS got MAD BECAUSE I WOULDN'T LEAVE MY WIFE FOR HER AFTER telling I WOULD

PLEASE DON'T LET THIS MISCARRIAGE OF JUSTICE OCCUR TAKE 10 SECONDS SIR to LOOK AT MY CASE CLOSE WHAT REASON DID I NEED to RAPE ANNETTE WHEN WE RODE together EVERYDAY ONE ON ONE FOR 4(FOUR) YEARS CONTINUALLY

I AND MY FAMILY HAVE HIRED MIStER CHANCEY to HANDLE OR CONDUCT THIS APPEAL PLEASE DON'T IF POSSIBLE IN YOUR HEART DENY OUR RIGHT AS A JUDGE OF OUR GREAT STATE OF ALABAMA THIS INJUSTICE TO OCCUR ON YOUR WATCH   HONORABLE JUDGE GREENE
        THANK YOU SIR

MY WIFE OUR KIDS
WILL LOSE THE
JUDGE IF I DON'T GET OUT ON APPEAL.

_00075

ACR371

## ALABAMA JUDICIAL DATA CENTER
## NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
## BY THE TRIAL COURT CLERK
## IN THE CIRCUIT COURT OF  RUSSELL COUNTY

STATE OF ALABAMA VS SMITH MELVIN                          JUDGE: GEORGE R. GREENE

---

APPEAL DATE: 05/12/1999

INDIGENCY STATUS:
GRANTED INDIGENCY STATUS AT TRIAL COURT:              X    YES              NO
APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:             YES         X    NO
INDIGENT STATUS REVOKED ON APPEAL:                         YES              NO
INDIGENT STATUS GRANTED ON APPEAL:                         YES              NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

---

THIS IS AN APPEAL FROM A CONVICTION

DATE OF CONVICTION: 03/18/1999          DATE OF SENTENCE: 04/30/1999

YOUTHFUL OFFENDER STATUS: DENIED

CASE NUMBER: CC 1997 000095.00 CODE: RAP1CONVICTION: RAPE 1ST
SENTENCE:   CONF: 20 YRS 00 MOS 000 DAYS   STATUTE: 13A-006-061
SENTENCE:   PROB: 00 YRS 00 MOS 000 DAYS   LIFE: NO   LIFEWO: NO

---

POST-JUDGMENT MOTIONS FILED:        DT FILED        DT DENIED        CON BY AGREE
___ MOTION FOR NEW TRIAL
___ MOTION FOR JUDG. OF ACQUIT    _____       _____       _____
___ MOTION TO W/D GUILTY PLEA     _____       _____       _____
___ MOTION IN ARR. OF JUDGEMNT    _____       _____       _____
___ OTHER                         _____       _____       _____

---

COURT REPORTER(S):
ADDRESS:                          LINDA WILSON
                                  RUSSELL COUNTY COURTHOUSE
                                  PHENIX CITY, AL  36868

APPELLATE COUNSEL #1:
ADDRESS:                          GRAHAM, WILLIAM GREGORY
                                  712 13TH STREET
PHONE NUMBER:                     PHENIX CITY  ,  AL  36867
APPELLATE COUNSEL #2:             334-291-0315
ADDRESS:

PHONE NUMBER:
APPELLANT (PRO SE):
ADDRESS:                          SMITH MELVIN
                                  #37 HWY 51 NORTH
AIS #:                            HURTSBORO   ,  AL  368600000

APPELLEE (IF CITY APPEAL):
ADDRESS:

---

I CERTIFY THAT THE INFORMATION PROVIDED                          OPERATOR: JUR
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 05/14/1999
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS ___14_DAY OF _May___, 1999     CIRCUIT COURT CLERK

00076

| | | |
|---|---|---|
| Melvin Smith,<br>  Appellant, | *<br>*<br>• | IN THE COURT OF CRIMINAL APPEALS<br>STATE OF ALABAMA<br>APPEALS CASE NO.: 98-1545 |
| vs. | •<br>*<br>• | RUSSELL COUNTY CIRCUIT COURT<br>CASE NO.: CC-97-095 |
| State of Alabama,<br>  Appellee. | *<br>* | |

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT
## DUE TO NEW COUNSEL

Comes now, W. Greg Graham in the above styled cause and moves this Honorable Court for leave to withdraw as counsel since appellant has retained new counsel in this cause. Copies of the docketing statement and reporter's transcript order have been delivered to the Hon. Richard Chancey, Attorney at Law, 1507 Broad Street, Phenix City, Alabama 36867.

Done this the 4th day of June, 1999.

Respectfully Submitted,

W. GREG GRAHAM
Attorney at Law
PO Box 3380
Phenix City, AL 36868-3380

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date served a copy of the foregoing MOTION TO WITHDRAW upon the Hon. Richard Chancey, District Attorney for Russell County, Alabama, by placing a copy of same in the receptacle held in its name in the Clerk's Office of the Circuit Court of Russell County, Alabama, an extension of said attorney's office, and upon the Hon. Lane Mann, Clerk of the Court of Criminal Appeals for the State of Alabama, by placing a copy of same in the United States Mail, postage prepaid, to his office address at 300 Dexter Avenue, PO Box 301555, Montgomery, Alabama 36130-1555.

This the 4th day of June, 1999.

W. GREG GRAHAM
Attorney for Appellant

6/10/99 - Motion to withdraw granted

00077

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA                    *
                                    *
                                    *
        PLAINTIFF,                  *
                                    *
VS.                                 *        CASE NO. CC-97-095
                                    *
                                    *
MELVIN SMITH                        *
                                    *
        DEFENDANT,                  *


## ORDER

It is hereby ORDERED that the request filed by Hon. Gregory Graham to withdraw as attorney for defendant is hereby granted.

DONE this the 15th day of June, 1999.


                                    _____
                                    JUDGE, CIRCUIT COURT

_00078

| | | |
|---|---|---|
| STATE OF ALABAMA<br>PLAINTIFF | ) | IN THE CIRCUIT COURT OF |
| | ) | RUSSELL COUNTY, ALABAMA |
| VS | ) | |
| MELVIN SMITH<br>DEFENDANT | ) | CASE NO. CC-97-95 |

## MOTION TO SET BOND

COMES NOW, MELVIN SMITH, the Defendant in the above action and moves this honorable Court to set an appeal bond in this matter and would show as follow:

(1)  That the Defendant was sentenced on April 30, 1999 to a term of 20 years for Rape 1st.

(2)  That the Defendant suffers from a mental illness and diabetes for which he requires medical treatment.

WHEREFORE, the Defendant prays the Court to set a reasonable bond in this matter.

This the 10th day of June, 1999.

*Richard L. Chancey*
Richard L. Chancey
Attorney for Defendant
P. O. Box 1369
Phenix City, AL 36868

## CERTIFICATE OF SERVICE

This is to certify that I have this day served Kenneth E. Davis, District Attorney, counsel for the opposing party in the foregoing matter with a copy of this Pleading by placing a copy of the same in his box at the Russell County Court House.

This the 10th Day of June, 1999.

*Richard L. Chancey*
OF COUNSEL

6/15/99 - Bond set at $50.000$^{00}$

00079

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

STATE OF ALABAMA              *
                              *
                              *
      PLAINTIFF,              *
                              *
VS.                           *        CASE NO. CC-97-095
                              *
                              *
MELVIN SMITH                  *
                              *
      DEFENDANT,              *

ORDER

The Court taking into consideration the Motion filed by Hon. Richard Chancey, attorney for defendant, it is therefore **ORDERED** that an appeal bond in the amount of $50,000.00 is set.

**DONE** this the 15th day of June, 1999.

_____
JUDGE, CIRCUIT COURT

AMENDED

00080

ACR371                    ALABAMA JUDICIAL DATA CENTER
              NOTICE OF APPEAL TO THE ALABAMA COURT OF CRIMINAL APPEALS
                          BY THE TRIAL COURT CLERK
                  IN THE CIRCUIT COURT OF    RUSSELL COUNTY
STATE OF ALABAMA VS SMITH MELVIN            JUDGE: GEORGE R. GREENE

APPEAL DATE: 05/12/1999

INDIGENCY STATUS:
    GRANTED INDIGENCY STATUS AT TRIAL COURT:        __X__ YES    _____ NO
    APP. TRIAL COUNSEL PERMITTED TO W/D ON APPEAL:  __X__ YES    _____ NO
    INDIGENT STATUS REVOKED ON APPEAL:              _____ YES    __X__ NO
    INDIGENT STATUS GRANTED ON APPEAL:              __X__ YES    _____ NO

DEATH PENALTY: NO

APPEAL TYPE: STATE CONVICTION

THIS IS AN APPEAL FROM A CONVICTION

DATE OF CONVICTION: 03/18/1999        DATE OF SENTENCE: 04/30/1999

YOUTHFUL OFFENDER STATUS: DENIED

CASE NUMBER: CC 1997 000095.00
CODE: RAP1   CONVICTION: RAPE 1ST        ACTION: CONVICTED
                                         STATUTE: 13A-006-061
SENTENCE:  CONF: 20 YRS 00 MOS 000 DAYS
SENTENCE:  PROB: 00 YRS 00 MOS 000 DAYS   LIFE: NO   LIFEWO: NO

POST-JUDGMENT MOTIONS FILED:    DT FILED       DT DENIED      CON BY AGREE
____ MOTION FOR NEW TRIAL      _____     _____     _____
____ MOTION FOR JUDG. OF ACQUIT _____     _____     _____
____ MOTION TO W/D GUILTY PLEA  _____     _____     _____
____ MOTION IN ARR. OF JUDGEMNT _____     _____     _____
____ OTHER _____     _____     _____     _____

COURT REPORTER(S):
ADDRESS:                        LINDA WILSON
                                RUSSELL COUNTY COURTHOUSE
                                PHENIX CITY, AL  36868

APPELLATE COUNSEL #1:           CHANCEY, RICHARD LEE
ADDRESS:                        P O BOX 1369
                                PHENIX CITY  ,  AL  36867
PHONE NUMBER:                   205-297-6478
APPELLATE COUNSEL #2:
ADDRESS:

PHONE NUMBER:
APPELLANT (PRO SE):             SMITH MELVIN
ADDRESS:                        #37 HWY 51 NORTH
                                HURTSBORO  ,  AL  368600000
AIS #:

APPELLEE (IF CITY APPEAL):
ADDRESS:

I CERTIFY THAT THE INFORMATION PROVIDED                OPERATOR: JUR
ABOVE IS ACCURATE TO THE BEST OF MY              PREPARED: 04/18/1999
KNOWLEDGE AND I HAVE SERVED A COPY OF
THIS NOTICE OF APPEAL ON ALL PARTIES TO
THIS ACTION ON THIS 18th DAY OF  JUNE  , 1999    CIRCUIT COURT CLERK

APPENDIX X                                                                    00081

| State of Alabama<br>Unified Judicial System<br>Form ARAP-1C    8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number |

TO BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF APPEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT  ☐ DISTRICT COURT  ☐ JUVENILE COURT OF _____ COUNTY

MELVIN SMITH

V.  ☐ STATE OF ALABAMA  ☐ MUNICIPALITY OF _____, Appellant

| Case Number<br>CC 97-95 | Date of Judgment/Sentence/Order<br>4/30/99 |
| Date of Notice of Appeal<br>Oral:            Written: 5/12/99 | Indigent Status Granted:<br>☐ Yes  ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975).

Signature _____  Date _____  Print or Type Name _____

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R. App.P.)):

MARK PROCEEDINGS REQUESTED:

                                                                    COURT REPORTER(S)

☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence,    LINDA WILSON
proceedings, a transcript of the organization of the jury and arguments of counsel must
be designated separately

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and    LINDA WILSON
challenges for cause. Note that in noncapital cases the voir dire of the jury will not be
recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

C. ☒ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will    LINDA WILSON
not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP.)

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

ADDITIONAL PROCEEDINGS REQUESTED              DATE              COURT REPORTER(S)

D. _____

E. _____

F. _____

G. _____

IMPORTANT NOTICE: The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R.App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

Signature _____  Date 6-21-99  Print or Type Name RICHARD L. CHANCEY

DISTRIBUTION: Original filed with Clerk of Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals, (2) the District Attorney,
(3) the Attorney General or the municipal prosecutor in lieu of the District _____

00082

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 26 (front)    8/91 | COURT OF CRIMINAL APPEALS<br>DOCKETING STATEMENT | Criminal Appeal Number<br><br>_____ - _____ |
|---|---|---|

**A. GENERAL INFORMATION:**

[X] CIRCUIT COURT   [ ] DISTRICT COURT   [ ] JUVENILE COURT OF   RUSSELL COUNTY                   COUNTY

MELVIN SMITH                                                                                    , Appellant

V.   [X] STATE OF ALABAMA   [ ] MUNICIPALITY OF _____

| Case Number<br>CC 97-95 | Date of Complaint or Indictment | Date of Judgment/Sentence/Order<br>5-20-99 |
|---|---|---|
| Number of Days of Trial/Hearing<br>two           Days | Date of Notice of Appeal<br>Oral: | Written:  5/12/99 |

Indigent Status Requested:  [ ] Yes  [X] No                    Indigent Status Granted:  [ ] Yes  [ ] No

**B. REPRESENTATION:**

Is Attorney Appointed or Retained?   [ ] Appointed  [X] Retained.   . If no attorney, will appellant represent self?   [ ] Yes  [ ] No

| Appellant's Attorney (Appellant if pro se) (Attach additional pages if necessary)<br>RICHARD L. CHANCEY | Telephone Number<br>334-297-6478 |
|---|---|

| Address<br>P.O. BOX 1369 | City<br>PHENIX CITY | State<br>AL | Zip Code<br>36868 |
|---|---|---|---|

**C. CODEFENDANTS:** List each CODEFENDANT and the codefendant's case number.

| Codefendant<br>NONE | Case Number |
|---|---|
| Codefendant | Case Number |
| Codefendant | Case Number |

**D. TYPE OF APPEAL:** Please check the applicable block.

1 [X] State Conviction        4 [ ] Pretrial Order            7 [ ] Juvenile Transfer Order      10 [ ] Other (Specify)
2 [ ] Post-Conviction Remedy  5 [ ] Contempt Adjudication     8 [ ] Juvenile Delinquency         _____
3 [ ] Probation Revocation    6 [ ] Municipal Conviction      9 [ ] Habeas Corpus Petition       _____

**E. UNDERLYING CONVICTION/CHARGE:** Regardless of the type of appeal checked in Section D, please check the box beside each offense category for which the appellant has been convicted or charged as it relates to this appeal. Also include the applicable section of the Code of Alabama for State convictions.

1 [ ] Capital Offense - § _____        6 [ ] Trafficking in Drugs - § _____     11 [ ] Fraudulent Practices - § _____
2 [ ] Homicide - § _____         7 [ ] Theft - § _____              12 [ ] Offense Against Family - § _____
3 [ ] Assault - § _____          8 [ ] Damage or Intrusion                    13 [ ] Traffic - DUI - § _____
4 [ ] Kidnapping/Unlawful                       to Property - § _____            14 [ ] Traffic - Other - § _____
    Imprisonment - § _____             9 [ ] Escape - § _____             15 [X] Miscellaneous (Specify):
5 [ ] Drug Possession - § _____        10 [ ] Weapons/Firearms - § _____            RAPE 1st        - § 13-9-6-61

**F. DEATH PENALTY:**

Does this appeal involve a case where the death penalty has been imposed?   [ ] Yes  [X] No

**G. TRANSCRIPT:**

1. Will the record on appeal have a reporter's transcript?  [X] Yes  [ ] No
2. If the answer to question "1" is "Yes," state the date the Reporter's Transcript Order was filed. _____
   (Date)
3. If the answer to question "1" is "No":
   (a)  Will a stipulation of facts be filed with the circuit clerk?  [ ] Yes  [ ] No
   (b)  Will the parties stipulate that only questions of law are involved and will the trial court certify the questions?  [ ] Yes  [ ] No

NOTE: If the appeal is from the district or juvenile court and the answer to question "1" is "No," then a positive response is required for question 3(a) or 3(b).

F·00063

| Form ARAP-26 (back)   8/91 | COURT OF CRIMINAL APPEALS DOCKETING STATEMENT |

**POST-JUDGMENT MOTIONS:** List all post-judgment motions by date of filing, type, and date of disposition (whether by trial court order or by the provisions of Rules 20.3 and 24.4 (ARCrP)):

| DATE OF FILING | | | TYPE OF POST-JUDGMENT MOTION | DATE OF DISPOSITION | | |
|---|---|---|---|---|---|---|
| Month | Day | Year | | Month | Day | Year |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**I. NATURE OF THE CASE:** Without argument, briefly summarize the facts of the case.

IN THAT I DID NOT REPRESENT THE APPELLANT AT TRIAL, I DO NOT KNOW WHAT THE FACTS ARE.

**J. ISSUE(S) ON APPEAL:** Briefly state the anticipated issues that will be presented on appeal. (*Attach additional pages if necessary.*)

SAME AS I. ABOVE.

**K. SIGNATURE:**

CC-97-95                                                    09084

IN THE CIRCUIT COURT OF

RUSSELL COUNTY, ALABAMA

## APPEAL BOND TO THE COURT OF CRIMINAL APPEALS

We ___MELVIN SMITH___ and Sureties agree to pay to the State of Alabama the sum of $ __50,000.00__ Dollars, unless the said __MELVIN SMITH__ appears at the next term of the Circuit Court of Russell County, and from term to term thereafter until discharges by law, to answer a criminal prosecution for the offense of __RAPE FIRST DEGREE__ .

And we, and each of us, hereby waive all exemptions we may have to any personal property under the Constitution and Laws of the State of Alabama as to the collection of the penalty of this bond.

Witness our hands and seals this 23rd day of __JUNE__ , 19 99 .

The condition of the above obligation is such that, whereas the above bound __MELVIN SMITH__ was duly convicted in the Circuit Court of Russell County on the 18th day of __MARCH__ , 19 99 , of the above stated offense, and has duly applied for and obtained an appeal from said conviction and sentence to the Court of Appeals for the State of Alabama, and the amount of his appeal bond has been duly and legally fixed at said above stated sum.

Now, therefore, if the said __MELVIN SMITH__ shall appear at the next term of the Circuit Court of Russell County, and from term to term thereafter until discharged by law, and abide the judgment of the said Court of Appeals for the State of Alabama, then this obligation to be void and of no effect; otherwise to remain in full force and effect.

P.O. BOX 10
ADDRESS: CUO AL 36017                    X _Melvin Smith_ SEAL
                DEFENDANT                    DEFENDANT

ADDRESS: 814 16th Avenue Phenix City, _Weeks Bonding Company_ SEAL

ADDRESS: Al 36867                         _Cynthia Luke_ SEAL

ADDRESS: _____          _____ SEAL

Approved this 23rd day of __June__ , 19 99

                    _Devos Faken_
                CLERK OF CIRCUIT COURT

00085

## POWER OF ATTORNEY
### Weeks Bonding Company, Inc.
814 16th Avenue, Phenix City, Alabama 36867

**POWER AMOUNT**
$50,000

NA50

N⁰ 109

KNOW ALL MEN BY THESE PRESENTS: that WEEKS BONDING COMPANY, a corporation duly organized and existing under the laws of the State of Alabama, has made, pursuant to By-Laws duly adopted by the Directors of said comapny, and now in full force and effect, does constitute and appoint, and by these presents does make, constitute and appoint the below named agent its true and lawful Attorney-in-Fact for it and in its name, place and stead, to execute, seal and deliver for and on its act and deed, as surety, a bail bond only.

Authority of such Attorney-in-Fact is limited to appearance bonds, especially no authority is provided herein for the execution of surety immigration bonds, and cannot be construed to guarantee for failure to provide payments, back alimony payments, finess or wage law claims, on behalf of below named defendant.

This power void if altered or erased, void if used with other powers of this company or other powers of other companies to furnish bail in excess of the stated face amount of this power, and can only be used once. The obligation of the company shall not exceed the sum of

FIFTY THOUSAND ($50,000.00) DOLLARS

and provided this Power-Of-Attorney is filed with the bond and retained as a part of the court records. The said Attorney-In-Fact is hereby authorized to insert in this Power-Of-Attorney the name of the person on whose behalf this bond was given.

IN WITNESS WHEREOF, WEEKS BONDING COMPANY has caused these presents to be signed by its duly authorized officer, proper for the purpose and its corporate seal to be hereunto affixed this ___23___ day of ___June___, 19___79___.

Bond Amount $ _50,000.00_                                      Appearance Date _____

Defendant: _Melvin Smith_

Case # _____

Court _District_     City _Phenix City_     St. _Al_

Offense _Rape 1st_

Executing Agent _Cynthia Luke_

C00086

ACR360

ALABAMA JUDICIAL DATA CENTER
CIRCUIT COURT OF    RUSSELL COUNTY

RELEASE ORDER    CC 1997 000095.00
JID: GEORGE R. GREENE

THE STATE OF ALABAMA    VS SMITH MELVIN

TO ANY LAW ENFORCEMENT OFFICER:

YOU ARE HEREBY COMMANDED TO RELEASE FROM YOUR CUSTODY
SMITH MELVIN
WHO HAD BEEN PREVIOUSLY CONFINED BY THIS COURT.

WITNESS MY HAND THIS    JUNE 23, 1999.

GEORGE R. GREENE
JUDGE/CLERK/MAGISTRATE

DEFENDANT'S ADDRESS:    DEFENDANT'S DESCRIPTION:

#37 HWY 51 NORTH    HT: 503    WT: 190
P.O. BOX 22    HAIR: BLK    EYE: BRO
HURTSBORO    , AL 36860 0000    BIRTH DATE: 09/11/1965
    RACE: B    SEX: M

ALIAS:

NOTE: DEFENDANT MUST SIGN APPEAL BOND BEFORE RELEASE. PLEASE KEEP BOND AND

MAIL TO THE CLERK'S OFFICE IN ATTACHED ENVELOPE

OPERATOR: SAM
PREPARED: 06/23/1999

00087

STATE OF ALABAMA

IN THE CIRCUIT COURT FOR THE COUNTY OF RUSSELL

TWENTY-SIXTH JUDICIAL CIRCUIT

MELVIN SMITH,

        Appellant,

           v.

STATE OF ALABAMA,

        Appellee.

CRIMINAL ACTION
CASE NO.
CC 97-95

REPORTER'S INDEX TO EXHIBITS

| NO. | DESCRIPTION | ADMITTED |
|---|---|---|
| State's Exhibit 1 | Defendant's Statement | X |
| State's Exhibit 3 | Victim's Clothing | X |
| State's Exhibit 4 | Victim's Brassiere | X |
| State's Exhibit 5 | Note | X |
| State's Exhibit 7 | Advice of Rights | X |

STATE'S
EXHIBIT
00088

RUSSELL COUNTY
SHERIFF'S DEPARTMENT

BUREAU OF INVESTIGATION

INTERVIEW SHE

| 1. NAME (Last, First, Middle) | | | | | | 2. FILE NUMBER |
|---|---|---|---|---|---|---|
| Smith, Melvin | | | | | | |

| 3. ALIAS(ES)/NICKNAME(S) | 4. DATE | S T T S | TIME | 5. PLACE OF INTERVIEW |
|---|---|---|---|---|
| Melvin | 12-11-98 | M  W (T) | 2147 | RCSO |

| 6. HOME ADDRESS | 7. HOME PHONE |
|---|---|
| 17-C Oates Road, Hurtsboro, AL. 36083 | 334-667-0000 |

| 8. NAME AND ADDRESS OF EMPLOYER | 9. BUSINESS PHONE |
|---|---|
| NA | NA |

| 10. RACE | 11. SEX | 12. DOB | 13. POB | 14. SSN | 15. DLN |
|---|---|---|---|---|---|
| B | M | 9-11-65 | Tuskegee, AL. | 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 | 580 9771 AL |

16. STATEMENT

I Melvin Smith give the following statement to Sgt. Russell. There have been no threats or promises made to me and no pressure or coercion used against me. I am giving this statement of my own free will.

I know why I'm here at the Sheriff's Office and I want to say that I did not rape the woman. I was having an affair with her. The woman's name is Annette Thomas and I've known her for over six years. We used to ride to work together.

I was basically just having sex with Annette. I had told her I was going to leave my wife, but I decided that I was going to leave my wife. I would say that Annette and I had been having an affair for more than one year but less than two years. When I say having an affair I mean having sexual intercourse.

I had heard rumors that I got Annette pregnant but that she had had an abortion.

| 17. ACJIC/NCIC CHECK | 18. FINGERPRINTED  YES ( )  NO ( )  BY WHAT AGENCY |
|---|---|
| YES ( )  NO ( ) | PHOTOGRAPHED  YES ( )  NO ( )  BY WHAT AGENCY |

| 19. SUBJECT  VICTIM  WITNESS | 20. DATE ENDED | TIME ENDED | 21. INTERVIEW CONDUCTED BY |
|---|---|---|---|
| (X)  ( )  ( ) | 12-11-98 | AM / PM | Sgt. Russell |
| RIGHTS GIVEN BY: Sgt. Russell | | | |

Form I - 1

| 22. PAGE ___ OF 3 |
|---|
| 23. EXHIBIT NO. |

RUSSELL COUNTY
SHERIFF'S DEPARTMENT                BUREAU OF INVESTIGATION

SUPPLEMENT SHEET

00089

| 1. SUBJECT OR TITLE | 2. FILE NUMBER |
|---|---|

On the morning that this rape was to have happened
Annette wanted me to come by her house. I had been
drinking beer the night before but I wasn't drunk
or even intoxicated when I got to her house. I
was not using any drugs and had not taken any
medications.

I remember that I had lost my job. When I
got to Annettee house I knocked on the door,
Annette answered the door, she was wearing a see through gown.
There was no one else home just the
two of us. I came inside of her house and
closed the door. We started talking and then
kissing on each other I remember that I was
the one to start kissing and touching Annette.

Annette pulled me to the bedroom and we started
having sex. I tried to tell her we needed to
stop, but it didn't work. Before we started
having sex I performed oral sex on Annette.
She never performed oral sex on me. I came
inside of Annettes vagina.

When we were through having sex Annette slapped
me. I hit her with my fist. I believe I
hit her in the face. I don't know how many
times I hit her, I remember I couldn't not

Form I - 2

3. PAGE 2 OF 3

4. EXHIBIT NO.

RUSSELL COUNTY
SHERIFF'S DEPARTMENT        BUREAU OF INVESTIGATION        SUPPLEMENT SHEET

00090

| 1. SUBJECT OR TITLE | 2. FILE NUMBER |
|---|---|

control my temper. I didn't want to hit Annette but she made me do it. I don't like to hit women, and other than Annette I've not hit a woman sit.

I can remember Annette has brown skin with white spots around her belly and hip area. I can't remember anything else about her body. Annette has never showed me anything personal, I really don't know anything personal about Annette. I do feel responsible for what happened to Annette. I've been praying to God to help me through this mess.

I would have to say that Annette has never accused anyone else of rape. I did send a letter to my wife Annette to try and help her calm down. I didn't want anything bad to happen to her. I also wrote in the letter that if she wanted to show Annette to help her get through this then that would be alright.

I have read this statement and it is a true and accurate representation of my conversation with Sgt Russell. I have made this statement because it is the right thing to do.

Melvin Smith    10:25 pm    12/11/98

Sgt L. Russell    2205 hrs    12-11-98

Form I - 2

| 3. PAGE 3 OF 3 |
|---|
| 4. EXHIBIT NO. |

## CERTIFICATE OF INCAPABILITY OF PHOTOCOPYING EXHIBIT

I, Devon Kiker, Clerk of the Circuit Court of Russell County, Alabama, do hereby certify that State's Exhibit(s) No. 3 and 4 in the above-styled cause are incapable of being photocopied, and will upon request, be mailed under separate cover to the Court of Criminal Appeals of Alabama.

Witness my hand and the Seal of the Circuit Court of Russell County, Alabama, this the 6th day of July, 1999.

CLERK OF CIRCUIT COURT
RUSSELL COUNTY, ALABAMA

Thomas Family _00092

Questions to answer
Is the prison system of God or the devil?
Which is greater love or hate?

If I forgive people will I be forgiven?
If I don't forgive people will I be forgiven?
Is man laws greater than Gods?

If it were the other way around what would Jesus do?

What is the golden rule?

Does one event define a person's life?

If Melvin was my husband would I divorce?

Do we have to live by the word of God?

Does Louise, Demetrius, Dominque and Davina have to suffer for Melvin sins or mistakes?

Can another person judge us?

If God told you to do something and man told you to do something different which would you obey?

Is God a healer?
Is God a redeemer?
Is God a salvationer?
Is God able to do all things?
What makes God who he is?
What makes a person great in God's eye?
What are the fruit of the spirit?

00093

THOMAS FAMILY

⊛ Questions for ...

Is The prison system of God or the Devil?

Which is Great Er Love or Hate?

If I Forgive people will I Be Forgiven?
If I Don't Forgive people will I Be Forgiven?

Is Man Closer to Her than God?

If It was the other ... ... ... what
would Jesus Do?

What is the Golden Rule?

Does God Give D true A person's Life?

If Melvin was my Husband would I Divorce?

Do we Have to Live By the word of God?

Does Louis, Demetrious Dominique and Davina
Have To Suffer For Melvin Sins or
Mistakes?

Can Another person Judge us?

If God Told to Do Something ... to Do
you
Something Different which ...

Is God A Healer?
Is God A Redeemer?
Is God A Salvation?
Is God Able to Do All Things?

What makes God who He Is?

What makes A Person ... in Gods eye?

What Are The Facts or The Spirit?

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## ADULT ADVICE OF RIGHTS

CASE #:_____

DATE: _*12-11-98*_

TIME: _*2031 hrs*_

LOCATION: _*RCSO*_

STATE'S EXHIBIT 7

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions, and have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before questioning, if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

### WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I'm doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. Subject further states that he/she can/~~cannot~~ read and write (completed the _12_ grade at _Russell County High_ school in _Seale, AL._ ) and/~~but~~ understands his/her rights after having been read or explained to him/her by _Sgt. Russell_

_Has completed two years of College_

SIGNED: _[signature]_

WITNESS: _Sgt. Russell_

WITNESS:_____

TIME: _*2035 hrs EST*_

00095

# RUSSELL COUNTY SHERIFF'S DEPARTMENT
## ADULT ADVICE OF RIGHTS

CASE #:_____

DATE:_____

TIME:_____

LOCATION :_____

Before we ask you any questions, you must understand your rights.

You have the right to remain silent.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions, and have him with you during questioning.

If you cannot afford a lawyer, one will be appointed for you before questioning, if you wish.

If you decide to answer questions now without a lawyer present, you will still have the right to stop answering at any time. You also have the right to stop answering at any time until you talk to a lawyer.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I'm doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me. Subject further states that he/she can/cannot read and write (completed the _____ grade at _____ school in _____) and/but understands his/her rights after having been read or explained to him/her by_____ _____.

SIGNED_____

ITNESS:_____

WITNESS:_____

TIME:_____

| State of Alabama<br>Unified Judicial System<br>Form ARAP- 14          11/91 | CERTIFICATE OF COMPLETION AND<br>TRANSMITTAL OF RECORD ON<br>APPEAL BY TRIAL CLERK | Appellate Case Number<br>CR-98-1545 |
|---|---|---|

| TO:  THE CLERK OF<br>        THE COURT OF CRIMINAL APPEALS OF ALABAMA | DATE OF<br>NOTICE OF APPEAL:  May 12, 1999 |
|---|---|

**APPELLANT**

MELVIN SMITH

v.   STATE OF ALABAMA

---

I certify that I have this date completed and transmitted herewith to the appellate court the record on appeal by assembling in (a single volume of _____ pages) ( ___1___ volumes of 200 pages each and one volume of ___57___ pages) the clerk's record and the reporter's transcript and that one copy each of the record on appeal has been served on the defendant and the Attorney General of the State of Alabama for the preparation of briefs.

I certify that a copy of this certificate has this date been served on counsel for each party to the appeal.

Dated this ___27th___ day of ___OCTOBER___ , **19** ___99___

_____
Circuit Clerk

RUSSELL
_____

APPENDIX X

| State of Alabama<br>Unified Judicial System<br>Form ARAP-1C        8/91 | REPORTER'S TRANSCRIPT ORDER -- CRIMINAL<br>See Rules 10(c) and 11(b) of the<br>Alabama Rules of Appellate Procedure (A.R. App.P.) | Criminal Appeal Number<br><br>_____ - _____ |

BE COMPLETED BY COUNSEL FOR THE APPELLANT OR BY THE APPELLANT IF NOT REPRESENTED AND FILED WITH THE WRITTEN NOTICE OF PEAL OR FILED WITHIN 7 DAYS AFTER ORAL NOTICE OF APPEAL IS GIVEN.

☒ CIRCUIT COURT   ☐ DISTRICT COURT   ☐ JUVENILE COURT OF _____ COUNTY

MELVIN SMITH

v.  ☒ STATE OF ALABAMA   ☐ MUNICIPALITY OF _____ , Appellant

| Case Number<br>Cc 97-95 | Date of Judgment/Sentence/Order<br>4/30/99 |
| Date of Notice of Appeal<br>Oral:                    Written: 5/12/99 | Indigent Status Granted:<br>☐ Yes   ☐ No |

**PART 1. TO BE SIGNED IF THE APPEAL WILL NOT HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT NO REPORTER'S TRANSCRIPT IS EXPECTED AND THAT THE RECORD ON APPEAL SHALL CONSIST OF THE CLERK'S RECORD ONLY. IF THE APPEAL IS FROM DISTRICT COURT OR JUVENILE COURT, I ALSO CERTIFY (1) THAT A STIPULATION OF FACTS WILL BE INCLUDED IN THE CLERK'S RECORD AND THAT THE APPELLANT WAIVES HIS RIGHT TO A JURY TRIAL IF SO ENTITLED; OR (2) THAT THE PARTIES HAVE STIPULATED THAT ONLY QUESTIONS OF LAW ARE INVOLVED AND THAT THE QUESTIONS WILL BE CERTIFIED BY THE JUVENILE/DISTRICT COURT FOR INCLUSION IN THE CLERK'S RECORD (SEE RULE 28(A)(1), ALABAMA RULES OF JUVENILE PROCEDURE, AND §12-12-72, CODE OF ALABAMA 1975).

Signature _____   Date _____   Print or Type Name _____

**PART 2. DESIGNATION OF PROCEEDINGS TO BE TRANSCRIBED.** Request is hereby made to the court reporter(s) indicated below for a transcript of the following proceedings in the above referenced case (see Rule 10(c)(2), Alabama Rules of Appellate Procedure (A.R App.P.)):

MARK PROCEEDINGS REQUESTED:

COURT REPORTER(S)

A. ☒ TRIAL PROCEEDINGS - Although this designation will include the judgment and sentence proceedings, a transcript of the organization of the jury and arguments of counsel must be designated separately          LINDA WILSON

B. ☒ ORGANIZATION OF THE JURY - This designation will include voir dire examination and challenges for cause. Note that in noncapital cases the voir dire of the jury will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP)          LINDA WILSON

C. ☒ ARGUMENTS OF COUNSEL - Note that in noncapital cases the arguments of counsel will not be recorded unless the trial judge so directs. (See Rule 19.4, ARCrP)          LINDA WILSON

IN ADDITION TO ANY PROCEEDINGS DESIGNATED ABOVE, SPECIAL REQUEST IS HEREBY MADE TO INCLUDE THE FOLLOWING PROCEEDINGS IN THE REPORTER'S TRANSCRIPT PORTION OF THE RECORD ON APPEAL. (ATTACH ADDITIONAL PAGES IF NECESSARY):

| ADDITIONAL PROCEEDINGS REQUESTED | DATE | COURT REPORTER(S) |
| D. _____ | _____ | _____ |
| E. _____ | _____ | _____ |
| F. _____ | _____ | _____ |
| G. _____ | _____ | _____ |

IMPORTANT NOTICE: The court reporter who reported the proceedings for which a transcript is requested must be identified on this form to be effective. Additionally, it is important to note that the appellant may not be permitted to raise any issue on appeal relating to any proceedings in the case that are not specifically designated on this form for inclusion in the reporter's transcript. A general designation such as "all proceedings" is not sufficient. (See Rule 10(c)(2), A.R App.P.)

**PART 3. MUST BE SIGNED IF THE APPEAL WILL HAVE A COURT REPORTER'S TRANSCRIPT:**

I CERTIFY THAT I HAVE DISTRIBUTED THIS FORM AS SET OUT BELOW. I ALSO CERTIFY (1) THAT I HAVE MADE SATISFACTORY FINANCIAL ARRANGEMENTS WITH EACH COURT REPORTER LISTED ABOVE FOR PREPARING HIS OR HER PORTION OF THE REPORTER'S TRANSCRIPT HEREIN REQUESTED; OR (2) THAT THE APPELLANT PROCEEDED AT TRIAL AS AN INDIGENT AND THAT THAT STATUS HAS NOT BEEN REVOKED; OR, (3) THAT THE APPELLANT HAS BEEN GIVEN PERMISSION TO PROCEED ON APPEAL IN FORMA PAUPERIS.

Signature _____   Date 6-21-99   Print or Type Name RICHARD L. CHANCEY

DISTRIBUTION: Original filed with Clerk of Trial Court and copies mailed to: (1) Clerk of the Court of Criminal Appeals, (2) the District Attorney, (3) the Attorney General or the municipal prosecutor in lieu of the District Attorney and the Attorney General if the appeal is from a municipal conviction, and (4) to each Court Reporter who reported proceedings designated for inclusion in the reporter's transcript.