There is no certificate of judgment available in
CR 98-1545

