# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
# THE COURT OF CRIMINAL APPEALS

## CERTIFICATE OF JUDGMENT

39252
Dodd

**Criminal Appeals Case**    CR-01-1261

Melvin Smith v. State of Alabama (Appeal from Russell Circuit Court: CC97-95.60).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 20th day of September, 2002, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
29th day of October, 2002

_____
Clerk
Court of Criminal Appeals
State of Alabama



EXHIBIT 10