66764 Dodd

# THE STATE OF ALABAMA -- JUDICIAL DEPARTMENT
# THE ALABAMA COURT OF CRIMINAL APPEALS

CR-03-1286

Melvin Smith v. State of Alabama  (Appeal from Russell Circuit Court: CC97-95.62)

## CERTIFICATE OF JUDGMENT

WHEREAS, the appeal in the above referenced cause has been duly submitted and considered by the Court of Criminal Appeals; and

WHEREAS, the judgment indicated below was entered in this cause on August 20th 2004:

**Affirmed by Memorandum.**

NOW, THEREFORE, pursuant to Rule 41 of the Alabama Rules of Appellate Procedure, it is hereby certified that the aforesaid judgment is final.

Upon this affirmance, it is further ordered and adjudged that the $100.00 docket fee prescribed in Rule 35(b) of the Alabama Rules of Appellate Procedure, along with the cost accruing in the Court below, are hereby taxed as costs against the appellant for which execution may issue.

Witness. Lane W. Mann, Clerk
Court of Criminal Appeals, on this
the 13th day of December, 2004.

Clerk
Court of Criminal Appeals
State of Alabama

cc: Hon. George R. Greene, Circuit Judge
   Hon. Kathy S. Coulter, Circuit Clerk
   Melvin Smith, Pro Se
   Stephen N. Dodd, Asst. Atty. Gen.



EXHIBIT 15