IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2005 SEP -9 A 9: 40

| | |
|---|---|
| MELVIN SMITH, # 204766 <br> PETITIONER, | ) <br> ) <br> ) |
| V.S. | ) CIVIL ACTION NO: 3:05-CV-470-T <br> ) |
| ARNOLD HOLT, et al., <br> RESPONDENTS | ) <br> ) |

## MOTION FOR AN ORDER

Comes now the Petitioner, Melvin Smith proceeding Pro-Se, and through Inmate assistance, and moves this Honorable Court for an ORDER, to compel the Respondents to send to the Petitioner, the EXHIBITS that they send to this Court;

On August 26, 2005 this Honorable Court Issued an ORDER to the Respondents, STATING THAT, **ON OR BEFORE SEPTEMBER 6, 2005, THE RESPONDENTS "SHALL" FURNISH TO THE PETITIONER COPIES OF ALL EXHIBITS SUBMITTED IN THIS CASE.**

On September 6, 2005, the respondents mailed their **SUBMISSION OF EXHIBITS,** however, they have still refused to send this Petitioner a copy of the Exhibits that they send to the Court, and further, they have fail to mention that the Petitioner had filed a Rule 32 Petition in the Circuit Court of Russell County, Alabama in 2003, and the Court Denied the IN FORMA PAUPERIS DECLORATION, and Smith filed a WRIT OF MANDAMUS, WHICH WAS LATER DENIED BY

Case 3:05-cv-00470-MHT-WC   Document 18   Filed 09/09/2005   Page 2 of 3

THE ALABAMA COURT OF CRIMINAL APPEALS:

With the Respondents refusing to send this Court Copies of the Rule 32 Petition that was filed in 2003, and the Writ of Mandamus, and the Court of Criminal Appeals Order of the Denial, the Petitioner respectfully req uest premission from this Honorable Court, that he be allowed to sent this Court copies of the Documents, that was filed in the Circuit Courtof Russell County, and the Alabama Court of Criminal Appeal concerning the Denial of the IN FORMA PAUPERIS DECLORATION:

> (NOTE"DUE TO SMITH RELYING ON ANOTHER INMATE TO ASSIST HIM WITH THE RULE 32 PETITION FILED IN 2003, AND THAT INMATE WAS TRANSFERED IN AN EMERGENCY, C-51 TRANSFER, SMITH IS UNABLE TO GET THE ACTUAL RULE 32 PETITION, BUT HE DOES HAVE ALL OTHER DOCUMENTS REVELENT TO THIS CASE")

In the Respondents <u>CERTIFIATE OF SERVICE</u>, THEY STATED THAT THEY SERVED A COPY OF THE FOREGOING (EXCLUDING EXHIBITS) on petitioner.

The Respondents are willfully not following this Court's Orders, in an attempt to mislead this Court into believing that his 28 U.S.C. 2254 Petition is time barred.

Melvin Smith respectfully request that this Court issue another Order **MANDATING** that the Respondents submitt a full record, and **MANDATE that they send a true copy of same to the Petitioner,** This information is needed so the Petitioner can conclusively show unto this Court, that his Petition IS-NOT- TIME BARRED, as claimed by the Respondents.

RESPECTFULLY SUBMITTED

*Melvin Smith* #204766

MELVIN SMITH # 204766

## CONCLUSION

The Petitioner respectfully request that this Honorable Court will ISSUE ANOTHER ORDER, DEMANDING that the Respondents send the Petitioner copies of ALL Documents/Exhibits, ect that they have sent to this Court as well as ALL proceedings that has been filed in the Circuit Court of Russell County, Alabama, as well as the Alabama Court of Criminal appeals and the Alabama Supreme Court.

*Melvin Smith #204766*
MELVIN SMITH # 204766

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on the Respondents, The Attorney General of the State of Alabama located at 11 South Union Street Montgomery, Alabama by placing same in the United State Mail properly addressed and postage pre-paid, this __8th__ Day of September, 05

*Melvin Smith #204766*
MELVIN SMITH # 204766
BULLOCK CORR. FACILITY
PO. BOX 5107
UNION SPRINGS, AL. 36089