IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| Petitioner, | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-470-T |
| ARNOLD HOLT, *et al.*, | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for an order to compel filed by the petitioner on September 9, 2005 (Court Doc. No. 18), and for good cause, it is

ORDERED that:

1. This motion be and is hereby GRANTED.

2. On or before September 19, 2005, the respondents shall furnish the petitioner with copies of all the exhibits submitted in this case.

3. On or before September 19, 2005, the respondents shall show cause why sanctions should not be imposed upon them for their failure to provide the petitioner with copies of exhibits as directed by the order entered on August 26, 2005 (Court Doc. No. 16).

Done this   12th   day of September, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE