IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #204766, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-0470-T |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

### RESPONSE TO ORDER ON MOTION

COMES NOW COME NOW the Respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, in response to this Court's show cause order of September 12, 2005, respectfully showing the Court the following.

### EXHIBITS

1. *Original exhibits.* In Petitioner Smith's September 9, 2005 *Motion for an Order*, he says that "respondents . . . have still refused to send this Petitioner a copy of the exhibits they sent to the court . . .." As the Court can see from the attached *Submission of Exhibits* filed by Respondents on September 2, 2005, the address to which Respondents sent fifteen exhibits on September 2, 2005, is the

same address that Smith used as his return address on his September 9, 2005 *Motion*. If the Court and Smith could see their way fit to having a little patience, both the U. S. mails and the officials at Bullock Correctional Facility will surely do their job with respect to the delivery of the original exhibits.

2. *Additional exhibits.* As for the exhibits relative to a third Rule 32 petition that Smith says Respondents have failed to acknowledge, please see the *Notice of Exhibits* forms being filed today concerning three additional exhibits relative to CC 97-095.61 (Russell County Circuit Court), the "lost" Rule 32 petition presumably referenced by Smith in his September 9, 2005 *Motion for an Order*.

## SANCTIONS

3. In it's September 12, 2005 *Order on Motion*, the Court orders Respondents to show cause why sanctions should not be imposed for their failure to provide exhibits to Smith in accordance with its August 26, 2005 *Order*. Respondents' answer is in two parts:

> a) First, the <u>Rules Governing Section 2254 Cases</u>, and the <u>Federal Rules of Civil Procedure</u>, contemplate service by mail. Respondents have served Smith by mail with the **original exhibits** and the **additional exhibits**. Nothing more is required.

> b) The Court's August 26, 2005 *Order* gives Respondents until September 14, 2005, to furnish to Smith:  1) the **original exhibits**; 2) the **additional exhibits**; and, 3) a **supplemental answer**. The **original exhibits** were mailed to Smith on September 2, 2005.  The **additional exhibits** are being mailed today. The **supplemental answer** will be mailed tomorrow. The date of today is September 13, 2005.  Sanctions are not appropriate because the Court's August 26,

2005 *Order* has not been violated, in that the Court's August 26, 2005 *Order* did not make the original exhibits, the additional exhibits, and the supplemental answer due until September 14, 2005.

>Respectfully submitted,
>
>Troy King (KIN047)
>*Attorney General*
>By:
>
>/s/ Stephen N. Dodd
>Stephen N. Dodd
>*Assistant Attorney General*
>ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL 36089.

s/ Stephen N. Dodd
Stephen N. Dodd (ASB-6492)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL 36130
Telephone: 334-242-7378
Fax: 334-242-2848
E-mail: sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

220005/81910-001