IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #204766, | ) |
| Petitioner, | ) |
| VS. | ) CIVIL ACTION NO. <br> ) 3:05-CV-0470-T |
| ARNOLD HOLT, et al., | ) |
| Respondents. | ) |

## NOTICE OF EXHIBITS

COME NOW the Respondents herein, giving notice of the filing of the following exhibits:

Exhibit 16    the *Motion to Set Aside Judgment and Sentence* filed on June 13, 2002 by Smith in CC 97-095.61 (Russell County Circuit Court), which was treated by the state trial court as a Rule 32 petition;

Exhibit 17    trial court order denying Smith's *Motion to Set Aside Judgment and Sentence*; in CC 97-095.61 (Russell County Circuit Court); and,

Exhibit 18    the Order by the Alabama Court of Criminal Appeals in CR 02-0132 dismissing Smith's appeal

|  |  |
|---|---|
|  | from the denial of his *Motion to Set Aside Judgment and Sentence.* |
| Exhibit 19 | the *Submission of Exhibits* motion filed by Respondents on September 2, 2005. |

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:


/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

                                                **s/ Stephen N. Dodd**
                                                Stephen N. Dodd (ASB-6492)
                                                *Assistant Attorney General*
                                                Attorney for Respondents
                                                Alabama Attorney General's Office
                                                11 South Union Street
                                                Montgomery, AL  36130
                                                Telephone: 334-242-7378
                                                Fax:       334-242-2848
                                                E-mail:   sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

220006/81910-001