| | |
|---|---|
| STATE OF ALABAMA )  <br>  )  <br>  PLAINTIFF, )  <br>  )  <br> VS. )  <br>  )  <br> MELVIN SMITH )  <br>  )  <br>  DEFENDANT. ) | IN THE CIRCUIT COURT OF  <br><br> RUSSELL COUNTY, ALABAMA  <br><br> CASE NO.: CC 97-95.61 |

### ORDER

Petitioner has previously filed a petition for Relief under Rule 32 of the Alabama Rules of Criminal Procedure that has been dismissed. All subsequent claims under Rule 32 are barred.

DONE this the 6th day of September 2002.

_____
JUDGE, CIRCUIT COURT

FILED IN OFFICE
2002 SEP -6 PM 3:01
CIRCUIT/DIST. COURT
RUSSELL CO., AL



EXHIBIT 17