IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #166695, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-0470-T |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**FIRST SUPPLEMENTAL ANSWER**

I.

**Facts and Proceedings in State Courts** (continued)

6.1. On June 13, 2002, Melvin Smith ("Smith") filed another Rule 32 petition. [See **Respondents' Exhibit 16**] On September 6, 2002, the trial court summarily denied Smith's June 2002 Rule 32 petition. [See **Respondents' Exhibit 17**] Smith appealed the denial of his June 2002 Rule 32 petition, and on October 25, 2002, the Alabama Court of Criminal Appeals dismissed Smith's appeal, noting that, in CR 01-1261, he already had a Rule 32 petition attacking the conviction in question on appeal before that court. [See **Respondents' Exhibit 18**]

V.

**Respondents' arguments** (continued)

In support of their defenses, Respondents submit the following arguments:

A.

Procedural defense (continued)

19.1 <u>Statute of limitations</u>. Smith's 2001 Rule 32 petition was filed on July 10, 2001. His 2002 Rule 32 petition was filed on June 13, 2002. The AEDPA statute of limitations had already run by the time Smith filed his first postconviction petition -- the 2001 Rule 32 petition -- much less by the time he filed his June 2002 petition. As a result, Smith's federal habeas petition was barred by the one-year statute of limitation of Title 28 U. S. C. Section 2244 before he ever started filing *any* of his state postconviction petitions.

WHEREFORE, PREMISES CONSIDERED, this Court should deny the petition and the relief requested herein by Smith, by dismissing his petition for writ

of habeas corpus on the grounds that it is barred by the statute of limitation of Title 28 U. S. C. §2244(d)(1)(A).

                                    Respectfully submitted,

                                    Troy King (KIN047)
*Attorney General*
By:


/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of September, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:   Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

                                          **s/ Stephen N. Dodd**
                                          Stephen N. Dodd (ASB-6492)
                                          *Assistant Attorney General*
                                          Attorney for Respondents
                                          Alabama Attorney General's Office
                                          11 South Union Street
                                          Montgomery, AL  36130
                                          Telephone: 334-242-7378
                                          Fax:          334-242-2848
                                          E-mail:      sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300


220005/81910-001