IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-470-T |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

In their response filed on September 13, 2005 (Court Doc. No. 20), the respondents assert that the "attached *Submission of Exhibits* filed . . . on September 2, 2005" establishes that "Respondents sent fifteen exhibits on September 2, 2005" to the petitioner. However, this contention is not supported by the record in this case. Specifically, the certificate of service on which the respondents rely for proof of service states that counsel "served a copy of the foregoing (***excluding exhibits***) on Petitioner . . ." *Respondents' September 2, 2005 Submission of Exhibits - Court Doc. No. 17* at 4 (emphasis added). Thus, this document belies the respondents' assertion that counsel provided copies of exhibits to the petitioner on September 2, 2005. With respect to the respondents' assertion that sanctions are inappropriate as "[t]he Court's August 26, 2005 *Order* gives Respondents until September 14, 2005, to furnish to Smith . . . the **original exhibits**" filed in support of their initial answer, *Respondents' September 13, 2005 Response to Order - Court Doc. No. 20* at 2, this assertion is likewise refuted by the record. The order entered on August 26, 2005 directed

that "[o]n or before September 6, 2005, the respondents shall furnish to the petitioner copies of all exhibits [previously] submitted in this case."  *Order of August 26, 2005 - Court Doc. No. 16* at 1.  Thus, contrary to the respondents' assertion, the respondents had only until September 6, 2005 to furnish the petitioner with copies of the original exhibits.  The petitioner certified that as of September 8, 2005 he had not received such copies.  Accordingly, it is

ORDERED that on or before September 23, 2005 the respondents shall file with the court evidence which demonstrates service of the original exhibits on the petitioner.  If no such evidence exists and these copies have not yet been provided to the petitioner as demonstrated by the certificate of service on the respondents' submission of exhibits, the respondents shall within the time allowed by this order furnish the petitioner with copies of all the original exhibits submitted in this case.  The respondents are *cautioned* that no extensions of time will be allowed for their compliance with the directives of this order.

Done this   14th   day of September, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE