IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, #204766, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05-CV-470-T |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the first supplemental answer filed by the respondents and the documents filed by the petitioner, it is

ORDERED that on or before October 3, 2005 the respondents shall file a supplemental answer addressing the petitioner's argument that he has filed four Rule 32 petitions, one in 2003 that the respondents have not referenced in any of their answers, which have "constantly" remained pending in the state courts thereby rendering the instant petition timely filed.

Done this 15th day of September, 2005.

                                                                             **/s/ Delores R. Boyd**
                                                                             DELORES R. BOYD
                                                                              UNITED STATES MAGISTRATE JUDGE

                                                                             FOR

                                                                             VANZETTA PENN MCPHERSON
                                                                             UNITED STATES MAGISTRATE JUDGE