IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #166695, )<br>)<br>)<br>Petitioner, )<br>)<br>VS. )<br>)<br>)<br>ARNOLD HOLT, et al., )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>3:05-CV-0470-T |

**SECOND SUPPLEMENTAL ANSWER**

I.

**Facts and Proceedings in State Courts** (continued)

6.2  On January 13, 2003, Melvin Smith ("Smith") filed a motion *for in forma pauperis* status, and attempted to file with it a third Rule 32 petition. [See **Respondents' Exhibit 20**]  On March 12, 2003, the trial court summarily denied Smith's *in forma pauperis* motion, and returned to Smith it *and* its accompanying Rule 32 petition. [See **Respondents' Exhibits 20 and 21**]  Smith's Rule 32 petition was never actually filed by the Russell County Circuit Clerk's office. [See **Respondents' Exhibit 21**]  Smith took no appeal. [See **Respondents' Exhibit 21**]

V.

**Respondents' arguments** (continued)

In support of their defenses, Respondents submit the following arguments:

A.

Procedural defense (continued)

19.2 Statute of limitations. Smith's 2001 Rule 32 petition was filed on July 10, 2001. His 2002 Rule 32 petition was filed on June 13, 2002. He attempted to file his 2003 Rule 32 petition -- his third Rule 32 petition -- on January 13, 2003, but, because Smith's efforts were so obviously successive, the Russell County Circuit Court denied his *in forma pauperis* status and returned his Rule 32 petition to him unfiled.

What is of significance here is that the AEDPA statute of limitations had already run by the time Smith filed his first postconviction petition -- the 2001 Rule 32 petition -- much less by the time he filed his January 2003 petition. As a result, Smith's federal habeas petition was barred by the one-year statute of limitation of Title 28 U. S. C. Section 2244 before he ever started filing *any* of his state postconviction petitions.

WHEREFORE, PREMISES CONSIDERED, this Court should deny the petition and the relief requested herein by Smith, by dismissing his

petition for writ of habeas corpus on the grounds that it is barred by the statute of limitation of Title 28 U. S. C. §2244(d)(1)(A).

                                    Respectfully submitted,

                                    Troy King (KIN047)
                                    *Attorney General*
                                    By:

                                    /s/ Stephen N. Dodd
                                    Stephen N. Dodd
                                    *Assistant Attorney General*
                                    ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

                                              s/ Stephen N. Dodd
Stephen N. Dodd (ASB-6492)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone: 334-242-7378
Fax:        334-242-2848
E-mail:     sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

223246/81910-001