Case Number
CC-97-95
ID  YR  NUMBER
(To be completed by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

Russell County Circuit Court
[Insert appropriate court]

Melvin Smith 204766
(Petitioner)

vs.

State of Alabama
(Respondent(s))

FILED IN OFFICE
2003 JAN 13 AM 9:08
CIRCUIT/DIST. COURT
RUSSELL CO. AL.

### DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Melvin Smith 204766, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No __✓__

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

    1-15-97 — $650

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____    No __✓__

    b. Rent payments, interest, or dividends?
       Yes _____    No __✓__

    c. Pensions, annuities, or life insurance payments?
       Yes _____    No __✓__

    d. Gifts or inheritances?
       Yes _____    No __✓__

    e. Any other sources?
       Yes _____    No __✓__

FILED IN OFFICE
2003 MAR 12 PM 14:28

3/12/03 Motion denied petitioner has filed previous Rule 32 petition which has [been?] [reviewed?]

2

EXHIBIT
20

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No ✓

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __12-23-02__
                (Date)

_Melvin Smith_
Signature of Petitioner

**CERTIFICATE**

I hereby certify that the petitioner herein has the sum of $ 75.21 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said _BULLOCK COUNTY CORR. FACILITY_ institution:

PREPARED BY: _Patsy Faulkner_
BULLOCK COUNTY CORR. FACILITY
BUSINESS OFFICE/ACCOUNT CLERK
P.O. BOX 5107
UNION SPRING, AL 36089
DATE 1/9/2003

1/9/03
DATE

AUTHORIZED OFFICER OF INSTITUTION

Rule 32                                  3

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                BULLOCK CORRECTIONAL FACILITY


   AIS #:  204766           NAME:  SMITH, MELVIN

            THESE FIGURES ARE AS OF:   01/09/2003

                 # OF      AVG DAILY        MONTHLY
        MONTH    DAYS      BALANCE          DEPOSITS
   ------------------------------------------------------

        JUL      22         $7.33           $10.00
        AUG      31        $18.92          $105.00
        SEP      30        $11.82           $85.00
        OCT      31        $30.29          $210.00
        NOV      30        $13.51           $95.00
        DEC      31         $2.61           $75.00
        JAN       9        $22.43           $75.00
```



Melvin Smith
204766-18
P.O. Box 5107
Union Springs, Ala. 36089

"Legal mail"

Russell County Circuit Court
P.O. Box 518
Phenix City, Ala. 36868-0518