```
Session - PASSPORT                              September 23, 2005, 16:46:23

OC01        ON-LINE CASE ACTION SUMMARY COUNTY: 57 RUSSELL      OFFICE: 1    OCSOC01

CASE NUMBER: CC 1997 000095 00     TRANS DATE/TIME: 01022003 0000    JID: GRG
STYLE/NAME: STATE OF ALABAMA    VS  SMITH MELVIN                     PC PRNTR: N
-------------------------------------------------------------------------------
                                                                          | OPE
ACT    DATE     TIME CODE |-------------------- COMMENTS ----------------|
-------------------------------------------------------------------------------
       01082003 1545 TEXT REQUEST FOR SENTENCE MODIFICATION DENIED           JOS
       01082003 1545 TRAN TRANSMITTAL NOTICE        SENT TO DEFENDANT  (AR09) JOS
       01132003 1145 TEXT IN FORMA PAUPERIS DECLARATION(2ND RULE 32)         JOS
       03122003 0751 TEXT IN FORMA PAUPERIS DECLARATION DENIED; PETITIONER   JOS
       03122003 0751 TEXT    HAS FILED PREVIOUS RULE 32 PETITION WHICH HAS   JOS
       03122003 0751 TEXT    BEEN DISMISSED.                                 JOS
       03132003 0752 TRAN TRANSMITTAL NOTICE        SENT TO DEFENDANT  (AR09) JOS
       09042003 0731 D001 PAYMENT FREQUENCY SET TO: "M"            (FE52)   JOS
       09042003 0731 D001 PAYMENT DUE DATE SET TO: 09/06/2020      (FE52)   JOS


-------------------------------------------------------------------------------
*** THERE ARE NO MORE RECORDS ON-FILE FOR THE CASE ***
01=MNU 02=OCS 03=NDX 04=CSE 05=SNT 06=ENF 07=CLR 08=FEE 09=PRT 10=BWD 11=FWD
12=DOM 13=FRM 14=CPR 15=DPR 16=WPR 17=SPR 18=SNO 19=PRT 20=OFF        24=HLP
```

EXHIBIT 21