S. Dodd

```
ACRO370                ALABAMA JUDICIAL INFORMATION SYSTEM    CASE: CC 1997 000095.61
OPER: SHG                      CASE ACTION SUMMARY
PAGE:    1                     CIRCUIT    CRIMINAL           RUN DATE: 10/04/2005
==========================================================================================
IN THE CIRCUIT COURT OF  RUSSELL                                      JUDGE: GRG

STATE  OF  ALABAMA                     VS     SMITH MELVIN
                                              204766
CASE: CC 1997 000095.61                       P.O. BOX 5107
                                              UNION SPRINGS , AL   36089 0000

DOB: 09/11/1965         SEX: M  RACE: B  HT: 5 03  WT: 190  HR: BLK  EYES: BRO
SSN: 418021110   ALIAS NAMES:
==========================================================================================
CHARGE01: RULE 32-FELONY         CODE01: RULE  LIT: RULE 32-FELONY TYP: F #: 001
OFFENSE DATE:                            AGENCY/OFFICER:

DATE WAR/CAP ISS:                        DATE ARRESTED:
DATE    INDICTED: 01/10/1997             DATE    FILED: 06/13/2002
DATE    RELEASED:                        DATE   HEARING:
     BOND AMOUNT:              $.00             SURETIES:

DATE 1:             DESC:                TIME: 0000
DATE 2:             DESC:                TIME: 0000

TRACKING NOS:                   /                          /

   DEF/ATY:                          TYPE:                              TYPE:

                          00000                             00000

PROSECUTOR:


==========================================================================================
OTH CSE:    000000000000  CHK/TICKET NO:                    GRAND JURY: 85
COURT REPORTER: _____  SID NO:    000000000
DEF STATUS: PRISON                DEMAND:                           OPER: TIW
==========================================================================================
   TRANS DATE    ACTIONS, JUDGEMENTS, AND NOTES                              OPE
==========================================================================================
  06/13/2002  | IN FORMA PAUPERIS DECLARATION                                JOS
  06/13/2002  | MOTION TO SET ASIDE THE JUDGEMENT AND SENTENCE               JOS
  06/13/2002  |     (RULE 32.4 A.R.C.P.)(RULE 60 (B)4) RULE CIV.             JOS
  06/13/2002  |     PROC (THE JUDGMENT IS VOID)                              JOS
  09/06/2002  | ORDER OF DISMISSAL                                           JOS
  09/12/2002  | TRANSMITTAL NOTICE         SENT TO DEFENDANT    (AR09)       JOS
  09/12/2002  | CASE ACTION SUMMARY PRINTED                     (AR08)       JOS
  10/16/2002  | CASE APPEALED ON: 10/11/2002                    (AR10)       JOS
  10/16/2002  | APPEAL "TO" TYPE: "S"                           (AR10)       JOS
  10/16/2002  | NOTICE OF APPEAL                                             JOS
  10/16/2002  | REPORTER'S TRANSCRIPT ORDER                                  JOS
  10/16/2002  | DOCKETING STATEMENT                                          JOS
  10/22/2002  | APPEAL "TO" TYPE: "R"                           (AR10)       SHG
  10/22/2002  | APPEAL DATE CHANGED FROM: 00/00/0000            (AR11)       SHG
  10/22/2002  | INDTRL TYPE CHANGED FROM:                       (AR11)       SHG
  10/22/2002  | APPEAL TYPE CHANGED FROM:                       (AR11)       SHG
  10/22/2002  | ATYW TYPE CHANGED FROM:                         (AR11)       SHG
```

EXHIBIT