IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) 3:05-CV-470-T |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

COME NOW the Respondents in the above-styled cause, requesting an additional twenty-one days in which to respond to this Court's October 24, 2005 Order to Show Cause. The undersigned has been involved in other work, in the appellate courts, the circuit courts, and the federal district courts, to an extent that has not allow sufficient time in which to respond to the Court's Order within the time allotted.

WHEREFORE, in consideration of the foregoing reasons, Respondents

I am, this date, mailing a copy of this request for an extension of time to the Petitioner.

        Respectfully submitted,

        Troy King (KIN047)
        *Attorney General*
        By:


        /s/ Stephen N. Dodd
        Stephen N. Dodd
        *Assistant Attorney General*
        ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

          **s/ Stephen N. Dodd**
          Stephen N. Dodd (ASB-6492)
          *Assistant Attorney General*
          Attorney for Respondents
          Alabama Attorney General's Office
          11 South Union Street
          Montgomery, AL  36130
          Telephone: 334-242-7378
          Fax:       334-242-2848
          E-mail:   sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street