IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, #204766, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-470-T |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

ORDER ON MOTION

Upon consideration of the motion for extension of time filed by the respondents on November 14, 2005 (Court Doc. No. 29), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED to the extent allowed by this order. It is further

ORDERED that the respondents be GRANTED an extension from November 14, 2005 to and including November 29, 2005 to file a supplemental answer in compliance with the order entered on October 24, 2005. The respondents are advised that absent a showing of exceptional circumstances no additional extensions of time will be allowed for the filing of a supplemental answer.

Done this 15th day of November, 2005.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE

FOR

VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE