IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, AIS #166695, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | 3:05-CV-0470-T |
| | ) | |
| ARNOLD HOLT, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**FOURTH SUPPLEMENTAL ANSWER**

I.

**Facts and Proceedings in State Courts** (continued)

6.1.1 On October 25, 2002, the Alabama Court of Criminal Appeals issued an

*Order* suspending action in the appeal of <u>Melvin Smith v. State</u>, CR 02-0132 (CC

97-95.61, Russell County Circuit Court), and transferring the case back to the

Russell County Circuit Court.  [See **Respondents' Exhibit 18**]  This ruling, in

effect, obviated the trial court's September 6, 2002 summary denial of Smith's June

10, 2002 Rule 32 petition.  [See **Respondents' Exhibit 17**]

6.1.2 There has been no Russell County Circuit Court action on Smith's June

10, 2002 Rule 32 petition since the Alabama Court of Criminal Appeals's October

25, 2002 *Order*.  [See **Respondents' Exhibit 22**]   The petition, therefore, is currently pending in the Russell County Circuit Court.

## V.

### Respondents' arguments (continued)

In support of their defenses, Respondents submit the following arguments:

### A.

### Procedural defense (continued)

19.5  Smith's AEDPA statute of limitations began running on August 10, 2000. When, eleven moths later, Smith filed his first Rule 32 petition on or about July 10, 2001, the AEDPA statute of limitations began to toll.  When Smith filed his second Rule 32 petition on June 10, 2002, the statute of limitations continued to toll.

19.6  Since Smith's June 10, 2002 Rule 32 petition is still pending in the Russell County Circuit Court pursuant to the Alabama Court of Criminal Appeals's October 25,

2002 *Order*, the AEDPA statute of limitations was continuing its tolling when Smith

filed the instant federal petition for writ of habeas corpus on May 20, 2005.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of November, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:  Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

s/ Stephen N. Dodd
Stephen N. Dodd (ASB-6492)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone: 334-242-7378
Fax:        334-242-2848
E-mail:     sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

230510/81910-001