IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-470-T |
| ) | |
| ARNOLD HOLT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

This cause is before the court on a 28 U.S.C. § 2254 petition for habeas corpus relief filed by Melvin Smith ["Smith"], a state inmate, on May 15, 2005. In this petition, Smith challenges a conviction for first degree rape entered against him by the Circuit Court of Russell County, Alabama on March 18, 1999. The documents filed in this case demonstrate that Smith filed a Rule 32 petition on June 10, 2002, his second such petition, which is currently pending before the Circuit Court of Russell County.

The law directs that a petition for writ of habeas corpus filed by "a person in custody pursuant to the judgment of a State court shall not be granted unless it appears that the applicant has exhausted the remedies available in the courts of the [convicting] State ..." 28 U.S.C. § 2254(1)(b)(1)(A). Upon review of the pleadings and evidentiary materials filed in this case, it appears that Smith has not yet exhausted his available state court remedies with respect to his 1999 rape conviction. This court does not deem it appropriate

to rule on the merits of Smith's claims without first requiring that he exhaust state remedies. *See* 28 U.S.C. § 2254(1)(b)(2). Accordingly, it is

    ORDERED that on or before December 13, 2005 the petitioner shall show cause why his petition should not be dismissed for failure to exhaust state remedies.

    Done this 1st day of December, 2005.

    /s/ Vanzetta Penn McPherson
    UNITED STATES MAGISTRATE JUDGE