Exhibit NO: 2

THE STATE OF ALABAMA --- JUDICIAL DEPARTMENT

THE ALABAMA COURT OF CRIMINAL APPEALS

Exhibit NO: 2

CR-02-0132

Melvin Smith, Appellant

vs.

State of Alabama, Appellee

Appeal from Russell Circuit Court No. CC97-95.61

## ORDER

The above-referenced cause is an appeal from the circuit court's denial of a Rule 32 petition in Russell Circuit Court Case Number CC97-95.61. We note that the appellant already has another appeal pending in connection with the circuit court's denial of prior Rule 32 petition challenging the same judgment. See CR 01-1261 (Russell Circuit Court Case Number CC97-95.60). In <u>Barnes v. State</u>, 621 So.2d 329 (Ala.Crim.App. 1992), this Court, after citing prior case law for the proposition that it is inharmonious for two separate courts to be acting at the same time on whether a particular judgment should be set aside, found that the trial court's entertainment of a subsequent Rule 32 petition while a prior Rule 32 petition is pending on appeal would be contrary to "an orderly administration of the rules, to an interest in the appellate court having a full perspective of the case, and to conservation of judicial resources." This Court also notes the general rule that jurisdiction of one case cannot be in two courts at the same time. See <u>Ex parte Hargett</u>, 772 So.2d 481(Ala.Crim.App. 1999).

Upon consideration of the above and because this Court should not be placed in awkward position of having to simultaneously entertain two different Rule 32 appeals by the same appellant attacking the same judgment, the Court of Criminal appeals **ORDERS** the trial court's judgment in Russell Circuit Court Case Number CC97-95.61 be and the same is hereby set aside and held for naught. The Court further **ORDERS** that this cause be, and the same is hereby, **TRANSFERRED** to the trial court with directions that all further action in this cause be suspended until this Court issues the certificate of judgment in CR 01-1261 (Russell Circuit Court Case Number CC97-95.60).

Done this 25th day of October, 2002.

H. W. "Bucky" McMILLAN, PRESIDING JUDGE

cca/di

cc:   Hon. George R. Greene, Circuit Judge
      Hon. Kathy Coulter, Circuit Clerk
      Melvin Smith, Appellant, Pro Se
      Hon. Kenneth E. Davis, District Attorney
      Office of the Attorney General

EXHIBIT NO: 2