1-23-03

**EXHIBIT NO: 3**

Case Number
CC-97-95
ID  YR  NUMBER
(To be completed
by Court Clerk)

⑤
⑤

# IN FORMA PAUPERIS DECLARATION

Russell County Circuit Court
[Insert appropriate court]

Melvin Smith 204766
(Petitioner)

vs.

State of Alabama
(Respondent(s))

FILED IN OFFICE
2003 JAN 13 AM 9:08

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS

I, Melvin Smith 204766, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?    Yes _____    No ✓

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

    _____

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
    
    1-15-97 — $650

2. Have you received within the past twelve months any money from any of the following sources?

    a. Business, profession, or other form of self-employment?
       Yes _____    No ✓

    b. Rent payments, interest, or dividends?
       Yes _____    No ✓

    c. Pensions, annuities, or life insurance payments?
       Yes _____    No ✓

    d. Gifts or inheritances?
       Yes _____    No ✓

    e. Any other sources?
       Yes _____    No ✓

EXHIBIT NO: 3

2

3/12/03 Motion denied, has filed petitioner previous rule 32 petition which has for [illegible]

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

N/A

3. Do you own cash, or do you have money in a checking or savings account?

   Yes _____    No ✓

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   N/A

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes _____    No ✓

   If the answer is "yes", describe the property and state its approximate value.

   N/A

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   N/A

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on  12-23-02
                (Date)

_Melvin Smith_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ 75.21 on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said ~~BULLOCK COUNTY CORR. FACILITY~~ institution:

PREPARED BY: _Patsy Faulkner_
BULLOCK COUNTY CORR. FACILITY
BUSINESS OFFICE/ACCOU. CLERK
P.O. BOX 5107
UNION SPRINGS
DATE 1/9/2003

1/9/03
DATE

AUTHORIZED OFFICER OF INSTITUTION

Rule 32                                         3



```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
               BULLOCK CORRECTIONAL FACILITY


   AIS #:  204766          NAME:    SMITH, MELVIN

            THESE FIGURES ARE AS OF:   01/09/2003

                  # OF        AVG DAILY         MONTHLY
       MONTH      DAYS        BALANCE           DEPOSITS
   ------------------------------------------------------------

        JUL        22           $7.33            $10.00
        AUG        31          $18.92           $105.00
        SEP        30          $11.32            $85.00
        OCT        31          $30.29           $210.00
        NOV        30          $13.51            $95.00
        DEC        31           $2.61            $75.00
        JAN         9          $22.43            $75.00
```