EXhibiT NO: 5

9-16-03  (14)

Exhibit NO: 5

**COURT OF CRIMINAL APPEALS**
STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

## ORDER

CR-02-1622

Ex parte Melvin Smith (In re: State of Alabama vs. Melvin Smith) (Russell Circuit Court: CC97-95.61).

Upon consideration of the above referenced Writ of Mandamus, the Court of Criminal Appeals ORDERS that said petition be and the same is hereby dismissed.

McMillan, P.J., and Cobb, Baschab, Shaw, and Wise, JJ., concur.

Done this the 16th day of September, 2003.

_____
H.W. "Bucky" McMILLAN, PRESIDING JUDGE

CCA/wki

cc: Honorable George R. Greene, Circuit Judge
    Honorable Kathy S. Coulter, Circuit Clerk
    Honorable William H. Pryor, Jr., Attorney General, Respondent
    Honorable Stephen N. Dodd, Asst. Atty. Gen., Respondent
    Melvin Smith, Pro Se, Petitioner
    Honorable Kenneth Davis, District Attorney
    Office of Attorney General

EXHIBIT NO: 5

THE STATE OF ALABAMA - - JUDICIAL DEPARTMENT

THE ALABAMA COURT OF CRIMINAL APPEALS

CR-02-1248

Melvin Smith, Appellant

vs.

State of Alabama, Appellee

Appeal from Russell Circuit Court No. CC97-95.61

### CERTIFICATE OF DISMISSAL

The appellant in the above-referenced cause sought permission to prosecute a Rule 32 petition in forma pauperis as authorized in Rule 32.6(a) of the Alabama Rules of Criminal Procedure. After the trial court denied the appellant's application to proceed in forma pauperis, the appellant filed the notice of appeal upon which this appeal is now based.

Upon consideration of the above and because review of an order denying a request to prosecute a Rule 32 petition in forma pauperis is by mandamus rather than by an appeal, the Court of Criminal Appeals **ORDERS** that this appeal be and the same is hereby **DISMISSED**.

Done this 9th day of April, 2003.

_____
H. W. "BUCKY" McMILLAN, PRESIDING JUDGE

cca/di

cc:   Hon. George R. Greene, Judge
      Hon. Kathy S. Coulter, Clerk
      Melvin Smith, Appellant
      Office of the Attorney General