IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS# 204766, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-0470-T |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**RESPONDENTS' OBJECTION TO THE
MAGISTRATE'S DECEMBER 15, 2005 ORDER**

COMES NOW Respondent Holt ("Holt") with the following objection to the Magistrate's December 15, 2005 *Order*:

1. On December 1, 2005, the Court issued an *Order* requiring Smith to address the subject of the exhaustion of his state remedies in his second Rule 32 petition, Smith v. State, CC 97-95.61 (Russell County Circuit Court)

2. On December 14, 2005, Smith apparently filed a response with the Court.

3. On December 15, 2005, the Court entered an *Order* which seems to indicate that it has excused Smith from the requirement of state court exhaustion.

4. Respondents have not seen, not have they been served with, whatever it was that Smith filed on December 14, 2005. Respondents object to the Court's

ruling on a matter of state court exhaustion without their having been given a chance to plead in response to whatever it was Smith filed on December 14, 2005.

WHEREFORE, PREMISES CONSIDERED, Respondent Holt respectfully requests that the Magistrate Judge:

1) rescind it's *Order* of December 15, 2005;

2) cause Smith to serve Respondents with a copy of his December 14, 2005 pleading; and,

3) allow Respondents the opportunity to file something to rebut whatever it was that Smith filed on December 14, 2005.

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:


/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Melvin Smith, AIS # 204766, Bullock County Correctional Facility, P. O. Box 5107 Union Springs, AL.

                                        **s/ Stephen N. Dodd**
                                        Stephen N. Dodd (ASB-6492)
                                        *Assistant Attorney General*
                                        Attorney for Respondents
                                        Alabama Attorney General's Office
                                        11 South Union Street
                                        Montgomery, AL  36130
                                        Telephone: 334-242-7378
                                        Fax:         334-242-2848
                                        E-mail:    sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

88262/81910-001