IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-470-T |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the document filed by the respondents on January 4, 2006 (Court Doc. No. 37), and for good cause, it is

ORDERED that on or before January 25, 2006 the respondents may file a response to Smith's assertion that the claims presented to this court have been raised and addressed in the state courts. The respondents are advised that this court's review of the evidentiary materials presented in this case indicate that the claims on which Smith seeks federal habeas relief were raised in the petitioner's first and/or third Rule 32 petitions and addressed by the state courts at both the trial and appellate court levels. Moreover, the respondents are further advised that a petitioner's failure to exhaust state remedies does not prevent this court from addressing the merits of the petitioner's claims for relief. *See* 28 U.S.C. § 2254(b)(2). Such disposition by the court may be based upon a procedural default, *see Brownlee v. Haley*, 306 F.3d 1043, 1065 (11th Cir. 2002); *Holladay v. Haley*, 209 F.3d 1243, 1254 n. 9 (11th Cir.), *cert denied*, 531 U.S. 1017 (2000); *Collier v. Jones*, 901 F.2d 770, 773 (11th Cir. 1990), or appropriate disposition of the claims by the state

courts in accordance with the provisions of 28 U.S.C. § 2254(d)(1).

To aid the respondents in filing their response to this order and the order entered on December 15, 2005 (Court Doc. No. 35), the Clerk is DIRECTED to provide counsel for the respondents with a copy of the petitioner's responses (Docs. #33 and #34) filed on December 14, 2005 and the exhibits attached thereto. The respondents are cautioned that additional time for filing a response to this order will not be allowed unless exceptional circumstances warrant such action.

Done this 6th day of January, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE