Court's Copy

RECEIVED
2006 JAN 10 A 9:FOR

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

MELVIN SMITH, AIS# 204766 )
PETITIONER, )
)
)
V.S. ) CIVIL ACTION NO: 3:05-CV-470-T
)
ARNOLD HOLT, et al., )
RESPONDENT'S

## PETITIONER'S TRAVERSE TO RESPONDENT'S OBJECTION

Comes now the Petitioner, Melvin Smith proceeding Pro-se and through Inmate assistance and submitt this TRAVERSE to the Respondent's Objection to the Magistrate's DECEMBER 15, 2005 ORDER, and the Petitioner will show as follows;

1. The respondents contend that they did-not receive as they say "WHATEVER IT WAS THAT SMITH FILED ON DECEMBER 14, 2005".

It appears that the Respondent's are trying to say that Smith mailed Documents to this Court, without serving a copy of same on the Respondent's

This simply is not true, each and every time that Smith has filed anything with this Court, he has served AN EXACT COPY of same on the Respondent's, as ORDERED by this Court.

2. As the Attorney General is fully aware, more-so than this Pro-Se Petitioner, of the policy and practice of this Honorable Court, that, any

-1-

Ruling made by the Magistrate Judge adverse to any party, that Party MUST file an Objection to that ruling within 13 Days, from the date of that Order;

3. If this Court will take Judicial Notice of the record, the Office of the Attorney General has used every excuse one can think of to avoid/or Delay relief in this Case, and the latest is no different from prior pleadings.

4. With this Petitioner being incarcerated at the Bullock Correctional Facility, he dos not have sufficient funds, or emergency means to send **ANOTHER COPY OF THE MOTION TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED: THE SUPPLEMENTAL MOTION TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AND A COPY OF ALL EXHIBITS ATTACHED TO THE MOTIONS THAT WAS FILED ON DECEMBER 12, 2005.**

These Motion's and exhibits consist of (24) Twenty-Four pages, and the Alabama Department of Corrections charges Inmates .50 Per page to copy Documents, however, priorto the time the Petitioner was to file his Motion to show Cause, he sent his Exhibits home to be copied, and his family made copies and retutned the Original and (2) TWO copies back to Smith, these documents was sent to this Court and the Respondent's on December 12, 2005.

5. The Respondent's asserts that this Court should recind it's December 15, 2005 ORDER **AT (1)...** The Petitioner believes that request is unreasonable, due to the Respondent's, IN ALL PAST ORDERS from this Court has either not complied with the order(s) on the Date set by the Magistrate, or, they have fail to produce documents that this Court Ordered them to produce, and has misrepresented facts to this Court.

6. The Respondent's ask this Court to <u>CAUSE SMITH TO SERVE RESPONDENT'S WITH A COPY OF HIS DECEMBER 14, 2005 PLEADINGS</u>

Smith has complied fully with this Court's JUNE 3, 2005 ORDER AT PAGE# 7, which clearly states;

> "The Federal Rules of Civil Procedure requires that the Petitioner mail to the Lawyer for the Respondents a true copy of anything which he sends to the Court. Consequently, the Petitioner is advised that he MUST mail to the Attorney General for the State of Alabama a TRUE Copy of anything which he sends to the Court.. Anything sent to the Court specifically
>
> should state that "it has been sent to the Attorney General for the State of Alabama...Failure to comply with the directives of this Order MAY result in Delaying resolution of this Case. moreover, the Petitioner is specifically **CAUTIONED** that his failure to file pleadings in conformith with the Federal Rules of Civil Procedure and/or the directives (p.8) contained in this Order will result in such pleading not being accepted for filing"

It has been the Practice of the Petitioner, to follow this Court's Orders and directives to the letter, (AS BEST HE CAN), on December 14, 2005 was no Different, Copies was in fact mailed to the Respondent's.

The Petitioner believes that the Attorney General is once again using trickery and conivance in an attempt to decieve this Court and to delay resolution in this Matter;

RESPECTFULLY SUBMITTED

*/s/ Melvin Smith #204766*
MELVIN SMITH 204766

-3-

## CONCLUSION

This Pro-Se Petitioner respectfully request that this Honorable Magistrate and/or PRESIDING JUDGE, do not recind the Order, do-not compell Smith to file another pleading, and Do-not allow the respondents the opportunity to file any rebuttle to Smith's December 14, 2005 Motion to Show Cause, due to the time limit has already expired to file an OBJECTION!

Because the Respondent's DID-NOT COMPLY with this Court's December 15, 2005 ORDER, by addressing the Merits of the 2254 Habeas Petition on or before January 4, 2006, Smith ask that this Honorable Court accept all of the allegations submitted by the Petitioner as TRUE, and rule on the Merits, as stated by Smith, and GRANT the requested relief which is, **VACATE THE CONVICTION AND SENTENCE, OR SUCH OTHER RELIEF THIS COURT DEEMS PROPER:**

*Melvin Smith 204766*
MELVIN SMITH # 204766

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing on **THE OFFICE OF THE ATTORNEY GENERAL, LOCATED AT 11 SOUTH UNION STREET THIRD FLOOR MONTGOMERY, ALABAMA 36130-0152 by placing same in the UNITED STATES MAIL PROPERLY ADDRESSED AND POSTAGE PRE-PAID THIS   8th   DAY OF JANUARY, 2006**

*Melvin Smith*
MELVIN SMITH AIS# 204766
BULLOCK CORR. FACILITY
P.O. BOX 5107
UNION SPRINGS, AL. 36089