IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, )<br>)<br>  Petitioner, )<br>)<br>v. )<br>)<br>ARNOLD HOLT, Warden, and )<br>TROY KING, Attorney )<br>General of the State of )<br>Alabama, )<br>)<br>  Respondents. ) | CIVIL ACTION NO.<br>3:05cv470-MHT |

### ORDER

After an independent and de novo review of the record and the court being of the opinion that respondents' objections (Doc. No. 37) are not only untimely, Fed.R.Civ.P. 72(a), but they also lack merit, it is ORDERED as follows:

  (1) Respondents' objections (Doc. No. 37) are overruled.

  (2) The order of the United States Magistrate Judge (Doc. No. 35) is affirmed.

(3) This cause is referred back to the United States Magistrate Judge for further appropriate proceedings.

DONE, this the 24th day of January, 2006.


            /s/ Myron H. Thompson
            **UNITED STATES DISTRICT JUDGE**