IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-470-T |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the response filed by the respondents on January 25, 2006 (Court Doc. No. 41), which the court construes to contain a motion to rescind the order entered on December 15, 2005 (Court Doc. No. 35), and as recision of such order is not warranted, it is

ORDERED that this motion be and is hereby DENIED.

Done this 27th day of January, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE