IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-470-T |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before February 6, 2006 the respondents shall file an answer in compliance with the directives of the order entered on December 15, 2005. **The respondents are advised that this court's review of the evidentiary materials presented in this case indicate that the claims on which Smith seeks federal habeas relief were raised in the petitioner's first and/or third Rule 32 petitions and addressed by the state courts at both the trial and appellate court levels**. Moreover, the respondents are further advised that a petitioner's failure to exhaust state remedies does not prevent this court from addressing the merits of the petitioner's claims for relief. *See* 28 U.S.C. § 2254(b)(2). Such disposition by the court may be based upon a procedural default, *see Brownlee v. Haley*, 306 F.3d 1043, 1065 (11th Cir. 2002); *Holladay v. Haley*, 209 F.3d 1243, 1254 n. 9 (11th Cir.), *cert denied*, 531 U.S. 1017 (2000); *Collier v. Jones*, 901 F.2d 770, 773 (11th Cir. 1990), or appropriate disposition of the claims by the state courts in accordance with the provisions of 28 U.S.C. § 2254(d)(1). The respondents are cautioned that additional time

for filing a response to this order will not be allowed. The respondents are further cautioned that failure to file an answer in compliance with this order may result in the imposition of sanctions.

    Done this 27th day of January, 2006.


                                /s/ Vanzetta Penn McPherson
                                UNITED STATES MAGISTRATE JUDGE