Melvin Smith 11073-002
U.S.P. Coleman II
P.O. Box 1034
Coleman, FLA 33521

RECEIVED
2006 FEB 27 A 9: 52

DATE: 2-22-06

Clerk of U.S. District Court
   P.O. Box 711
Montgomery, ALA 36101

RE: Change of Address!

I once filed a motion under "U.S.C. 28 2255", that motion was filed two years ago, I'm requesting to know have the U.S. District Court made a ruling on case 2:03cr0051-001. Also my change of address is U.S.P Coleman II P.O. Box 1034 Coleman, FLA 33521. I thank you for your time and effort in this matter

Thanks
M[signature]