In The United States District Court
For The Middle District Of Alabama
Eastern Division

RECEIVED
2006 MAR -1  A 9: 58

Melvin Smith #204766
    Petitioner

Vs.                                                        Civil Action No. 3:05-CV-470-T

Arnold Holt et.al
    Respondents

## Petitioners Response To Courts February 13, 2006 Order

Comes now, The petitioner, Melvin Smith, in the above styled cause and respectfully moves this Honorable Court with his Response To Court, February 13, 2006 Order and in support shows the following:

1.     This is the petitioners response in opposition to the Resondents Fourth Supplemental answer.

2.     The Petitioner and Actual Innocent Petitioner will not flood this Honorable Court with paperwork. The Petitioner rest his case with his petition.

3.     The Petitioner prays that after a review of the complete record and his Affidavit in support that a hearing will be scheduled and after such that he will be granted a new trial.

4.     The Petitioner requests that this Honorable Court pay close attention to his ground of being incompetent to stand trial or to represent himself on pages 7 through 10 of his petetion.

5.     The Petitioner is actual Innocent and no procedural bar should keep this Honorable Court from granting unto him a right to a fair and just trial.

Wherefore the Petitioner prays that Summary Judgment will not be granted and that a hearing on this matter will be scheduled.

Done on this  28th  day of  February  2006

Respectfully Submitted

*Melvin Smith*

Certificate of Service

I hereby certify that I have on this 28th day of February 2006 served a copy of the same on the Attorney General by prepaid U.S. Mail.

*Melvin Smith 204766*
Melvin Smith #204766
P. O. Box 5107
Union Springs, Al 36089