In The United States Ditrict Court
For The Middle District Of Alabama
Eastern Division

RECEIVED

2006 MAR -1  A 9:59

Melvin Smith # 204766
    Petitioner

Vs.                                   Civil Action NO: 3:05-CV-470-T

Arnold Holt et, AL
    Respondents


SWORN AFFIDAVIT

Before me. The undersigned Authority. A notary Public in and for said county and State of Alabama at large personally appears Melvin Smith who being known to me and who after being duly sworn, deposes and says under oath as follows.

1.   My name is Melvin Smith AIS# 204766. I am the petitioner presently at Bullock County Correctional Center P. O. Box 5107, Union Springs, Al 36089. I am over the age of twenty-one (21) years old.

2.   I raised in my petition that I was not compentent to stand trial and not competent to represent myself and that the trial court did not hold a hearing and did not inform me of my rights.

3.   At the time of the alleged incident I had been diagnosed with Schizophrenia Chronic Undifferentiated type: and Paranoid Personality with Chronic Brain Syndrome and was being treated with medication for these disorders. I had lost my employment for these reasons and was seeking disability which was believed to be a result of my military duties. See Exhibits that I sent of my medications with a report.

4.   During my trial, yes I was experiencing mental problems and the court never inquired about my competency. Also, I was not given an attorney at a critical stage of the proceedings the arraignment stage (see the record) for if the trial court had inquired about my competency, it would have surely been determined that I was not competent to stand trial and most certainly not able to represent self at trial. These are clear violations of my constitutional rights 4th, 6th, 8th, and 14th amendments: OF THe United STaTes Constitution.

And for this ground alone I should have been granted a new trial. The record in my case shows that I was however represented by a counsel yet when I raise Ineffective Assistance of Counsel, I'm told I can't because I represented self. But when I raise that I am not competent to represent self, I am told I was represented. (See pages 7-10 of my brief in support of Habeas Corpus.)

All that I want is to be treated fairly and to be given the proper opportunity to prove my innocence, and that can only happen if I am given a new trial.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Melvin Smith 206766_

Sworn to the subscribed before me on this 27th day of February, 2006.

_Lance P. Anthony_
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007