IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

In his response filed on March 1, 2006 (Court Doc. No. 47), the petitioner, Melvin Smith, contends that he is "actually innocent" of first degree rape due to his being "incompetent to stand trial . . ." Smith submitted an affidavit in support of this response alleging that "he had been diagnosed with Schizophrenia Chronic Undifferentiated type: and Paranoid Personality with Chronic Brain Syndrome" at the time of the offense and conviction. *February 27, 2006 Affidavit of Melvin Smith* at 1. The court therefore construes this response to contain a motion to amend. Upon consideration of the motion to amend, and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that on or before March 22, 2006 the respondents shall file a supplemental answer which addresses Smith's claim of actual innocence presented in his amendment to the petition as contained in the March 1, 2006 response to the answer.[1] The

---

[1] 1. The court finds that Smith intends this claim to establish a fundamental miscarriage of justice so as to prevent application of various procedural bars to his claims.

respondents are advised that in filing their supplemental answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*.

Done this 7th day of March, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE