In The United States District Court
For The Middle District Of Alabama
Eastern Division

Melvin Smith #204766
    Petitioner

Vs.                                    Civil Action No. 3:05-CV-470-T

Arnold Holt et.al
    Respondents

### Petitioners Response To Courts February 13, 2006 Order

Comes now, The petitioner, Melvin Smith, in the above styled cause and respectfully moves this Honorable Court with his Response To Court, February 13, 2006 Order and in support shows the following:

1.  This is the petitioners response in opposition to the Resondents Fourth Supplemental answer.

2.  The Petitioner and Actual Innocent Petitioner will not flood this Honorable Court with paperwork. The Petitioner rest his case with his petition.

3.  The Petitioner prays that after a review of the complete record and his Affidavit in support that a hearing will be scheduled and after such that he will be granted a new trial.

4.  The Petitioner requests that this Honorable Court pay close attention to his ground of being incompetent to stand trial or to represent himself on pages 7 through 10 of his petetion.

5.  The Petitioner is actual Innocent and no procedural bar should keep this Honorable Court from granting unto him a right to a fair and just trial.

SCANNED

Wherefore the Petitioner prays that Summary Judgment will not be granted and that a hearing on this matter will be scheduled.

Done on this 28th day of February 2006

Respectfully Submitted

*Melvin Smith*

Certificate of Service

I hereby certify that I have on this 28th day of February 2006 served a copy of the same on the Attorney General by prepaid U.S. Mail.

*Melvin Smith 204766*
Melvin Smith #204766
P. O. Box 5107
Union Springs, Al 36089

In The United States Ditrict Court
For The Middle District Of Alabama
Eastern Division

Melvin Smith # 204766
  Petitioner

Vs.

              Civil Action NO: 3:05-CV-470-T

Arnold Holt et, AL
  Respondents


## SWORN AFFIDAVIT

Before me. The undersigned Authority. A notary Public in and for said county and State of Alabama at large personally appears Melvin Smith who being known to me and who after being duly sworn, deposes and says under oath as follows.

1. My name is Melvin Smith AIS# 204766. I am the petitioner presently at Bullock County Correctional Center P. O. Box 5107, Union Springs, Al 36089. I am over the age of twenty-one (21) years old.

2. I raised in my petition that I was not compentent to stand trial and not competent to represent myself and that the trial court did not hold a hearing and did not inform me of my rights.

3. At the time of the alleged incident I had been diagnosed with Schizophrenia Chronic Undifferentiated type: and Paranoid Personality with Chronic Brain Syndrome and was being treated with medication for these disorders. I had lost my employment for these reasons and was seeking disability which was believed to be a result of my military duties. See Exhibits that I sent of my medications with a report.

4. During my trial, yes I was experiencing mental problems and the court never inquired about my competency. Also, I was not given an attorney at a critical stage of the proceedings the arraignment stage (see the record) for if the trial court had inquired about my competency, it would have surely been determined that I was not competent to stand trial and most certainly not able to represent self at trial. These are clear violations of my constitutional rights 4th, 6th, 8th, and 14th amendments: OF THe United STATes Constitution.

And for this ground alone I should have been granted a new trial. The record in my case shows that I was however represented by a counsel yet when I raise Ineffective Assistance of Counsel, I'm told I can't because I represented self. But when I raise that I am not competent to represent self, I am told I was represented. (See pages 7-10 of my brief in support of Habeas Corpus.)

All that I want is to be treated fairly and to be given the proper opportunity to prove my innocence, and that can only happen if I am given a new trial.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                          *Melvin Smith* 204766

Sworn to the subscribed before me on this __27th__ day of __February__, 2006.

                                          _Lana P. Anthony_
                                          NOTARY PUBLIC STATE OF ALABAMA AT LARGE
                                          MY COMMISSION EXPIRES: Mar 18, 2007