IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, #204766, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:05-CV-470-T |
| | ) | |
| ARNOLD HOLT, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before April 20, 2006:

1. Counsel for the respondents shall show cause why sanctions should not be imposed upon him for his failure to file a supplemental answer in compliance with the directives of the order entered on March 7, 2006.

2. The respondents shall file a supplemental answer in accordance with the order entered on March 7, 2006. The respondents are advised that no additional time will be allowed for their submission of a supplemental answer.

Done this 11th day of April, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE