IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #166695, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-0470-MHT |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**RESPONSE TO APRIL 11, 2006 ORDER TO SHOW CAUSE AND REQUEST FOR ADDITIONAL TIME IN WHICH TO RESPOND AND/OR MOTION FOR SUSPENSION OF THE RULES**

COMES NOW the Respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, in response to this Court's show cause order of April 11, 2006, respectfully showing the Court the following.

1. The Court has asked Respondents to explain why they did not file a response in this case with the court by March 22, 2006. The secretary for the undersigned retired the week of March 22nd. This made keeping track of assignments that week harder than even they usually are.

2. As the undersigned explained in his *Response* of August 15, 2005, once a case gets past the stage of having an initial response due, it no longer is tracked automatically through the Attorney General's Office's automated docketing system. This leaves the keeping up with the assignments to the attorney and the secretary, which allows for the intervention of human error, especially when the secretary is cleaning out her desk and getting ready to leave for good.

3. That, together with the undersigned's trying to get as much work as possible dome before the secretary's leaving, plus the fact that the undersigned has at least nine other habeas cases open and on my desk along with this one --Best v. Culliver, 04-14285-II; Fields v. Mitchem, 06-10856-G; Holder v. Mitchem, 06-10704-E; Bagley v. Amerson, 05-13260-D; Living v. State, 04-JEO-1001-S; Harris v. Forniss, CV 00829-LSC-HGD; Ellis v. Hooks, 2:04-CV-49-WKW(WO); Davis v. Formniss, 5:06-CV-00019-LSC-JEO; and Sullivan v. DeLoach, 05-13112 -- has simply made things untenable for the last month, so much so that this *Response* and the accompanying *Supplemental Answer* is being filed on April 21, 2006 because, up until today, April 21st is the day that the undersigned thought the supplemental answer was due. Imagine the chagrin of the undersigned to

learn, only just now, that the Court's April 11, 2006 *Order* actually made the response due on April 20, 2006, not April 21, 2006.

4. The undersigned assures the Court that, with the arrival of the new secretary on Monday, April 25, 2006, every possible action and effort will be made to devise a system, between the undersigned and the new secretary, which will prevent the missing of filing deadlines in the future. So help me God.

WHEREFORE, PREMISES CONSIDERED, the undersigned, on behalf of Respondent Holt, would request that the Court:

a. accept the reasons for Respondents failure to file this response by March 22, 2006; and,

b. either -- 1) grant Respondent an additional day for the filing of these materials, and/or 2) suspend the *Rues Governing Habeas Corpus Cases Under Section 2254* --so as to allow these pleadings to be accepted and filed, and this case brought to a merciful end; or

    c. grant any such other relief as to which the Respondent may be entitled.

            Respectfully submitted,

            Troy King (KIN047)
            *Attorney General*
            By:

            /s/ Stephen N. Dodd
            Stephen N. Dodd
            *Assistant Attorney General*
            ID #ASB-6492

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of April, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL 36089.

                                       s/ Stephen N. Dodd
                                       Stephen N. Dodd (ASB-6492)
                                       *Assistant Attorney General*
                                       Attorney for Respondents
                                       Alabama Attorney General's Office
                                       11 South Union Street
                                       Montgomery, AL 36130
                                       Telephone: 334-242-7378
                                       Fax:         334-242-2848
                                       E-mail:     sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

124683/81910-001