In the United States District Court
Middle District Of Alabama Prison Ministries
Southern Division

RECEIVED
2006 JUN 30 A 9: 43

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| Melvin Smith #204766 | ) |
| Petitioner | ) |
| | ) |
| | ) |
| | )  Civil Action No: 3:05-CV-470-MHT |
| Vs. | ) |
| | ) |
| | ) |
| | ) |
| Warden: Arnold Holt et. al. | ) |
| Respondents | ) |

Extension Of Time
Pro se

Come now the petitioner: in and on his own behalf have this petition filed in reply to the respondent asking this court for extension of time to reply to the petitioner brief on or before the 24th day of April which was granted by this court. Respondent complied on the 24th day of April 2006. Let this court notice it own records the petitioner was never notified of this order until the 27th day of June 2006. The response by the court order is more than two months late, to timely file a sworn affidavit and or brief as the court ordered. Through no fault of mine. The state never through certificate of service sent me a copy of this transaction as required by law. The petitioner signed the prison legal mail log this 27th day of June 2006. The petitioner seeks permission to respond by the 20th day of July 2006.

See Document 53-54-1

Respectfully Submitted
MELVIN Smith #204766

_Melvin Smith #204766_
Done this 29 day of June 2006

Certificate Of Service

I certify to served upon all parties through United States Mail addressed with proper postage.

Respectfully Submitted

MElviN SMiTH #204766

*Melvin Smith #204766*
Done this 29th day of June 2006

C.C. Assistant Attorney General
Stephen Dodd
11 S. Union Street 3rd Floor
Montgomery Al. 36104