IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on June 30, 2006 (Court Doc. No. 55), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension to and including July 17, 2006 to file a response to the order entered on April 24, 2006 (Court Doc. No. 53). To aid the petitioner in filing his response, the Clerk is DIRECTED to provide the petitioner with a copy of the supplemental answer filed by the respondents on April 21, 2006 (Court Doc. No. 52) and a copy of the order entered on April 24, 2006 (Court Doc. No. 53).

Done this 11th day of July, 2006.

/s/ Vanzetta Penn McPherson
UNITED STATES MAGISTRATE JUDGE