IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| Melvin Smith #204766<br>Petitioner | ) <br> ) <br> ) Civil Action 3:05-CV-470-MHT <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ) <br> Arnold Holt, et. al., ) <br> Respondent ) |

Supplemental Brief

On order of this court motion of the 11th day of July 2006 granted the petitioner an extension until the 17th day of July 2006 to file a response to the order entered on the 24th day of April 2006. The petitioner is in a state of mixed anxiety of what is going on in these proceedings. This order did not get received into my hands until the 8th day of August 2006. Along with the respondent brief or fifth supplemental answer dated the 21st day of April 2006. The petitioner signed the inmate legal mail log on the 8th day of August 2006. Will this Hon: Magistrate please let me know what is going on so this deficiency can be corrected and issue another order for the filing of an answer that the petitioner can file a timely brief to the order of the court.

Respectfully Submitted

_Melvin Smith #204766_

Done this 9th day of August 2006

CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of August, 2006 I have mailed by United States Postal Service the documents to the following:

S/ Stephen N. Dodd
Assistant Attorney General
11 South Union Street
Montgomery, Al 36130


Clerk of the Court
Office of the Clerk
United States District Court
P. O. Box 711
Montgomery, Alabama 36101-0711


Honorable Vanzetta P. McPherson
United States Magistrate Judge
United States District Court
P. O. Box 711
Montgomery, Alabama 36101-0711

Melvin Smith # 204766
P. O. Box 5107
Union Springs, Al 36089