In the United States District Court
For the Middle District Court of Alabama
Eastern Division

Melvin Smith #204766   )
   Petitioner   )
Vs.   )   Civil Action No: 3:05-CV-470-MHT
Arnold Holt, et. al.,   )
   Respondents   )

RECEIVED
2006 SEP -1 A 9: 42

## Request for Additional Time

Comes now petitioner Melvin Smith prose having received the courts August 17, 2006 order do request additional time to file the appropriate response and to submit exhibits that have not been submitted to this honorable court, to timely file sworn Affidavits and brief the petitioner respectfully ask the court to grant him an additional 14 days making response due on September 13, 2006 (In order to have copies made).

Respectfully Submitted

*Melvin Smith* 204766

Melvin Smith #204766
Done this 28th Day of August 2006

I certify that a copy was mailed to the following by U.S. Postmail on August 28th 2006:

Clerk of Court
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Stephen N. Dodd
Assistant Attorney General
11 South Union Street
Montgomery, AL 36130

Respectfully Submitted

*Melvin Smith #204766*

Melvin Smith #204766