IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MELVIN SMITH, #204766, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 3:05CV470-MHT |
| | ) | [WO] |
| ARNOLD HOLT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ON MOTION

For good cause, the petitioner's Motion for Extension of Time to file answer, filed on 4 January 2006 (Doc. # 36), is DENIED as moot.

DONE this 7th day of September, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE