# Exhibits 1^A - 8^A

( Department of Forensic DNA Sciences )

# Exhibits 1^B - 6^B

( Affidavit in Support of Mandamus sent to Presiding Judge and others on May 15, 2003 )

# Exhibits 1^C - 3^C

Sworn Affidavits from Witnesses: To be sent in 3 days or shortly thereafter I the Petitioner have not recieve them as of today September 13, 2006 and I respectfully ask the court to accept them when they are sent (to have the notarize and copied takes time and sworn under oath)

Sincerely,
Melvin Smith



**ALABAMA
DEPARTMENT OF FORENSIC SCIENCES**

991 WIRE ROAD
AUBURN, ALABAMA 36830
(334) 844-4648

P.O. BOX 3510
AUBURN, ALABAMA 36831-3510
FACSIMILE (334) 887-7531

June 27, 2002

**MELVIN SMITH**
AIS #204766-22
POST OFFICE BOX 5107
UNION SPRINGS ALABAMA 36089

Re: 02-97MG50941
Annette Thomas, subject

I, J. C. Upshaw Downs, M.D., Director, hereby certify that the attached is a true and complete copy of the report(s) of our findings pertaining to the above case which is on file in my custody in the Alabama Department of Forensic Sciences, Auburn, Alabama, and that I am the legal custodian of said report(s). I further certify that it was in the regular course of business of said Department for such report(s) to be made at the time of the events, transactions or occurrences to which they refer or within a reasonable time thereafter.

J. C. Upshaw Downs, M.D., Director
Legal Custodian of Records

Sworn to and subscribed before
me this the 27th day of
June 2002

_____
Notary Public



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
|---|---|
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

March 16, 1999

Sergeant E. Raymond Wells
Russell County Sheriff's Department
P. O. Box 640
Phenix City, Alabama 36867

Re: Case 02-97-MG-50941
Annette Thomas, subject
Melvin Smith, suspect

Dear Sergeant Wells:

The enclosed memorandum constitutes our additional report relative to examinations conducted in the above styled case. We trust this memorandum is self-explanatory.

If we may be of further assistance, please do not hesitate to contact us.

Sincerely,

Katherine K. McGeehan
Forensic Scientist

KKM/bs

Enclosure

cc: Honorable Kenneth Davis



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

March 15, 1999

Re: Case 02-97-MG-50941
Annette Thomas, subject
Melvin Smith, suspect

MEMORANDUM:   To File

BY:   Katherine K. McGeehan, Forensic Scientist

SUBJECT:   Laboratory Examinations and Analyses

February 5, 1999, the undersigned received certain items of evidence identified as relative to the above styled case. The following is a description of the evidence and results of laboratory examinations and analyses.

1E.   One sealed white envelope containing fingernail scrapings from Annette Thomas.

1I.   One sealed manila envelope containing a blood standard from Annette Thomas.

5.   One sealed manila envelope containing a blood standard from Melvin Smith.

RESULTS:

The quantity of the DNA from the fingernail scrapings was not sufficient for analyses.

REMARKS:

The genetic profiles obtained from the blood standards from Annette Thomas and Melvin Smith are available in the event that they are needed for further analyses.

The remaining evidence will be returned to the submitting agency.

KKM/cdw

*[signature: Katherine K. McGeehan]*

*KKM*



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

| REGIONAL LABORATORY | MEDICAL EXAMINER |
|---|---|
| P.O. BOX 210516 | P.O. BOX 240591 |
| MONTGOMERY, AL 36121-0516 | MONTGOMERY, AL 36124-0591 |
| (334) 242-2938 | (334) 242-3093 |
| FACSIMILE (334) 240-3284 | FACSIMILE (334) 260-8734 |

February 5, 1999

Sergeant E. Raymond Wells
Russell County Sheriff's Department
P. O. Box 640
Phenix City, Alabama 36867

                    Re:   Case 02-97-MG-50941
                              Annette Thomas, subject
                              Melvin Smith, suspect

Dear Sergeant Wells:

The enclosed memorandum constitutes our additional report relative to examinations conducted in the above styled case. We trust this memorandum is self-explanatory.

If we may be of further assistance, please do not hesitate to contact us.

                                        Sincerely,

                                        Michael L. Hitchcock
                                        Forensic Scientist

MLH/bs

Enclosure

cc: Honorable Kenneth Davis



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

February 4, 1999

Re: Case 02-97-MG-50941
Annette Thomas, subject
Melvin Smith, suspect

**MEMORANDUM:** To File

**BY:** Michael L. Hitchcock, Forensic Scientist

**SUBJECT:** Additional Laboratory Examinations and Analyses

December 15, 1998, Sergeant E. Raymond Wells, Jr. of the Russell County Sheriff's Department delivered to the undersigned evidence identified as relative to the above styled case. The following is a description of the evidence and the results of laboratory examinations and analyses.

5. One sealed brown paper bag containing two tubes of blood identified to be from Melvin Smith. A stain was prepared from the blood for DNA analyses.

6-7. Two sealed brown paper bags identified to contain head and pubic hair samples from Melvin Smith. No examinations were performed on these items.

February 2, 1999, Investigator Marc Wells of the Russell County Sheriff's Department resubmitted to the Montgomery Laboratory one sealed sexual assault kit identified to be from Annette Thomas (see Item 1 in memorandum issued by William H. Landrum on September 23, 1997). One white envelope containing fingernail scrapings was removed from the sexual assault kit for DNA analyses.

At the request of the Russell County District Attorney's Office, the envelope containing the fingernail scrapings from Annette Thomas (Item 1E), the blood standard from Annette Thomas (Item 1I) and the blood standard from Melvin Smith (Item 5) were transferred to Forensic Scientist Katherine K. McGeehan of the Montgomery Laboratory for DNA analyses.

MLH/bs

*[signature: Michael L. Hitchcock]*



# ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

September 23, 1997

Chief Jay B. King, Jr.
Hurtsboro Police Department
P. O. Box 358
Hurtsboro, Alabama  36860

                                  Re:    Case 02-97-MG-50941
                                               Annette Thomas, subject
                                               Melvin Smith, suspect

Dear Chief King:

The enclosed memorandum constitutes our report relative to examinations conducted in the above styled case. We trust this memorandum is self-explanatory.

If we may be of further assistance, please do not hesitate to contact us.

                                              Sincerely,

                                              William H. Landrum
                                              Forensic Scientist

WHL/cdw

Enclosure

cc:  Honorable Kenneth E. Davis

A History



Exhibit 7A



ALABAMA
# DEPARTMENT OF FORENSIC SCIENCES

REGIONAL LABORATORY
P.O. BOX 210516
MONTGOMERY, AL 36121-0516
(334) 242-2938
FACSIMILE (334) 240-3284

MEDICAL EXAMINER
P.O. BOX 240591
MONTGOMERY, AL 36124-0591
(334) 242-3093
FACSIMILE (334) 260-8734

September 23, 1997

Re:  Case 02-97-MG-50941
     Annette Thomas, subject
     Melvin Smith, suspect

**MEMORANDUM:**   To File

**BY:**   William H. Landrum, Forensic Scientist

**SUBJECT:**   Laboratory Examinations and Analyses

October 30, 1996, Chief Jay B. King, Jr., of the Hurtsboro Police Department submitted to the undersigned certain items of evidence identified as relative to the above styled case, via U. S. Priority Mail. The following is a description of the evidence and results of laboratory examinations and analyses.

1. One sealed sexual assault kit containing the following evidence identified to be from Annette Thomas.

   A. One sealed white envelope containing four swabs identified to be vaginal swabs and one slide identified to be a vaginal smear. Examinations and analyses of the swabs and the slide were positive for semen and spermatozoa.

   B. One unused white envelope for rectal swabs and smear.

   C. One unused white envelope for oral swabs and smear.

   D. One sealed white envelope containing gauze identified to be a genital swabbing. Examinations and analyses of the gauze were positive for semen and spermatozoa.

Page 2
Case 02-97-MG-50941
Laboratory Examinations and Analyses

    E.    One sealed white envelope for fingernail scrapings containing two sheets of folded white paper holding a small amount of brown debris. Examinations and analyses of the debris were positive for blood from the sample identified to be from the right hand.

    F.    One sealed white envelope for debris collection containing:

        1.    One sheet of folded white paper containing a small amount of debris. Examinations and analyses of the debris were negative for blood.

        2.    Two swabs bearing yellow stains. Examinations and analyses of the swabs were positive for semen and spermatozoa.

    G.    Three sealed white envelopes identified to contain hair samples. No examinations were performed on these items.

    H.    One sealed white envelope for known saliva standard. No examinations were performed on this item.

    I.    One sealed white envelope containing one tube of blood. A stain was prepared from the blood for DNA analyses.

    J.    One unused white paper bag for outer clothing.

2. One sealed white paper bag containing one bra identified to be from Annette Thomas. Examinations and analyses of the bra were positive for blood and negative for semen and spermatozoa.

3. One sealed white paper bag for foreign material containing a small amount of debris. No examinations were performed on this item.

4. One sealed white paper bag containing one robe identified to be from Annette Thomas. Examinations and analyses of the robe were negative for semen and spermatozoa.

DNA analyses may be possible upon submission of a blood standard from Melvin Smith.

WHL/cdw

*William H. Landrum* (signature)