IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

Melvin Smith # 204766     )
   Petitioner              )
                           )   Civil Action 3:05-CV-470-MHT
                           )
vs.                        )
                           )
Arnold Holt, et. al.,      )
   Respondents             )

## SWORN AFFIDAVIT

Before me the undersigned authority, a notary public in and for said county and state of Alabama at large personally appears Mrs. Louise Smith who being known to me and who after being duly sworn, deposes and says under oath as follows:

1. My name is Louise Smith. My SSN # 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. I reside at #37 Hwy 51 North in Russell County, Alabama. I am over the age of (21) Twenty-one years.
2. I was told by Attorney, Greg Graham, that I could not come to testify for Melvin Smith, my husband, concerning his affair with Annette Thomas.
3. I was told by Attorney Greg Graham, that I could not testify that Annette Thomas asked me to divorce my husband, Melvin Smith.
4. I was informed by Mr. Richard Chancey, whom I paid five thousand ($5,000.00) dollars to do a direct appeal, that he (Mr. Chancey) did not know how to prepare and do a Rule 32.
5. During Melvin Smith's trial, he was on medications for mental problems and he also had been an inpatient of the mental health ward at the V. A. hospital.
6. When I inquired why Attorney Graham never got in contact with all the witnesses that would have corroborated Melvin Smith's testimony, he (Mr. Greg Graham) said they were not important enough to make a difference.
7. When I, Louise Smith, asked Mr. Greg Graham about my husband's mental condition he said it did not make a difference if my husband was competent or not.
8. I asked Mr. Richard Chancey to file on Mr. Greg Graham for not doing his job correctly, and to file about my husband's mental condition, and I supplied Mr. Richard Chancey with numerous mental health records which he failed to file on direct appeal.

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and memory.

x *Louise Smith*

Louise Smith

Sworn to and subscribed before me on this 18th day of September 2006.

*[signature]*
Notary Public

SWORN TO AND SUBSCRIBED BEFORE ME THIS
18th DAY OF September, 2006
*[signature]*
NOTARY PUBLIC, ALA, STATE AT LARGE
MY COMMISSION EXPIRES May 13, 2008

2

## Certificate of Service

I certify that A copy of this sworn affidavit was mailed by U.S. postal mail on September 26, 2006 to the following:

Assistant Attorney General
Stephen N. Dodd
11 South Union Street
Montgomery, Alabama 36130


Office of the Clerk
Clerk of the Court
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

*Melvin Smith* 204766
Melvin Smith #204766
Done the 26th of Sept. 2006