IN THE UNITED STATES DISTRICT COURT    RECEIVED
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| Melvin Smith # 204766 | ) | |
| Petitioner | ) | |
| | ) | |
| | ) | Civil Action 3:05-CV-470-MHT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| Arnold Holt, et. al., | ) | |
| Respondents | ) | |

## MOTION TO ADD ADDITIONAL ATTACHMENT

Comes now petitioner files this motion to add exhibit 1C to his Sept 13, 2006 response sent to the court by the petitioner to accompany exhibits 1A – 8A, 1B – 6B sent with that Sept 13, 2006 in responding to the state's __APRIL__ 21, 2006 brief and to the courts' __APRIL__ 24, 2006 order.

Respectfully Submitted

Melvin Smith #204766

Melvin Smith #204766
Done this 3rd day of October