IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

In his response filed on September 15, 2006 (Court Doc. No. 62), the petitioner, Melvin Smith, contends that: (i) the trial court denied him his rights under *Faretta v. California*, 422 U.S. 806 (1975) when it failed to conduct a hearing and make appropriate findings of fact to determine his ability to represent himself at arraignment;[1] (ii) the prosecution suppressed favorable DNA evidence in violation of *Brady v. Maryland*, 373 U.S. 83 (1963); (iii) detectives improperly interrogated him without the presence of counsel which resulted in an incriminating, falsified statement that the prosecution introduced at trial; (iv) the trial court arraigned him on March 18, 1997 without representation of counsel; and (v) during the April 29, 1997 arraignment, the trial court compelled petitioner to represent himself in violation of his Sixth Amendment right.[2] The court therefore construes the response as an amendment to the petition. Accordingly, and for good cause, it is

---

[1] The petitioner also references this claim in his memorandum brief in support of his habeas petition. However, it is unclear whether the respondents ever addressed this specific issue.

[2] The claims referencing his statement to detectives and DNA evidence relate to the petitioner's assertion of actual innocence.

ORDERED that on or before September 11, 2007 the respondents shall file a supplemental answer which addresses the claims identified in this order. The respondents are advised that in filing their supplemental answer they should make specific reference to the provisions of Rule 5, *Rules Governing Section 2254 Cases in the United States District Courts*.

Done this 23rd day of August, 2007.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE