IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766 )  | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:05-CV-470-MHT |
| ) | |
| ARNOLD HOLT, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Come now Respondents in the above-styled cause and request an additional twenty-eight days in which to respond to this Court's Order. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons, Respondents pray that this Honorable Court grant their request for twenty-eight additional days in which to respond.

I am this date, mailing a copy of this request for an extension of time to the Petitioner.

        Respectfully submitted,

        TROY KING, ASB #KIN047
*Attorney General*
By-

/s/Stephen N. Dodd
*Assistant Attorney General*
Stephen N. Dodd
ID #ASB-6492-D65S

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>Melvin Smith, AIS# 204766, PO Box 5107, Union Springs, AL  36089-5107</u>.

                                        Respectfully submitted,

                                        /s/Stephen N. Dodd (ASB-6492)
                                        Stephen N. Dodd
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union Street
                                        Montgomery, AL  36130-0152
                                        Telephone:  (334) 242-7300
                                        Fax:        (334) 242-2848
                                        E-Mail:    sdodd@ago.state.al.us

317793/81910-001