IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the answer filed by the respondents on October 1, 2007 (Court Doc. No. 68), and as the basis for procedural default set forth for petitioner's *Faretta* claim, i.e., the state appellate court refused to address the merits of the claim in a successive petition as the court had previously addressed the claim, is not a proper basis for default in this court, it is

ORDERED that on or before October 12, 2007 the respondents shall file a supplemental answer addressing this claim.

Done this 2nd day of October, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE