IN THE MIDDLE DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Melvin Smith, #204766 )<br>    Petitioner, )<br>)<br>v. )<br>)<br>Arnold Holt, et al., )<br>    Respondents. ) | Civil Action No. 3:05-CV-470-MHT |

### Supplemental Response to Court's
### November 29, 2007 Order

Comes now the petitioner in the above style case does file this supplemental response to inform the Court that the State-Courts have used two different defenses in their argument in this case. The Trial Court has stated that the petitioner represented himself throughout these proceedings, only appointing a standby counsel on February 17, 1999; While the Court of Criminal Appeals stated that the petitioner was represented by counsel throughout the proceedings, which just is not true and the record will show that it is not true (See record). This was done simply to mislead the petitioner and to try to deliberately cover-up the constitutional violations that the petitioner has suffered, even this miscarriage of justice; Harris V. Reed 489 US 255, 103, L. Ed. 2d 308, 109 S. Ct. 1038 (1989), Schlup V. Delo 513 US 298, 320 (1995). There is no way they could have adjudicated the claims on the merits with contrary statements of facts. Fay V. Nioa 372, US 391, 430, 9 L. Ed. 2d 837, 83 S. Ct. 822 (1963).

Respectfully Submitted,

*Melvin Smith* #204766
Melvin Smith #204766