IN THE UNITED STATES DISTRICT COURT
MIDDLE DISCTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| Melvin Smith, #204766 | ) |
|    Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 3:05-CV-470-MHT |
| | ) |
| Arnold Holt, et al., | ) |
|    Respondents. | ) |

<u>Motion to Add Additional Attachments</u>

Comes now Melvin Smith, the Petitioner, respectfully asking this Court to grant this motion to add additional attachments which are necessary to show the Magistrate how the Trial Court Judge and the Court of Criminal Appeals did "unreasonably and unfairly" apply false facts to justify the denial of the Petitioner's Rule 32 petitioner; Wright V. West, 505 US 277, 304, 120 L. Ed. 2d. 225, 112 S. Ct. 2482, Teague V. Lane, 489 US 288, 103 L. Ed. 2d. 334, 109 S. Ct. 1060, Williams V. Taylor, 529 US 362, 146 L. Ed. 2d. 389, 120 S. Ct. 1495, Strickland V. Washington, 446 US 668, 80 L. Ed. 2d. 674, 104, S. Ct. 2052. The additional attachments are the following:

1. Trial Court February 14, 2002 denial (Look at highlighted statement)(Exhibit 5C- )
2. Receipt showing that Appellate counsel was paid not appointed.(Exhibit 8C. )
3. Affidavit sent to presiding Judge "Bucky" McMillian ( 6C )
4. Court of Criminal Appeals statement(Exhibit 7C )

Respectfully Submitted,

Melvin Smith #204766