IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

MELVIN SMITH, #204766     )
                          )
                          )
    Petitioner            ) CIVIL ACTION NO. 3:05-CV-470-MHT
        v.                )
ARNOLD HOLT, et al.,      )
    Respondents.          )

RECEIVED
2008 FEB -8 A 9:30
DEBRA P. HACKETT, C
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Motion to Add Additional Attachments and Motion to be released on Bond

Comes now Melvin Smith, the petitioner, respectfully ask this honorable Court to grant the above motions to add additional attachments to show that a miscarriage of justice has occurred, and that the results of this trial is not reliable. The weight of Chief Jay King testimony on the jury would have rebutted any of Ms. Thomas'; and prove that the detectives who had already violated the petitioner's rights with their unconstitutional interrogation were lying when they introduced into evidence false statements of facts. Chief Jay King's testimony will have cooberatted Mr. Smith's.

Melvin Smith through diligence of effort has secured this sworn affidavit to support his habeas corpus petition, and does respectfully ask the Court to be release on his own recognizance. His wife and children are residents of Hurtsboro, Alabama, they attend school in that county, own a home in that area, and he poses no threat of flight or danger to the community. This additional attachment contains the following:

1. A sworn affidavit of the testimony of Chief Jay King. police chief of the town of Hurtsboro, Alabama the only one who did the investigation in this case; ( exhibit 10A)

Respectfully Submitted

Melvin Smith #204766
MELVIN SMITH #204766

CERTIFICATE OF SERVICE

I MELVIN SMITH have mailed this document to the following on the _____ 2008 by United Postal Service:

OFFICE of the CLERK
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

STEPHEN N. DODD
11 SOUTH UNION STREET
Montgomery, Alabama 36130-0152

Prayerfully Submitted

_Melvin Smith #204766_
MELVIN SMITH #204766

Done this 7th day of FEBUARY 2008