
In The District Court of the United States for the Middle District of Alabama

Eastern Division

| | |
|---|---|
| Melvin Smith #204766 ) | |
| ) | |
| Petitioner ) | |
| ) | Civil Action 3:05-cv-470-MHT |
| V ) | |
| ) | |
| ) | |
| Arnold Holt, et.al., ) | |
| Respondents ) | |

**SWORN AFFIDAVIT**

1. Before me the undersigned authority, a Notary Public in and for said county and state. I MELVIN SMITH, being duly sworn, depose and say under oath the following:

1. That I interviewed MR. Jay King on January 8, 2008, and he told me that he would under oath testify the following.
2. That he was the Hurtsboro Chief of Police at the time of this incident. On October 25, 1996 at the time of the alleged, rape of Annette Thomas.
3. That there was not any evidence of a knife as the Asst. District Attorney falsely alleged.
4. That Chief Jay King did the investigation from the onset and would have testified that no rape first degree had been committed.
5. Melvin Smith had no scratches, bruises, or wounds when we arrested him.
6. Chief Jay King was never contacted by Melvin Smith's appointed counsel nor his appellate counsel concerning my investigation and testimony, nor did the Asst. District Attorney, Russell County Sheriff Department and their investigators contact me concerning my investigation. MR. Jay King is asking the Federal District Court to

1

please contact him to verify these facts to the Court and its Magistrates

I swear under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief,

_____
Melvin Smith #204766

Sworn to and Subscribed before me on the ___6___ day of ___February___ 2008

_____
Notary Public
My Commission expires 04/25/2011

MR. MElvin Smith #204766
P.O. Box 5107
Union Springs, Alabama 36089

MONTGOME[RY]
07 FEB 2008

Office of the Cl[erk]
U.S. District Court
P.O. Box 711
Montgomery, Alaba[ma]

36101+0711