IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon review of the file in this case, and in an attempt to ensure recitation of a correct procedural history, it is

ORDERED that on or before February 18, 2008 the respondents shall advise the court of whether the Circuit Court of Russell County has entered an order addressing the Rule 32 petition filed by the petitioner on June 13, 2002. The docket sheet submitted by the respondents on October 19, 2005 (Court Doc. No. 27-2) indicates that as of the aforementioned date the 2002 petition had not yet been ruled upon by the trial court.

Done this 13th day of February, 2008.

           /s/ Wallace Capel, Jr.
           WALLACE CAPEL, JR.
           UNITED STATES MAGISTRATE JUDGE