IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) 3:05-CV-0470-MHT |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**RESPONSE TO FEBRUARY 13, 2008 ORDER**

COMES NOW the Respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, in response to this Court's *Order* of February 8, 2008, showing the following:

1. The Court inquires about the disposition of Smith's June 13, 2002 state Rule 32 petition, CC 97-95.61 (Russell County Circuit Court). The Rule 32 petition Smith filed on June 13, 2002 was his second Rule 32 petition. His first Rule 32 petition was CC 97-95.60 (Russell County Circuit Court, filed on July 10, 2001, and its denial was affirmed on appeal in Smith

v. State, CR 01-1261 mem. op. (Ala. Crim. App. Sept. 20, 2002) . [See **Respondents' Exhibit 9**] Smith filed an *Application for Rehearing*, which the Court of Criminal Appeals overruled on October 11, 2002. A *Certificate of Judgment* in the case was issued on October 29, 2002. [See **Respondents' Exhibit 10**]

    2. The case involving Russell's first Rule 32 petition was still pending on appeal when he filed his second one. The Russell County trial court apparently did not realize or understand this when, on September 6, 2002, it denied Smith's June 13, 2002 petition. [See **Respondents' Exhibit 17**] The Alabama Court of Criminals Appeals did, however, take note of this fact on appeal in Smith v. State, CR 02-0132 *Order* (Ala. Crim. App. Oct. 25, 2002), and -- on the grounds that he was not entitled to have two Rule 32 appeals pending at the same time -- it, on October 25, 2002, dismissed the appeal of Smith's June 13, 2002 Rule 32. [See **Respondents' Exhibit 18**] The October 25, 2002 *Order* was, therefore, issued in connection with Smith's June 13, 2002 Rule 32 petition five days before the *Certificate of Judgment* was issued in the case involving Smith's July 10, 2001 Rule 32 petition.

3. So, Respondent Holt et al.'s response to the Court's inquiry is that, because it was denied on September 6, 2002, Smith's June 13, 2002 Rule 32 petition is not pending in Russell County Circuit Court.

> Respectfully submitted,
>
> TROY KING (KIN047)
> *Attorney General*
> By:
>
>
> /s/ Stephen N. Dodd
> STEPHEN N. DODD
> *Assistant Attorney General*
> ID #ASB-6492-D65S

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants**:**

Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

/s/ Stephen N. Dodd
STEPHEN N. DODD (ASB-6492-D65S)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone:  334-242-7378
Fax:          334-242-2848
E-mail:     sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

380733/81910-001