IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the response filed by the respondents on February 15, 2008 (Court Doc. No. 86), and as the assertion contained therein with respect to petitioner's 2002 Rule 32 petition contradicts previous responses and is refuted by the order issued by the Alabama Court of Criminal Appeals on October 25, 2002,[1] it is

ORDERED that on or before February 20, 2008 the respondents shall advise the court of whether the Circuit Court of Russell County has undertaken any action on Smith's 2002 Rule 32 petition in accordance with the aforementioned order of the state appellate court.

Done this 15th day of February, 2008.

    /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] "The Court of Criminal Appeals **ORDERS** the trial court's judgment in Russell Circuit Court [summarily dismissing the June 13, 2002 Rule 32 petition] be and the same is hereby set aside and held for naught. The Court further **ORDERS** that this cause be, and the same is hereby, **TRANSFERRED** to the trial court with directions that all further action in this cause be suspended until this Court issues the certificate of judgment [on appeal of the 2001 Rule 32 petition]." *Respondents' Exhibit 18 - Court Doc. No. 21-4*.