IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #204766, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 3:05-CV-0470-MHT |
| ) | |
| ARNOLD HOLT, et al., ) | |
| ) | |
| Respondents. ) | |

**AMENDED RESPONSE TO FEBRUARY 13, 2008 ORDER**

COMES NOW the Respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, in response to this Court's *Order* of February 15, 2008, showing the following:

1. Both Judge George R. Greene of the Russell County Circuit Court, and Greg Waldrop, Assistant District Attorney of the 18th Judicial Circuit, have been notified of the fact that, pursuant to the Alabama Court of Criminal Appeals's October 25, 2002 *Order*, Melvin Smith's ("Smith") June 13, 2002 Rule 32 petition in CC 97-95.60 is pending and active in Russell County Circuit Court.

2. Upon information and belief, the undersigned informs this Court that the Russell County Circuit Court is in the process of acting, consistent with its preexisting schedule and dockets, on Smith's June 13, 2002 Rule 32 petition.

        Respectfully submitted,

        TROY KING (KIN047)
        *Attorney General*
        By:

        /s/ Stephen N. Dodd
        STEPHEN N. DODD
        *Assistant Attorney General*
        ID #ASB-6492-D65S

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants**:**

Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

/s/ Stephen N. Dodd
STEPHEN N. DODD (ASB-6492-D65S)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone:  334-242-7378
Fax:       334-242-2848
E-mail:    sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300


382246/81910-001