IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, AIS #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| VS. | ) CIVIL ACTION NO. |
| | ) 3:05-CV-0470-MHT |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

## NOTICE OF ADDITIONAL EXHIBIT

COME NOW the Respondents herein, giving notice of the filing of the following additional exhibit:

Exhibit 23        the *Answer* filed on February 21, 2008 in respect to Smith's June 13, 2002 Rule 32 petition in <u>Smith v. State</u>, CV 97-95.61 (Russell County Circuit Court).

Respectfully submitted,

Troy King (KIN047)
*Attorney General*
By:

/s/ Stephen N. Dodd
Stephen N. Dodd
*Assistant Attorney General*
ID #ASB-6492-D65S

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of February, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:   Melvin Smith, AIS #204766, P. O. Box 5107, Union Springs, AL  36089.

 

 

**s/ Stephen N. Dodd**
STEPHEN N. DODD (ASB-6492-D65S)
*Assistant Attorney General*
Attorney for Respondents
Alabama Attorney General's Office
11 South Union Street
Montgomery, AL  36130
Telephone:  334-242-7378
Fax:           334-242-2848
E-mail:      sdodd@ago.state.al.us

ADDRESS OF COUNSEL:
Office of the Attorney General
Criminal Appeals Division
11 South Union Street
Montgomery, AL  36130
(334) 242-7300

382813/81910-001