| | | |
|---|---|---|
| STATE OF ALABAMA | ) ( | IN THE CIRCUIT COURT OF |
| V. | ) ( | RUSSELL COUNTY, ALABAMA |
| MELVIN SMITH | ) | CASE NO. CC-97-095.61 |

## ANSWER TO RULE 32 PETITION

COMES NOW THE STATE OF ALABAMA, by and through it's Assistant District Attorney and answers the Defendant's petition as follows:

The State of Alabama first would answer that Petitioner has previously filed a Rule 32 petition alleging both similar and different grounds which was denied by this Court. Pursuant to Rule 32(b) similar grounds are due to be dismissed as successive and different grounds are due to be dismissed absent a showing that good cause exists why the new ground was not known or could not have been ascertained by Petitioner when the first petition was filed. Petitioner has not shown such good cause and therefore this petition is due to be dismissed.

Therefore, based on the above, the State of Alabama moves this Honorable Court to dismiss this petition.

Done this the 21st day of February, 2008.

KENNETH DAVIS,
District Attorney

/s/ Greg Waldrep
Greg Waldrep
Assistant District Attorney

FILED IN OFFICE
2008 FEB 21 PM 1:02
CIRCUIT/DIST. COURT
RUSSELL CO., AL

STATE'S EXHIBIT 23

## CERTIFICATE OF SERVICE

    The State of Alabama certifies that it has this day served a copy of the foregoing answer upon defendant by placing a copy of same in the US Mail addressed to the following address of record:

    Melvin Smith
    AIS# 204766
    PO Box 5107
    Union Springs, AL   36089

    This the 21st day of February, 2008

    KENNETH DAVIS,
    District Attorney

    Greg Waldrep
    Assistant District Attorney