IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

MELVIN SMITH #204766   )
    Petitioner   )
       )
Vs.   ) Civil Action 3:05-CV-470-MHT
       )
       )
ARNOLD HOLT et. al.,   )
    Respondents   )
       )

MOTION TO SEND ADDITIONAL ATTACHMENTS WITH EXHIBITS: AND
SUPPLEMENTAL ANSWER:

Comes now Melvin Smith "Pro-se" respectfully ask the court for permission to file these additional attachments from the Russell County Circuit Court, and supplement in regard to trial court's denial of petitioner's 2002 Rule 32: Even after the state's blatant disregard of the Court of Criminal Appeals October 25, 2002 order, contempt of court for their refusal to obey said order for over (5) years, and these actions violated the petitioner's due process rights guaranteed by the United States Constitution.

(1) Exhibit No: 16A$^1$; — 16A$^2$; 16A$^3$
(2) Supplemental Answer
(3) Response

Done this 18th day of March 2008   Respectfully Submitted

                                                           Melvin Smith #204766

SCANNED