IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

| | |
|---|---|
| MELVIN SMITH )<br>)<br>   PETITIONER, )<br>)<br>VS. )<br>)<br>STATE OF ALABAMA )<br>)<br>   RESPONDENT. ) | CASE NO.  CC 97-95.61 |

ORDER

The Petitioner Melvin Smith having filed a Motion to dismiss petition and the Court having reviewed and considered same, it is **ORDERED** that the Motion to dismiss petition is denied. It is **FURTHER ORDERED** that the Petitioner's request for evidentiary hearing is denied.

Done this 7th day of March 2008.

*[Filed stamp: 2008 MAR -7 PM 4:06, CIRCUIT/DIST. COURT RUSSELL CO. AL, FILED IN OFFICE]*

_____
JUDGE, CIRCUIT COURT

IN THE CIRCUIT COURT OF RUSSELL COUNTY, ALABAMA

MELVIN SMITH )
)
    PETITIONER, )
)
VS. ) CASE NO. CC 97-95
)
STATE OF ALABAMA )
)
    RESPONDENT. )

## ORDER

The Petitioner/Defendant Melvin Smith has previously filed a Petition seeking relief from conviction and sentence pursuant to Rule 32 of the Alabama Rules of Criminal Procedure. All of his subsequent claims as to ineffective assistance of counsel are barred by statute.

The Petitioner cites several other grounds for the basis of his Rule 32 petition. He alleged that he suffers from a mental illness, but he has not plead that issue with specificity. No information has been provided that he has ever been diagnosed with a mental illness, treated for a mental illness or exhibits behavior which would be interpreted as a result of mental illness.

The Petitioner challenges the indictment as to the sufficiency. The indictment was returned by a lawfully empanelled Grand Jury in Russell County, Alabama. All witnesses who testify before a Grand Jury in Russell County are sworn and testify under oath. The indictment was issued in code form and alleged that the Petitioner Melvin Smith used forcible compulsion to force his

victim to engage in sexual intercourse.

Petitioner, Melvin Smith claims that his conviction and sentence should be set aside due to denial of due process and denial of equal protection of the laws under the United States Constitution. These are general claims not plead with specificity or supported by facts.

The Motion for a New Trial and or Motion for Relief from Conviction and Sentence are hereby denied.

Done this 7th day of March 2008.

_____
JUDGE, CIRCUIT COURT