IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, #204766, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 3:05-CV-470-MHT |
| | ) |
| ARNOLD HOLT, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

Upon consideration of the motion for leave to submit additional exhibits and a supplemental response filed by the petitioner on March 25, 2008 (Court Doc. No. 90), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 26th day of March, 2008.

       /s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE