IN THE DISTRCIT COURT OF THE
UNITED STATES FOR THE MIDDLE DISTRICT
OF ALABAMA
EASTERN DIVISION

Melvin Smith,           )
    Petitioner,         )
                        )  Civil Action 3:05-CV-470-MHT
V.                      )
                        )
                        )
Arnold Holt et, Al.,    )
    Respondents.        )

## Notice of Appeal

Comes now Melvin Smith #204766 the petitioner in the above case; Notice is hereby given that Melvin Smith #204766, the petitioner, Arnold Holt et. Al., the respondents in the above named case, hereby appeal to the United States Court of Appeals for the 11th (Eleven) Circuit from the judgment of the District Court's April 29, 2008 order;

1. overruling the petitioner's objections,

2. adopting the Magistrate's recommendation, and

3. denying the petitioner writ of habeas corpus,

as the final judgment entered in this action on the 29th day of April 2008.

Done this 10th day of May 2008.

Prayerfully Submitted

*Melvin Smith #204766*

Melvin Smith #204766

Certificate of Service

I, Melvin Smith #204766 have mailed a copy of this notice of appeal to the following by US Postal service on May 10, 2008:

Clerk of the Court
United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711

Stephen N. Dodd
11 South Union Street
Montgomery, AL 36130-0152

Done this 10th day of May 2008.

Prayerfully Submitted,

Melvin Smith #204766

Mr. Melvin Smith #204766
P.O. Box 5107
Union Springs, AL 36089



MONTGOMERY AL 361
08 MAY 2008 PM 4 T

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, AL 36101-0711