IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| MELVIN SMITH, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:05cv470-MHT |
| ) | |
| ARNOLD HOLT, Warden, and ) | |
| TROY KING, the Attorney ) | |
| General of Alabama, ) | |
| ) | |
| Respondents. ) | |

ORDER

This cause is now before the court on petitioner's notice of appeal (Doc. No. 96), which the court is treating as a motion for certificate of appealability.

To obtain a certificate of appealability the prisoner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that petitioner's motion for a certificate of appealability is denied.

DONE, this the 15th day of May, 2008.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**